From: Beth Chiesa <energizin2003@icloud.com>
Date: May 4, 2020 at 5:45:31 PM EDT
To: Thomas W King III <TKing@dmkcg.com>
Cc: John Manson <info@starlightdrive-in.com>
Subject: Fwd: [External] Are you able to assist? Starlight Drive In Butler PA

Sent from my iPhone

Begin forwarded message:

From: "Doyle, Ali" <aldoyle@pa.gov>
Date: April 10, 2020 at 5:04:44 PM EDT
To: Beth Chiesa <energizin2003@icloud.com>
Subject: RE: [External] Are you able to assist? Starlight Drive In Butler PA

Beth,

Thank you for your email and for checking in with us. As a drive-in theater, your business is not considered life-sustaining on our list of life-sustaining businesses. Thus, drive-in theaters are not allowed to operate under their current uses (to view movies) or alternate uses (to hold religious gatherings).

We completely understand that local churches are trying to get creative to deliver Easter and Passover services. However, with the level of community spread happening throughout the State, social distancing is extremely important in order to limit the spread of this deadly virus. It is so important now more than ever for people to stay home and only leave their houses for essential services (the grocery store, healthcare reasons, etc.) as ordered under the Governor's Stay-At-Home order.

Many religious orders will be hosting virtual services for Easter and Passover and we encourage the local churches in Butler County to do the same. You can find the Governor's recent press release to this end here: https://www.governor.pa.gov/newsroom/gov-wolf-religious-leaders-encourage-alternate-forms-of-religious-gatherings/.

Thanks,

Ali

**Ali Doyle**
*Southwest Deputy Director*
Office of the Governor
Pennsylvania Department of Community & Economic Development
301 5th Avenue, Suite 250
Pittsburgh, PA 15222
Cell: (717) 877-6304 Email: aldoyle@pa.gov
www.newPA.com | www.visitPA.com
Follow us on Twitter @newPAnews and LinkedIn

