IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COUNTY OF BUTLER, et al., | : | No. 2:20-cv-00677-WSS |
| | : | |
| Plaintiffs, | : | The Hon. William S. Stickman, IV, |
| vs. | : | District Judge |
| | : | |
| THOMAS W. WOLF, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this ___ day of May 2020, the prayer of the Motion seeking a speedy hearing of the Declaratory Judgment Action is granted.  Further, it is hereby ORDERED that

1. A Hearing on the Declaratory Judgment Action is hereby scheduled for June ___, 2020.

2. Discovery in this matter is limited to written interrogatories, not to exceed ____ in number, which shall be served upon the responding party on or before June ____, 2020.

3. Responses to the written interrogatories are due on or before June ____, 2020.

4. Direct witness testimony shall be submitted by means of written affidavits to be exchanged and submitted by the parties on or before June ____, 2020.

5. Cross-Examination of witnesses shall be limited to two (2) hours in total for each of the parties on the day of the aforesaid Hearing.

6. Legal Council shall confer and file a joint stipulations of facts, including stipulations related to all Orders issued by Defendants, on or before June ____, 2020.

7. Plaintiffs shall file a Brief in Support of the Declaratory Judgment Action on or before June _____, 2020.

8. Defendants shall file a Brief in Opposition to the Declaratory Judgment Action on or before June ____, 2020.

9. Plaintiffs shall file a Brief in Reply to Defendants' Brief in Opposition to the Declaratory Judgment Action on or before June ____, 2020.

BY THE COURT:

_____
The Hon. William S. Stickman, IV
U.S. District Court Judge