IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COUNTY OF BUTLER, et al., | : | NO. 2:20-cv-677-WSS |
| Plaintiffs, | : | |
| | : | Judge Stickman |
| vs. | : | |
| THOMAS W. WOLF, et al., | : | |
| Defendants. | : | |

**<u>JOINT STIPULATION TO LIST OF EXHIBITS</u>**

AND NOW, come Plaintiffs, County of Butler, et al., by and through their attorneys, Dillon McCandless King Coulter & Graham, LLP, per Thomas W. King, III, Esquire, and, Thomas E. Breth, Esquire; and Defendants, Thomas W. Wolf, et al., by and through their attorneys, the Office of the Attorney General, Commonwealth of Pennsylvania, per Chief Deputy Attorney General, Karen Romano, Esquire, to file the within Joint Stipulation to List of Exhibits on behalf of Plaintiffs and Defendants. The parties hereby stipulate to the authenticity of the documents listed below; however, Defendants reserve the right to challenge the authenticity of the documents listed as Nos. 81, 82, and 97. The parties reserve all other objections with respect to the documents listed, including objections to relevancy and admissibility.

1. The March 6, 2020 Proclamation of Disaster Emergency issued by Governor Wolf.
2. Governor Wolf's announcement of the closing of all Pennsylvania schools for a period of two weeks on March 13, 2020.
3. The March 19, 2020 Order issued by Governor Wolf closing all non-life sustaining businesses in the state of Pennsylvania.
4. The lists of non-life sustaining businesses.
5. The March 19, 2020 Order issued by Secretary of Health Dr. Rachel Levine.

6. The March 23, 2020 Stay-at-Home Order issued by Governor Wolf for the counties of Allegheny, Bucks, Chester, Delaware, Monroe, Montgomery, and Philadelphia.

7. The March 23, 2020 Stay-at-Home Order issued by Secretary of Health Dr. Rachel Levine for the counties of Allegheny, Bucks, Chester, Delaware, Monroe, Montgomery, and Philadelphia.

8. The March 24, 2020 Amended Stay-at-Home Order issued by Governor Wolf to include Erie County.

9. The March 24, 2020 Amended Stay-at-Home Order issued by Secretary of Health Dr. Rachel Levine to include Erie County.

10. The March 25, 2020 Amended Stay-at-Home Order issued by Governor Wolf to include the counties of Lehigh and Northampton.

11. The March 25, 2020 Amended Stay-at-Home Order issued by Secretary of Health Dr. Rachel Levine to include the counties of Lehigh and Northampton.

12. The March 27, 2020 Amended Stay-at-Home Order issued by Governor Wolf to include the counties of Berks, Butler, Lackawanna, Lancaster, Luzerne, Pike, Wayne, Westmoreland and York.

13. The March 27, 2020 Amended Stay-at-Home Order issued by Secretary of Health Dr. Rachel Levine to include the counties of Berks, Butler, Lackawanna, Lancaster, Luzerne, Pike, Wayne, Westmoreland and York.

14. The March 28, 2020 Amended Stay-at-Home Order issued by Governor Wolf to include the counties of Beaver, Centre and Washington.

15. The March 28, 2020 Amended Stay-at-Home Order issued by Secretary of Health Dr. Rachel Levine to include the counties of Beaver, Centre and Washington.

16. The Press Release from March 30, 2020 where Governor Wolf announced he was closing schools for the remainder of the school year.
17. The March 30, 2020 Amended Stay-at-Home Order issued by Governor Wolf to include the counties of Carbon, Cumberland, Dauphin and Schuylkill.
18. The March 30, 2020 Amended Stay-at-Home Order issued by Secretary of Health Dr. Rachel Levine to include the counties of Carbon, Cumberland, Dauphin and Schuylkill.
19. The March 31, 2020 Amended Stay-at-Home Order issued by Governor Wolf to include the counties of Cameron. Crawford, Forest, Franklin, Lawrence, Lebanon and Somerset.
20. The March 31, 2020 Amended Stay-at-Home Order issued by Secretary of Health Dr. Rachel Levine to include the counties of Cameron. Crawford, Forest, Franklin, Lawrence, Lebanon and Somerset.
21. The April 1, 2020 Statewide Stay-at-Home Order issued by Governor Wolf.
22. The April 1, 2020 Statewide Stay-at-Home Order issued by Secretary of Health Dr. Rachel Levine.
23. The Stay-at-Home Order Guidance provided by Governor Wolf and the Secretary of Health.
24. The April 4, 2020 press release from Governor Wolf encouraging religious leaders to use alternative forms of religious gatherings.
25. The April 5, 2020 Order issued by Secretary of Health Dr. Rachel Levine providing building safety measures to combat Covid-19.
26. The April 9, 2020 press release from Governor Wolf extending the closure of all Pennsylvania schools for the remainder of the school year.

