IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COUNTY OF BUTLER, *et al*, | |
| *Plaintiffs*, | Civil Action No. 2:20-cv-677 |
| v. | Hon. William S. Stickman IV |
| THOMAS W. WOLF, *et al*, | |
| *Defendants*. | |

## HEARING MEMO

HEARING HELD:  Telephonic Status Conference
DATE HEARING HELD:  July 14, 2020
BEFORE:  Judge William S. Stickman IV

| Appearing for Plaintiffs: | Appearing for Defendants: |
|---|---|
| Thomas W. King, III, Esquire | Karen Mascio Romano, Esquire |
| Thomas E. Breth, Esquire | |
| Ronald T. Elliott, Esquire | |

Hearing began at 10:31 a.m.          Hearing concluded at 10:46 a.m.

OUTCOME:

Logistics for Friday's hearing discussed.

Courtroom 9A has been reserved for the hearing from 9:00 a.m. to 4:00 p.m.

The parties will receive the Zoom link from the Court's Deputy Clerk via email for distribution to those attending remotely.  Parties are encouraged to maximize the use of Zoom.

Any motions relating to whether certain witnesses may be called, or the propriety of any party as a party in this case must be filed by close of business 07/15/20; responses due by close of business 07/16/20.