IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COUNTY OF BUTLER, et al., <br>     Plaintiffs <br><br> vs. <br><br> THOMAS W. WOLF, et al., <br>     Defendants | :     No. 2:20-cv-677-WSS |

### ORDER OF COURT

AND NOW, this _____ day of August, 2020, the within Motion having been presented to the Court, the prayer of the Motion is granted, and this Court takes Judicial Notice of the "Confidential Settlement Agreement" dated June 19, 2020, between the Commonwealth of Pennsylvania, Department of Health and Carlisle Productions, Inc., d/b/a Carlisle Events, and said Agreement is hereby made part of the record in the Expedited Hearing granted in this case.

BY THE COURT,

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE