IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COUNTY OF BUTLER,** *et al.*, <br> Plaintiffs <br><br> v. <br><br> **THOMAS W. WOLF,** in his official capacity as Governor of the Commonwealth of Pennsylvania, and **RACHEL LEVINE, MD,** in her official capacity as Secretary of the Pennsylvania Department of Health, <br> Defendants | No. 2:20-CV-677-WSS <br><br> *Complaint Filed 5/7/20* |

## O R D E R

AND NOW, this _____ day of _____, 2020, upon consideration of Defendants' Rule 54 Motion or in the Alternative, Motion to Certify Issues for Appeal, and any response thereto, it is hereby ORDERED that the Rule 54 Motion is GRANTED. Final Judgment is hereby ENTERED as to all claims in this matter.

BY THE COURT:

_____
WILLIAM S. STICKMAN, IV
UNITED STATES DISTRICT JUDGE