IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COUNTY OF BUTLER,** *et al.*,<br>　　　　　　　Plaintiffs<br><br>　　　　v.<br><br>**THOMAS W. WOLF, in his official capacity as Governor of the Commonwealth of Pennsylvania, and RACHEL LEVINE, MD, in her official capacity as Secretary of the Pennsylvania Department of Health,**<br>　　　　　　　Defendants | No. 2:20-CV-677-WSS<br><br>*Complaint Filed 5/7/20* |

## O R D E R

AND NOW, this _____ day of _____, 2020, upon consideration of Defendants' Motion to Stay this Court's September 14, 2020, Order, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. This Court's September 14, 2020, is STAYED in its entirety pending resolution of any appeal filed with the Third Circuit of Appeals.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM S. STICKMAN, IV
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE