IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COUNTY OF BUTLER, *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THOMAS W. WOLF, *et al*,<br><br>*Defendants*. | Civil Action No. 2:20-cv-677<br><br>Hon. William S. Stickman IV |

**FINAL DECLARATORY JUDGMENT**

AND NOW, this 22nd day of September 2020, IT IS HEREBY ORDERED that there is no just reason for delay and final declaratory judgment is entered pursuant to Fed. R. Civ. P. 54(b) on Count II (Violation of Substantive Due Process), Count IV (Violation of Equal Protection), and Count V (Violation of First Amendment) in favor of Plaintiffs Mike Kelly, Daryl Metcalfe, Marci Mustello, Tim Bonner, Nancy Gifford and Mike Gifford, d/b/a Double Image, Prima Capelli, Inc., Steven Schoeffel, Paul F. Crawford, t/d/b/a Marigold Farm, Cathy Hoskins, t/d/b/a Classy Cuts Hair Salon, R.W. McDonald & Sons, Inc., Starlight Drive-In, Inc., and, Skyview Drive-In, LLC , and against Defendants for the reasons outlined in the September 14, 2020 Opinion (ECF No. 79) and Order (ECF No. 80) filed by the Court.

IT IS FURTHER ORDERED that the County Plaintiffs—Butler, Fayette, Greene, and Washington—are hereby DISMISSED from the case.

BY THE COURT:

*/s/ William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE