IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COUNTY OF BUTLER, *et al.*, | : | |
| | : | |
| *Plaintiffs*, | : | Civil Action No. 2:20-cv-677 |
| | : | |
| v. | : | Hon. William S. Stickman IV |
| | : | |
| THOMAS W. WOLF, *et al.*, | : | |
| | : | |
| *Defendants* | : | |
| | : | |

### NOTICE OF APPEAL

Notice is hereby given that Pennsylvania Governor Thomas W. Wolf and Pennsylvania Secretary of Health Rachel Levine, defendants in the above-named case, hereby appeal to the United States Court of Appeals from the declaratory judgment opinion and order entered against them herein on September 14, 2020, and from the Final Declaratory Judgment entered against them herein on Counts II, IV, and V pursuant to Fed.R.Civ.P. 54(b) on September 22, 2020.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

By: */s/ Karen M. Romano*

Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 787-2717
kromano@attorneygeneral.gov

KAREN M. ROMANO
Chief Deputy Attorney General
Chief, Litigation Section
Pa. Bar # 88848

DATE: September 22, 2020

CERTIFICATE OF SERVICE

I, Karen M. Romano, Chief Deputy Attorney General, do hereby certify that I have this day served the foregoing Notice of Appeal, via ECF, on the following:

Thomas W. King, III, Esquire
Ronald T. Elliott, Esquire
Thomas E. Breth, Esquire
Jordan P. Shuber, Esquire
DILLON MCCANDLESS KING COULTER & GRAHAM LLP
tking@dmkcg.com
relliott@dmkcg.com
tbreth@dmkcg.com
jshuber@dmkcg.com

Robert Eugene Grimm, Esquire
SOLICITOR OF COUNTY OF GREEN
rgrimm@co.greene.pa.us

DATE:  September 22, 2020

*/s/ Karen M. Romano*
KAREN M. ROMANO
Chief Deputy Attorney General