27. The April 15, 2020 Order issued by Secretary of Health Dr. Rachel Levine providing safety measures for business permitted to maintain in-person operations.

28. Governor Wolf's Plan for Pennsylvania's COVID-19 Recovery released on April 17, 2020.

29. The April 20, 2020 Amended Order regarding the closure of all business that are not life sustaining issued by Governor Wolf.

30. The April 20, 2020 Amended Order regarding the closure of all business that are not life sustaining issued by Secretary of Health Dr. Rachel Levine.

31. Lists of life sustaining business frequently asked questions.

32. The April 20, 2020 Amended Stay-at-Home Order issued by Governor Wolf to extend the order until May 8, 2020.

33. The April 20, 2020 Amended Stay-at-Home Order issued by Secretary of Health Dr. Rachel Levine to extend the order until May 8, 2020.

34. The May 7, 2020 Amended Stay-at-Home Order issued by Governor Wolf to extend the order until June 4, 2020.

35. The May 7, 2020 Amended Stay-at-Home Order issued by Secretary of Health Dr. Rachel Levine to extend the order until June 4, 2020.

36. The May 7, 2020 Order issued by Governor Wolf providing instructions for the Yellow Phase and moving the counties of Bradford, Cameron, Centre, Clarion, Clearfield, Clinton, Crawford, Elk, Erie, Forest, Jefferson, Lawrence, Lycoming, McKean, Mercer, Montour, Northumberland, Potter, Snyder, Sullivan, Tioga, Union, Venango and Warren into the Yellow Phase.

37. The May 7, 2020 Order issued by Secretary of Health Dr. Rachel Levine moving the counties of Bradford, Cameron, Centre, Clarion, Clearfield, Clinton, Crawford, Elk, Erie, Forest, Jefferson, Lawrence, Lycoming, McKean, Mercer, Montour, Northumberland, Potter, Snyder, Sullivan, Tioga, Union, Venango and Warren into the Yellow Phase.

38. The May 14, 2020 Amended Order issued by Governor Wolf to move the counties of Allegheny, Armstrong, Bedford, Blair, Butler, Cambria, Fayette, Fulton, Greene, Indiana, Somerset, Washington and Westmoreland into the Yellow Phase.

39. The May 14, 2020 Amended Order issued by Secretary of Health Dr. Rachel Levine to move the counties of Allegheny, Armstrong, Bedford, Blair, Butler, Cambria, Fayette, Fulton, Greene, Indiana, Somerset, Washington and Westmoreland into the Yellow Phase.

40. The May 21, 2020 Amended Order issued by Governor Wolf to move the counties of Adams, Beaver, Carbon, Columbia, Cumberland, Juniata, Mifflin, Perry, Susquehanna, Wyoming, Wayne and York into the Yellow Phase.

41. The May 21, 2020 Amended Order issued by Secretary of Health Dr. Rachel Levine to move the counties of Adams, Beaver, Carbon, Columbia, Cumberland, Juniata, Mifflin, Perry, Susquehanna, Wyoming, Wayne and York into the Yellow Phase.

42. The May 27, 2020 Amended Order issued by Governor Wolf providing instructions for the Green Phase and moving the counties of Bradford, Cameron, Centre, Clarion, Clearfield, Crawford, Elk, Forest, Jefferson, Lawrence, McKean, Montour, Potter, Snyder, Sullivan, Tioga, Venango and Warren into the Green Phase.

43. The May 27, 2020 Order issued by Secretary of Health Dr. Rachel Levine providing instructions for the Green Phase and moving the counties of Bradford, Cameron, Centre,

Clarion, Clearfield, Crawford, Elk, Forest, Jefferson, Lawrence, McKean, Montour, Potter, Snyder, Sullivan, Tioga, Venango and Warren into the Green Phase.

44. The May 28, 2020 Amended Order issued by Governor Wolf moving the counties of Dauphin, Franklin, Huntingdon, Lebanon, Luzerne, Monroe, Pike and Schuylkill into the Yellow Phase.

45. The May 28, 2020 Amended Order issued by Secretary of Health Dr. Rachel Levine moving the counties of Dauphin, Franklin, Huntingdon, Lebanon, Luzerne, Monroe, Pike and Schuylkill into the Yellow Phase.

46. The June 3, 2020 Renewal of the Proclamation of Disaster Emergency issued by Governor Wolf for another 90 days.

47. The June 4, 2020 Amended Order issued by Governor Wolf moving the counties of Berks, Bucks, Chester, Delaware, Lackawanna, Lancaster, Lehigh, Montgomery, Northampton and Philadelphia into the Yellow Phase.

48. The June 4, 2020 Amended Order issued by Secretary of Health Dr. Rachel Levine moving the counties of Berks, Bucks, Chester, Delaware, Lackawanna, Lancaster, Lehigh, Montgomery, Northampton and Philadelphia into the Yellow Phase.

49. The June 4, 2020 Amended Order issued by Governor Wolf moving the counties of Allegheny, Armstrong, Bedford, Blair, Butler, Cambria, Clinton, Fayette, Fulton, Greene, Indiana, Lycoming, Mercer, Somerset, Washington and Westmoreland into the Green Phase.

50. The June 4, 2020 Amended Order issued by Secretary of Health Dr. Rachel Levine moving the counties of Allegheny, Armstrong, Bedford, Blair, Butler, Cambria, Clinton,

Fayette, Fulton, Greene, Indiana, Lycoming, Mercer, Somerset, Washington and Westmoreland into the Green Phase.

51. Updated guidance for businesses in the Yellow and Green Phases provided by Governor Wolf.

52. The June 11, 2020 Amended Order issued by Governor Wolf moving the counties of Adams, Beaver, Carbon, Columbia, Cumberland, Juniata, Mifflin, Northumberland, Union, Wayne, Wyoming and York into the Green Phase.

53. The June 11, 2020 Amended Order issued by Secretary of Health Dr. Rachel Levine placing the counties of Adams, Beaver, Carbon, Columbia, Cumberland, Juniata, Mifflin, Northumberland, Union, Wayne, Wyoming and York into the Green Phase.

54. The June 18, 2020 Amended Order issued by Governor Wolf moving the counties of Dauphin, Franklin, Huntingdon, Luzerne, Monroe, Perry, Pike and Schuylkill into the Green Phase.

55. The June 18, 2020 Amended Order issued by Secretary of Health Dr. Rachel Levine moving the counties of Dauphin, Franklin, Huntingdon, Luzerne, Monroe, Perry, Pike and Schuylkill into the Green Phase.

56. The June 25, 2020 Amended Order issued by Governor Wolf moving the counties of Berks, Bucks, Chester, Delaware, Erie, Lackawanna, Lancaster, Lehigh, Montgomery, Northampton, Philadelphia and Susquehanna into the Green Phase.

57. The June 25, 2020 Amended Order issued by Secretary of Health Dr. Rachel Levine moving the counties of Berks, Bucks, Chester, Delaware, Erie, Lackawanna, Lancaster, Lehigh, Montgomery, Northampton, Philadelphia and Susquehanna into the Green Phase.

58. The July 2, 2020 Amended Order issued by Governor Wolf moving Lebanon County into the Green Phase.

59. The July 2, 2020 Amended Order issued by Secretary of Health Dr. Rachel Levine moving Lebanon County into the Green Phase.

60. Pennsylvania Dashboard Data for Covid-19.

61. Statistics for deaths by county in Pennsylvania on July 8, 2020 and any subsequent updates.

62. The archive of daily case counts by county in Pennsylvania up to July 8, 2020 and any subsequent updates.

63. Business guidance provided on the Governor's website.

64. Governor Wolf's Guidance on Professional Sports and Dining in the Green Phase.

65. Governor Wolf's Process to Reopen Pennsylvania.

66. Governor Wolf's Plan for Pennsylvania.

67. The January 10, 2018 Disaster Declaration issued by Governor Wolf declaring the opioid crisis as a disaster emergency.

68. Governor Wolf's Opioid and Heroin Epidemic Fact Sheet.

69. The April 4, 2018 Amended Disaster Declaration issued by Governor Wolf declaring the opioid crisis as a disaster emergency.

70. The June 28, 2018 Amended Disaster Declaration issued by Governor Wolf declaring the opioid crisis as a disaster emergency.

71. The September 24, 2018 Amended Disaster Declaration issued by Governor Wolf declaring the opioid crisis as a disaster emergency.

72. The December 21, 2018 Amended Disaster Declaration issued by Governor Wolf declaring the opioid crisis as a disaster emergency.

73. The March 20, 2019 Amended Disaster Declaration issued by Governor Wolf declaring the opioid crisis as a disaster emergency.

74. The June 14, 2019 Amended Disaster Declaration issued by Governor Wolf declaring the opioid crisis a disaster emergency.
https://www.governor.pa.gov/wp-content/uploads/2019/06/Opioid-Disaster-Emergency-extension-June-14-2019-PDF.pdf

75. The September 5, 2019 Amended Disaster Declaration issued by Governor Wolf declaring the opioid crisis a disaster emergency.

76. The December 3, 2019 Amended Disaster Declaration issued by Governor Wolf declaring the opioid crisis a disaster emergency.

77. The February 25, 2020 Amended Disaster Declaration issued by Governor Wolf declaring the opioid crisis a disaster emergency,

78. The May 22, 2020 Amended Disaster Declaration issued by Governor Wolf declaring the opioid crisis a disaster emergency.

79. The July 6, 2020 plan released by Governor Wolf and the Opioid Command Center to fight the epidemic.

80. Pennsylvania's Opioid Data Dashboard.

81. The June 28, 2020 Allegheny County Health Department Order Stopping the Sale of Alcohol in Bars and Restaurants.

82. The July 2, 2020 Allegheny County Health Department Order closing bars, restaurants and casinos for one week.

83. Image of Governor Wolf touching elbows with a protester.

84. Image of Governor Wolf protesting.

85. An article on Governor Wolf participating in a protest.

86. An article about a woman being arrested for taking a drive during the Stay-at-Home order.

87. A second article on Governor Wolf participating in protests.

88. An article on Health Secretary Dr. Rachel Levine taking her mother out of a nursing home.

89. A list of businesses that were granted waiver exceptions to operate during the business closure order.

90. A list of businesses that were denied waiver exceptions to operate during the business closure order.

91. A statement from a hair salon that was granted a waiver exception to remain open during the business closure order, for the limited purposes of sale and distribution of bulk hand sanitizer to supply life-sustaining businesses with a product that is necessary and has limited availability on the market, not to provide salon services.

92. An article related to businesses that were granted waiver exceptions to remain open during the business closure order.

93. A second article related to businesses that were granted waiver exceptions to remain open during the business closure order.

94. An article about Governor Wolf's former business remaining open during the business closure order.

95. An article related to Pittsburgh Steeler Quarterback, Ben Roethlisberger getting a haircut while Allegheny County was in Governor Wolf's Yellow Phase of Reopening.

96. The Exhibits in support of the Direct Testimony of Double Image.

97. The Exhibits in support of the Direct Testimony of RW McDonald & Sons.

98. The Exhibits in support of the Direct Testimony of Butler County.

99. The Exhibits in support of the Direct Testimony of Congressman Mike Kelly.

100. The Exhibits in support of the Direct Testimony of Neil Weaver.

Respectfully Submitted,

| | |
|---|---|
| /s/Karen Romano, Esquire | /s/Thomas W. King, III, Esquire |
| Karen Romano, Esquire | Thomas W. King, III, Esquire |
| Chief Deputy Attorney Counsel | s/Thomas E. Breth, Esquire |
| Attorney for Defendants | Thomas E. Breth, Esquire |
| | Attorney for Plaintiffs |