## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COUNTY OF BUTLER**, et al. | ) | |
| | ) | |
| Plaintiffs | ) | **CASE NO. 2:20-cv-00677** |
| | ) | |
| **JEFFREY CUTLER** | ) | |
| | ) | |
| Intervenor Plaintiff | ) | JURY TRIAL REQUESTED |
| | ) | |
| **v.** | ) | |
| | ) | |
| THOMAS W. WOLF, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO STRIKE MOTION TO STAY ORDER BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT

## JURY TRIAL REQUESTED

# FILED

SEP 25 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Here comes Jeffrey Cutler, Paintiff-Intervenor in this case based on the United States Constitution Ammend 1, for Redress of Grievances and preservation of the Establishment Clause, Mr. Cutler files a **MOTION TO STRIKE** the previous **MOTION TO STAY** by lawyers for the Defendants because it fails to be in the correct form, **AND FILES THIS MOTION TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND SUMMARY JUDGEMENT** because that motion to combine cases involved CRIMINAL ACTIVITY of abuse of power.   It also shows BIAS and **MALICIOUS** intent to violate **EQUAL TREATMENT** under the law, a violation of the United States Constitution **Ammend 5** since in this case the honorable judge Stickman ruled in this case the Defendants willfully violated the constitution and had **NO BASIS** for their activity. Mr. Cutler a former ELECTED TAX COLLECTOR in November 2013 and has been trying to clear his name based on perjured testimony 18 U.S.C. § 1001, bank robbery, insurance fraud on 17MAR2017 and a challenge to OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC).  Mr. Cutler was granted the right to challenge OBAMACARE by the USCA in Washington, DC on 14AUG2015.  Mr. Cutler has filed in many cases and has caught persons obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn** stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases involve unopposed motions.  The last

document sent to the court used priority mail tracking number #9510 8066 2091 0225 1534 23 . Even though the judge is named as part of the MAIL FRAUD complaint filed for case #1:20-cr-00165 case, someone else could be the real culprit.  Judge Jeffrey Schmehl in case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**.  A  complaint has been filed against Judge Schmehl for his opinion in this case, for making **PERJURED STATEMENTS BY MAIL,** (18 USC § 1001) and an effort to protect parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims.  Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50).  Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**.  Mr. Cutler had stated that he believed that the **MURDER of  JONATHAN LUNA** was carried out by the **KLU KLUX KLAN,** and concealed with help persons of the **FBI**.  Judge Schmehl also is presiding on

case of Jeffrey Lyons (5:19-cr-00611) which is related to this fraud.  On

17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot

get about 12.8 million directed to the county via the **CARES** act and **VIOLATED**

**18 U.S.C. § 653**, misuse of federal funds and Equal Treatment Under the law

(**Ammend 14**), since LANCASTER COUNTY did the exact same thing. <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>

On or about 14AUG2020 Tom WOLF reversed himself but dictated that Lebanon

County MUST use 2.8 million of the CARES act funding for MASK

ADVERTISING in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-

county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler

had the right to Defend the Establishment clause (case 14-5183) and 75 years since

VJ day of WWII.  On 22JUN2020 a PETITION FOR IMMEDIATE INJUNTION

PENDING APPEAL was finally put online in case 20-1449 even though it was

actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED

STATES OF AMERICA v. JOESEPH JOHNSON.  The office of the president

responded to this by 21MAY2020.  The president gave a short NEWS

CONFERENCE on 22MAY2020 demanding all places of worship be allowed to

open.  Employees of the federal government and others have been involved in a

criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States.  In

case #20-5143 DC USCA Nancy Dunn obstructed documents mailed and sent to

<ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document vanished, just like the white bunny HARVEY. The USPS tacking number 9510 8141 4908 0199 0615 60 is not reporting results. The lawyers in sending Mr. Cutler the letters by **MAIL** makes them all a party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**.   Mr. Cutler's brother FRED had recently got a job as an USHER for the PHILADELPHIA PHILLES for the 2020 season, but because of the **CONSPIRACY** to close the states there will be no live viewing of games this season.   Mr. Cutler's brother and approximately 69 MILLION other people (approximate attendence of 2019 baseball season) have been denied the **RIGHT of PURSUIT OF HAPPINESS** as is part of the **DECLARATION OF INDEPENDENCE**.   Thomas Wolf and Jim Kenney have allowed almost unrestricted protest marches with POLICE escorts, but cancelled other parades and events.   Mr. Cutler had proposed an option to have games played in every city.   As stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC EXZEMPTION IN THE CONSTITUTION**.   The news media in concert with individuals in the DEMOCRATIC party have and some that pretend to be REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE. **THIS IS A CRIMINAL MATTER. The NEWS MEDIA AND OAGs ARE AIDING**

**AND ABETTING in concealing the MURDER of a BLACK FEDERAL**

**EMPLOYEE** just like Cecily Aguilar, 22 has been charged.  The Employee is

Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton

Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>  Justin

Zemser and Sean Suitter.  The recent murder of Roy Den Hollander in New York

for challenging the news media (case 1:16-cv-06624) is just another crime

concealed from the public.That case is included by reference and joined to this one.

The crime-fraud exception was first recognized in the United States over one

hundred years ago, and the policy behind it is well-defined. (The crime-fraud

exception was first recognized in the United States in Alexander v. U.S., 201 U.S.

117, 121 (1906).) The legal community does not deem discussions concerning

future wrongdoings, such as fraud, that occur during an attorney-client

communication worthy of protection. Id. at 562–63.  While the practice of law

encourages full and frank communications between the attorney and client, only

communications concerning past wrongdoings are protected.  Mr. Cutler had

previously been elected to Public Office as the TAX COLLECTOR of East

Lampeter Township, Lancaster County Pennsylvania, based on an Election in

November 2013. and took the Oath of OFFICE prior to his first day on the job, on

06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of

Religious Freedom as case number **1:13-cv-02066**.  He was granted the right to

challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for

violations of the **ESTABLSHMENT CLAUSE**.  Mr. Cutler was removed from

Office after 27 months based on **PERJURED TETIMONY**, and a

**CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In

Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was

harrased in a similar manner was equally harrased in court and the township spent

about 160,000 of taxpayer money to make her leave office.  <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-

districts-appeal-in-long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-

8b754638d23f.html </ref>Based on these actions Mr. Cutler investigated the parrties

involved and tried to have a **FEDERAL JURY TRIAL** to clear his name. Since he

found no law firm would represent him based on contacts with the FBI or law

enforcemnt.  The lancaster county treasurer was apponted to replace Mr. Cutler in

the collection of taxes and never had a surety bond until 18JUL2018 <ref>

https://lancasteronline.com/news/local/lancaster-county-treasurer-without-insurance-for-

millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No

Prosection of the treasurer was ever instituted, a clear violation of **EQUAL**

**TREATMENT** On 20MAY2020  Mr. Cutler filed for an **IMMEDIATE**

**INJUNCTION PENDING APPEAL FOR ALL** juridictions of the United States,

based on the ruling in case **# 4:20-cv-00081** in the United States District Court for

the Eastern Dirict of North Carolina on 16MAY2020 by Judge James C. Dever III.

Since Governor Roy Cooper has made public statements that he does not intend to

appeal, this is settled law.  Mr. Cutler had filed a Petition to DENY the Motion For

Summary Affirmation and to consolidte related cases of religious discrimination by

the government in case USCA 20-1805 on 14MAY2020 and the document and was

not put online until 20MAY2020.  The document filed by Brian L. Calistri on May

8, 2020 contains some perjured statements and since it was sent by mail constitues

Mail Fraud and Perjury  (18 USC § 1001) and constitutes a **CONSPIRACY** to

conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**)

, by persons in the governments (both federal and state) and also the murder of five

children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**,

by furnishing the bombs.  Mr. Cutler had stated that he believed that the **MURDER**

**of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and

concealed with help of the **FBI**.  The judge dismissed the case even though 5

parties defaulted and were properly served.  Based on ECF #5 in case # 2:17-cv-

00984 by the late Thomas O'Neill, Mr. Brian L.Calistri's  motion failed to notify

the parties that have defaulted in this case and therefore should have been

**DENIED**.  **Ahmaud Arbery** was **MURDERED** in Georgia by 2 individuals, and

no prosecution was being pursued **74** days.  At minimum 2 DA's recused

themselves and **DID NOTHING**.  Mr. Cutler had made a complaint by mail to the

DA office in Lancaster County, Pennsylvania and York, County Pennsylvania.  Mr.

Cutler had also filed a motion to intervene on 22SEP2019 in the case of Tami

Levin in federal court case 2:19-cv-03149 (ECF 5) which named **DA Larry**

Krasner as a Defendant in the case.  Mr. Cutler also filed a response to the motion

filed in oppoition on 25SEP2019.  Even though the document filed on 25SEP2019

contained evidence of **OBSTRUCTION OF JUSTICE** and **VIOLATIONS of**

**EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an order on

09OCT2019 which not only denied Mr. Cutler's right to intervene but also violated

the United States Constitution **Ammend 1**, by making a **THREAT BY MAIL** if

Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's right to

**PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**.

Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the

theft of approximtely half million dollars.  Mr.Cutler had filed objections to  limit

the power of the Tom Wolf to classify that religion as a **NOT a LIFE**

**SUSTAINING activity** in the Commonwealth of Pennsylvania.  Mr. Cutler filed

his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case

number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE in

Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT**

**CLAUSE**.  To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to

transfer it to Pennsylvania, but it was DENIED 21JAN2020.  Mr. Cutler filed an

Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth**

**Circuit**.  When that was illegally ignored. Mr. Cutler filed documents in

Pennsylvania.  Mr. Cuttler had requested that district court case number  4:20-cv-

0064 in the United States District Court for the Northern District of Mississippi

[**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and case number  1:20-cv-00323 in the United States District Court for the Western District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER et al.**] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and previously wrote 1:20-cv-01120) in the United States District Court for the District of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA et al. v. LAWRENCE J. HOGAN et al.**] are also cases that should be part of this consolidation.  All charges in each case should be included by reference for all civil cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Mr. Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in documents related to this case in federal court. <ref>

https://forward.com/fast-forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/

</ref>Despite Mr. Cutler filing a request with the state prior to the end of the **WAIVER** deadline that **ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr. Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the COVID-19 virus or other secrect police duties. Based on the case of the aids law project tracking people that have one type of virus is unconstitutional, and exposing their idenity is equally unconstitutional. The concept of EQUAL PROTECTION UNDER the LAW is a cornerstone of both the United States Constitution and the Commonwealth of Pennsylvnia. Based  on

the story about Mike Du Toit of South Africa <ref>

https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-

kill-Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for

**KLU KLUX KLAN**.  Also Tom Wolf made statements that said that people

cannot be evicted until July yet in there are 6 pges of Legal Notices in the Inquirer

on **07MAY2020**  that use **WRIT OF EXECUTION** to **sieze property**.  Recently

in New York white police officers were beating a BLACK MAN for failing to

practice social distncing (neither police officer was wearing a mask), and they

should be prosecuted for violating the same law that they were alledgely enforcing.

It is notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records

(effectively trying to rewrite history).  Taiwan is about 100 miles from CHINA, yet

has less than ten deaths and 500 confirmed cases.  In the Appeals for the Fifth

Circuit the Order from the United States Northern District of Texas dated January

16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION

TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS

TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the

motion denying Plaintiff's motion of December 30, 2019.   The current order from

that court is in error since the USCA order of  December 18, 2019, remanded the

case back to District Court and for further disposition and was unopposed and is

still unopposed.  Mr. Cutler had previously filed a document by MAIL on March 1,

2019 but it was illegally discarded.  He then filed on 07MAR2019 in person

(Document 00514863727) , and it was put online March 7, 2019.  The office of the

clerk decided it would be ignored.   Mr. Cutler filed a NOTICE OF APPEAL on

27JAN2020, (Document 00515289904  International Holocaust Remembrance

Day), and it was only put online when Mr. Cutler informed the **Deputy Clerk**

**Mary Francis Yeager** that she was violating Mr. Cutler's civil rights.  It was put

online January 29, 2020. A violation of EQUAL PROTECTION by employee of

the federal government, which treated the two documents differently and

potentially hid the document from the review of the judges considering an

ENBANC review.  Mr. Cutler subsequently filed a PETITION FOR ENBANC

HEARING AND TO TRANSFER RESIDUAL CASE TO PENNSYLVANIA

AND COMBINE WITH CASE 5:19-cv-00834, this document was put online as

document number 00515298284 on 04FEB2020, the same date it was filed in court.

In the case both **Deputy Clerk Mary Francis Yeager**  and **Deputy Clerk**

**Roeshawn Johnson** denied the petition.  This violated the United States

Constitution Ammend 1 and  5.  It also also violates Mr. Cutler's rights under the

Sixth Amendment of the Constitution.   Mr. Cutler then on 04MAR2020 filed a 380

page document in this case (2:19-cr-00367).  Within 24 hours of the filing Mr.

Cutler got a threat by phone from an unidentified individual about the filing.  On

06MAR2020 Mr. Cutler filed a nine page correction to the document previously

filed. When the document was downloaded from the federal pacer system it was

devoid of any markings.  On 12MAR2020 Mr. Cutler filed a MOTION TO

VACATE ORDER DENYING ORDER OF RECONSIDERATION – ON

04MAR2020 FOR  IMPROPER SERVICE – BRADY VIOLATION AND

COMBINE WITH CASE NUMBER  2:20-cv-00735 (GRANT v.

PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE NORTHERN DISTRICT

OF TEXAS AND DEFAULT JUDGEMENT.  At that time Mr. Cutler used the

terminal in the Federal Courthouse to view some dockets.  In case 2:19-cr-00367

Mr. Cutler noticed the copy of the document  (ECF 99) **NOW** was properly

marked.  Based on this Mr. Cutler printed a second copy of the document.  Based

on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262, 03-5314).  Mr.

Cutler requested the district court cases  be consolidated in Pennsylvania and

deliberations allowed on an expedited basis since they both involve related issues

and the Supreme Court has indicated they will not consider the case this term.  This

court had allowed the House of Representatives to be an Intervenor. The

petitioner, Jeffrey Cutler, acting pro se, respectfully previously identified that the

speaker of the house of representaives, in her official capacity, as the speaker of the

House of Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal

employee) left his office at approximately 11 PM and was found dead the next

morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds,

neck back and genitals, but the cause of death was drowning as per the Medical

Examiners.  The FBI tried to force different Medical Examiners to say the **MURDER**

was **Suicide**.  **Sean Suiter** a Baltimore Police officer died from a **MURDER** that

was later classified a suicide during a special arrest, 1 day before he was to testify.

Other individuals have died unexpectedly, possibly of murder including **Beranton**

**Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin

Robert Needle,  may have contacted Mr. **Whisenant.** The medical records

of  **Jonathan Luna** have finally resurfaced and are currently trying to be

sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in

public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577
</ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-
luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-
jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-
jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-
fight-between-da-news-media.html  </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref> https://www.nbcnews.com/news/us-
news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli

Jr.)  stated "[N]o one would be hurt and the greater justice would be attained" and

violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. During a speech at the National

Association of Counties' annual Legislative Conference on 9 March 2010, in

Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref>

she stated "We have to pass the bill to find out what is in it". The petitioner "found

out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case

**1:13-cv-2066**.   He also via lawyers hired had previously filed a Writ of Certiorari

for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case

number 2:17-cv-00984 page 10.  Since the individual mandate of the Affordable

Care Act is now null and void based on the rulling of the USCA and the other

provisons of the bill should also be eliminated to preserve the constitution. Mr.

Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of

appeal of Mr. Johnson.  His lawyer previously made a false statement to the court

in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001).  The current orders of Tom Wolf in

Pennsylvania violate **GMP** procedures and allows the commonwealth to track

every individual on the Pennsylvania Turnpike. (See history of IBP recalls of beef

procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)  Mr.

Cutler had worked for multiple pharmaceutical and food compnaies including,

HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others.  COVID-19 is

actually an excuse for **MASS GENOCIDE** against individuals that are deemed undesirable including Jewish and black Individuals and to discontinue pensions via MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. It is very easy to bribe or pay individuals to bear false witness against another individual.  The order Thomas Wolf issued effectively allows the governments to discontinue religion in Pennsylvania, a member of the **KLU KLUX KLAN** or related organization.  Other members of the **KLU KLUX KLAN** in the United States and the World, are all organized to take on the HOAX.  This was previously called Agenda 21.  As of 16MAR2020 Canada was still allowing flights from CHINA and those persons could be carrying hazardous bio material simply enter the United States from Canada. When Mr. Cutler was  working for Merck as a contractor some individuals were caught stealing trade secrects by security at the West Point site.  It has been known China has been effectively using live people for transplants for years. Mr. Ellyahoo has stated the word in HUNGARY for SIN is pronounced VIRUS. The closing of all CASINOS in the STATE is to get 100% of all gambling revenue, to have a total monopoly on all sources of payment organized for a complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that the Allentown Federal Courthouse contains NAZI insigna in the tile work in the building (pending supreme  court case # 19-8538 ), and there is a seven acre compound in Southern Lancaster county that is owned by the **Klu Klux Klan**. This all may have a connection of Joe Biden to China and the transfer of technology to them that has

violated the world's  civil rights.  Joe Biden an Bill Cosby are named in the same

federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based on case #

**19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which should be

included by reference these claims are true and correct and the book Bloody Harvest

<ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated  the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal,  all the Insurance companies  have

conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of

Tom Wolf, just like 2 different insurance companies failed to compensate Mr.

Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail

Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA

insurance department.  Mr. Wolf's order also violates the Federal Voting law Voting

Rights  Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) ,  voter fraud  has been in

Pennslvania a long time.  The use of  ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that also may be voter fraud in Philadelphia and Mail Fraud.  Since that person never lived at that adress. Mr. Cutler had formally notified the court of voter fraud in Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287.  The DOJ announced the guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**.  Mr. Cutler also notifies  this court that the failure of the Dams in the state of Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of governor Gretchen Witmer's unlawful act from being persued in federal court case 1:20-cv-00323.  Persons of the **CDC** have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from COVID-19. It is called PNEUMOVAX23 and Prevnar13 which is the PRIME COMPLICATION TO THE COVID-19 pneumococcal disease. Based on Tigers in the Bronx zoo being diagnosed with COVID-19, there is **ZERO** evidence that the tigers ever failed to practice social distancing, because the person would be called **LUNCH**. This **EFFECTIVELY INVALIDATES ALL THE MODELS** being used to justify the restrictions being imposed!!. Mr. Cutler based on standard engineering concepts the death of Philadelphi Police Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen, Ellen Greenberg, and others may be

MURDERS of the KLU KLUX KLAN, and 1-2% of all law enforcemnt in the

United States may be members or share their views as well as some elected

Officials and persons in the military all branches. An eight year old boy was raped

in Bryant elementary school and his parents were denied the ability to sue because

they waited six months. Based on this the charges against William Henry Cosby

should be vacated.  George Soros and other persons similarly situated may be

trying to destroy the United States economy and the Dollar by bad sharing of

information, just like on 25MAY1979 American Airlines Flight 191 DC-10,

crashed based on not sharing data.  Mr. Cutler was trying to fly to Philadelphia that

day from Chicago.   My friend Daria from Russia, stated that collapse of the dollar

was a stated goal of persons. It is also interesting that there is some interest in solving

the MURDER of Thomas C. Wales while the MURDER of Jonathan Luna is ignored.

A one million dollar reward is offered for the individuals that MURDERED Wales,

but only one hundred thousand dollars for information leading to the perons

involved in execution of the Jonathan Luna murder on 04DEC2003.  Even in

case, 1:20-cv-01130  that the document legally filed is **<u>RETURNED</u>** for

failing to file a motion to intervene **<u>PRIOR</u>** to filing the actual document, violating

equal protection under the law and the United States Constitution Ammend 5. Also

based on conflicting death reports, declaring a MURDER a SUICIDE is one way

to conceal MURDERS by POLICE or ELECETED officials with the aid of News

Outlets. It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye**  is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE**  for a **55 MILLION DOLLR FRAUD** <ref>
https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-to-tax-fraud-docs/2365089/  </ref> <ref> https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi.  China has been bribing CIA employees and others for

years.  There is no reason what Joe Biden did should be ignored. <ref>
https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058  </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html  </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the Baltimore

Police department. <ref>  https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/

<ref> For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-
sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000 theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref>  On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-

human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.  Dr. Fauci and persons of the CDC have LIED about an Approved Vaccine

to Stop **COMPLICATIONS** from COVID-19. Jeffrey Cutler has discovered an

Approved Vaccine to **Stop COMPLICATIONS from COVID-19**. THEY ARE

PEUMOVAX23 and Prevnar13 to TREAT the PRIME COMPLICATION TO THE

COVID-19 pneumococcal disease. HIV has NO VACCINE. Based on Tigers in the

Bronx zoo being diagnosed with COVID-19, there is ZERO evidence that the tigers

ever failed to practice social distancing, because the person would be called LUNCH.

This EFFECTIVELY INVALIDATES ALL THE MODELS being used to justify the

restrictions being imposed!!  On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref> complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of possible ongoing criminal acts and conspiracy involved with this civil rights action and requests the court to notify the DOJ Office immediately, and any other criminal justice authorities the court deems necessary, to effect and insure the prompt investigation and prosecution of crimes involved with this case which includes mail Fraud (18 U.S. Code § 1341), the murder of a federal employee (18 U.S. Code § 1114), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466 Philadelphia Accademic Health System and Title 18, Section 871. The civil rights action is case # 5:19-cv-00834 and this case # 1:20-cv-01130 District Court Maryland. The courts have affirmed, it must "afford a liberal reading to a complaint filed by a pro se plaintiff," particularly when the plaintiff has no formal legal training or education. Klayman v. Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.") (internal quotations and citations omitted). The current election for president may be just like 2 Star Trek Episodes combined. <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series) </ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref>.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests this the Motion For Summary Judgement should be found against all parties in this case by Mr. Cutler based on the USCA obstruction in the General Flynn Case and

case # 2:20-cv-00677 COUNTY OF BUTLER, et al. v. THOMAS W. WOLF, et al.

in the Western District of PA, Judge Stickman wrote in this case "but even in an

emergency, the authority of government is not unfettered".   This  court should also

declare the entire Affordable Care Act (Obamacare) law and the executive order

signed in 1942 as Executive Order 9066 by **FDR UNCONSTITUTIONAL**, during

an immediate  **ENBANC** review of this case when combined with the writ from case

**15-632**, and the writ filed by the WHITE HOUSE as **19-840**, **19-1019** also have

Mr. Johnson's incarceration be suspended pending the appeal process because of

tampering of documents as demonstrated by ECF 99 filed by Mr. Cutler in the

other case, as well as the  **PETITION TO CONSOLIDATE RELATED CASES**

**FOR JUDICIAL EFFICIENCY**  and let a jury decide the order filed

with case 20-1805.  Mr. Cutler  made a petition 20MAY2020 at 4:10 PM USCA

case 20-1449, a clear BRADY violation.  Also other penalties the court deems

appropriate including a minimum of 20% of the pensions to a compensation  fund

for of those harmed.  The government  **CANNOT SPECIFY HOW TO PRAY**

enforced by **Religious  POLICE**, either LOCAL, FEDERAL OR STATE.  This

case number  20-1805 AND 20-1449, 20-1422, and case 20-5143 in the USCA DC

CIRCUIT SHOULD ALL BE COMBINED FOR JUDICIAL EFFICIENCY and

"**GOOD TROUBLE**" as per John Lewis and 5171 years of persecution of Jewish

Individuals.

Respectfully submitted,

DATE:____25SEP2020_____     _____/s/ Jeffrey Cutler_____

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on SEPTEMBER  25, 2020, I
filed the foregoing with the Clerk of the Court for
the United States District Court for the Western
District of Pennsylvania via United States Mail or in
person. Participants in the case who are registered
CM/ECF users will be served by the appellate
CM/ECF system. I further certify that all of the
other  participants or their lawyers in this case are
registered CM/ECF users except as follows and they
are served by mail or email .

____/s/ Jeffrey Cutler_____
Jeffrey Cutler

# PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGEMENT

AND NOW, this_____ day of _____, 2020 upon consideration Plaintif's Motion for Default

Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.     SO ORDERED.

[1]  Order the SUMMARY Judgment against all defendants be granted and made FINAL at one million dollars per day or

     as a neotiated amount.

[2]  Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge

     Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert

     vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman,

     David Sommers, Mr. William H.  McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Stepen T.

     Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against Roger

     Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma, etc.), for

     violations of equal protection. All prosecutions of  Robert Mueller as special prosecutor vacated because his

     appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[3]  Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all

     judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA

     East Lampeter Township and Haverford, PA.

[4]  Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[5]  Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this

     document, or from their leadership positions.

[6]  Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, and Judge

     Catherine Blake  pay twice their daily salary each day to the innosense project , until they resign.

[7]  Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce.

[8]  Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[9]  Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or

     legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and

     Donald Trump in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee

     documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[10] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case,

     especially any officials of the United States Government, and all payments by any George Soros organization.

[11] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or

individual agreements are reached with each party.

[12] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO violations, and 18 U.S.C. § 1964, Civil RICCO Act.

[13] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery).

[14] Order Fulton Financial to return all money for accounts ending with 8603 and 8612 with penalties.

[15] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[16] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP!!

[17] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[18] Other remedies the court deems appropriate.

[19] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[20] Order Nancy Pelosi to resign from her position for the false statement (18 USC § 1001) made through her lawyer.

[21] The primary election in Pennylvania held June 2, 2020 should be redone because of unequal treatment of voters throughout the state.

[22] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[23] Order CHINA to allow the residents of Hong Kong become a territory of the United States for attacking the United States

[24] Combine cases 20-1805, 20-1449, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT.

[25] Order Broadcasters to make available at NO COST there AUX CHANNELS for teaching grades K-12.

[26] Order Susan Peipher Esquire and other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[27] Order that all public broadcasting stations be chared VIOLATED 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[28] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[29] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use.

[30] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[31] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[32] Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to ***comply with established tenets or teachings of such sect or division of ANY religion*** **in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional** , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632 plus the writ  filed by the WHITE HOUSE as 19-840, 19-1019 and Declare that no jurisdiction of the United States can dictate the proper way to pray.

Dated: _____, 2020_____          _____ _____

BY THE COURT

# ADDENDUM

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COUNTY OF BUTLER, *et al*,

        *Plaintiffs*,

v.

THOMAS W. WOLF, *et al*,

        *Defendants*.

Civil Action No. 2:20-cv-677

Hon. William S. Stickman IV

## DECLARATORY JUDGMENT ORDER

AND NOW, this **14** day of September 2020, IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiffs Mike Kelly, Daryl Metcalfe, Marci Mustello, Tim Bonner, Nancy Gifford and Mike Gifford, d/b/a Double Image, Prima Capelli, Inc., Steven Schoeffel, Paul F. Crawford, t/d/b/a Marigold Farm, Cathy Hoskins, t/d/b/a Classy Cuts Hair Salon, R.W. McDonald & Sons, Inc., Starlight Drive-In, Inc., and, Skyview Drive-In, LLC for the reasons outlined in the Opinion filed by the Court this same day. The Court holds and declares: (1) that the congregate gathering limits imposed by Defendants' mitigation orders violate the right of assembly enshrined in the First Amendment; (2) that the stay-at-home and business closure components of Defendants' orders violate the Due Process Clause of the Fourteenth Amendment; and (3) that the business closure components of Defendants' orders violate the Equal Protection Clause of the Fourteenth Amendment.

1

IT IS FURTHER ORDERED that the County Plaintiffs—Butler, Fayette, Greene, and Washington—are hereby DISMISSED from the case.

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

2

 Gmail

**Jeffrey Cutler <eltaxcollector@gmail.com>**

## COVID-19 Closure Order Exemption Request: Privacy Notification & Copy of Submission

1 message

**ra-noreplydced@pa.gov** <ra-noreplydced@pa.gov>                    Tue, May 12, 2020 at 10:29 PM
To: eltaxcollector@gmail.com

*This came from an unmonitored account, please do not reply.*

JEFFREY CUTLER
GOD
P.O. BOX 2806,
YORK, PA  17405
eltaxcollector@gmail.com

RE:  Request# bda245cf-2dfa-4c15-b60e-fed43b61ece0

Dear JEFFREY CUTLER:

Thank you for previously submitting a request for exemption from the Governor and Secretary of Health's Orders of March 19, 2020, as amended, directing the closure of all businesses that are not life-sustaining.

From the outset of the exemption process, my administration has consistently promised to openly provide public information about the exemption process, including the names of the businesses that requested exemptions, and the response that they received once the process concluded.  On Friday, May 8, 2020, the Department of Community and Economic Development unveiled a new website (https://dced.pa.gov/covid-19-exempt-businesses/) that provides this information.  We wanted you to be aware of this resource.

In addition, we wanted to make you aware that we have received requests to disseminate other information that you submitted in support of your exemption requests.  In many cases, these requests include information that appear to be proprietary or even personal.  Nevertheless, various entities, including the Senate Veterans Affairs & Emergency Preparedness Committee, continue to press the administration to disclose this information.

To either authorize or challenge the disclosure of such information, please contact Senator Mike Regan, Chair, Senate Veterans Affairs & Emergency Preparedness Committee at mregan@pasen.gov.

For your reference, a copy of your original submission is attached.  We appreciate

your efforts to combat the spread of COVID-19.

Sincerely,


TOM WOLF
Governor

---

📄 **bda245cf-2dfa-4c15-b60e-fed43b61ece0.pdf**
13K

**COVID-19 CLOSURE EXEMPTION REQUEST SUBMISSION**

**Request #:** bda245cf-2dfa-4c15-b60e-fed43b61ece0                          **Submitted:** 04/03/2020

**Business Name:** GOD

**Address:** P.O. BOX 2806, YORK, PA 17405

**County:** York

**Contact Name:** JEFFREY CUTLER

**Email:** eltaxcollector@gmail.com                          **Phone:** 717-854-4718

**Business Description:** FREEDOM OF RELIGION and RIGHT TO PETITION GOVERNMENT FOR REDRESS OF GRIEVANCES. USCA 14AUG2015 ORDER CASE 14-5183

**Number of Employees:** VARIES

**How does it meet life-sustaining definition? (Justification):** The Declaration of Independence states ?We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. Every business by every individual by the United States Constitution gave everyone the right to pursue all business as they desire. The order by the governor specifies HE HAS THE SOLE ABILITY to decide which business is LIFE-SUSTAINING, The Patient Protection and Affordable Care Act, Pub. L. No. 111-148, 124 Stat. 119 (2010) (?Affordable Care Act? or ?Act?), including its penalty provision and associated regulations, as applied to Defendant give him other rights. Every Business is LIFE-SUSTAINING TO THE OWNER OF THE BUSINESS.. The closing of small stores is an attempt to have members of the KLU KLUX KLAN to exercise total takeover of country. The fact that large stores become a single focus point any failure exposes large number of people to contamination, where many small stores expose much less people and put less people at risk. .? U.S. Const. art. III, ? 2. As stated by the Supreme Court:A justiciable controversy is . . . distinguished from a difference or dispute of a hypothetical or abstract character; from one that is academic or moot. The controversy must be definite and concrete, touching the legal relations of parties having adverse legal interests. It must be a real and substantial controversy admitting of specific relief through a decree of a conclusive character, as distinguished from an opinion advising what the law would be upon a hypothetical state of facts.

**Does the business have a plan to meet CDC recommended guidelines to maintain employee safety during the COVID-19 pandemic?:** USCA CASE # 20-1449

**How many employees would be in the company's office or physical location in order to do the critical work?:** N/A

🔒 https://en.wikipedia.org/w/index.php?title=Robert_Costa_(journalist)&action=history ✕ ed in  Talk  Contributions  Create account  Log in

Article | Talk                                    Read   Edit   View history   | Search Wikipedia   🔍 |

# Robert Costa (journalist): Revision history        ❓ Help

View logs for this page (view filter log)

| ∨  Filter revisions |

External tools: Find addition/removal (Alternate) · Find edits by user · Page statistics · Pageviews · Fix dead links

For any version listed below, click on its date to see it. For more help, see Help:Page history and Help:Edit summary.

(cur) = difference from current version, (prev) = difference from preceding version.

**m** = minor edit, → = section edit, ← = automatic edit summary

(newest | oldest) View (newer 50 | older 50) (20 | 50 | 100 | 250 | 500)

| Compare selected revisions |

- (cur | prev) ⊙ 03:10, 31 August 2020  MusikBot II (talk | contribs) **m** . . (12,775 bytes) (-27) . . *(Removing protection templates from unprotected page (more info))* (undo) *(Tag: Manual revert)*
- (cur | prev) ⊗ 00:13, 23 August 2020  MelanieN (talk | contribs) . . (12,802 bytes) (+27) . . *(Adding {{pp-vandalism}} (TW))* (undo)
- (cur | prev) ○ 00:13, 23 August 2020  MelanieN (talk | contribs) **m** . . (12,775 bytes) (0) . . *(Protected "Robert Costa (journalist)": Persistent vandalism ([Edit=Require autoconfirmed or confirmed access] (expires 00:13, 30 August 2020 (UTC)))* (undo)
- (cur | prev) ○ 21:49, 22 August 2020  82.1.44.229 (talk) . . (12,775 bytes) (+4) . . *(→Education and early life)* (undo)
- (cur | prev) ○ 12:22, 22 August 2020  CLCStudent (talk | contribs) **m** . . (12,771 bytes) (-426) . . *(Reverted edits by 107.77.204.52 (talk) to last version by Ravensfire)* (undo)
- (cur | prev) ○ 12:21, 22 August 2020  107.77.204.52 (talk) . . (13,197 bytes) (+426) . . *(edit summary removed)* *(Tag: possible unreferenced addition to BLP)*
- (cur | prev) ○ 23:07, 20 August 2020  Ravensfire (talk | contribs) . . (12,771 bytes) (-409) . . *(Reverting edit(s) by 172.58.203.124 (talk) to rev. 973997795 by Ravensfire: Vandalism (RW 15))* *(Tags: Undo, RedWarn)*
- (cur | prev) ○ 16:39, 20 August 2020  172.58.203.124 (talk) . . (13,180 bytes) (+409) . . *(edit summary removed)* *(Tags: review edit, possible unreferenced addition to BLP)*
- (cur | prev) ○ 13:51, 20 August 2020  Ravensfire (talk | contribs) . . (12,771 bytes) (-392) . . *(Reverted to revision 965902182 by Wikikirsc (talk): Rv further - typical cutler nutjob (TW))* *(Tag: Undo)*
- (cur | prev) ○ 13:50, 20 August 2020  Ravensfire (talk | contribs) . . (13,163 bytes) (-20) . . *(edit summary removed)* *(Tags: Undo, RedWarn)*
- (cur | prev) ○ 12:37, 20 August 2020  107.77.204.71 (talk) . . (13,183 bytes) (+20) . . *(edit summary removed)*
- (cur | prev) ○ 04:37, 20 August 2020  107.77.204.182 (talk) . . (13,163 bytes) (+392) . . *(edit summary removed)* *(Tag: possible unreferenced addition to BLP)*
- (cur | prev) ○ 03:00, 4 July 2020  Wikikirsc (talk | contribs) . . (12,771 bytes) (-24) . . *(Citation)* (undo) *(Tags: Mobile edit, Mobile web edit)*
- (cur | prev) ○ 02:59, 4 July 2020  Wikikirsc (talk | contribs) . . (12,795 bytes) (+19) . . *(→Education and early life: copyedits &c.)* (undo) *(Tags: Mobile edit, Mobile web edit)*
- (cur | prev) ○ 02:48, 4 July 2020  Wikikirsc (talk | contribs) . . (12,753 bytes) (+290) . . *(Copyedits &c.)* (undo) *(Tags: Mobile edit, Mobile web edit)*
- (cur | prev) ○ 01:48, 4 July 2020  Wikikirsc (talk | contribs) . . (12,463 bytes) (+50) . . *(Need clarification and supporting evidence for his being born in Richmond, Virginia. Most articles seem to refer to him as a native of Yardley, Pennsylvania or a township near it which apparently is known colloquially although perhaps imprecisely as "Yardley".)* (undo) *(Tags: Mobile edit, Mobile web edit)*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiffs | ) **CASE NO. 1:20-cr-00165** |
| **JEFFREY CUTLER** | ) |
| Intervenor Plaintiff | ) JURY TRIAL REQUESTED |
| v. | ) |
| KEVIN CLINESMITH, et al. | ) |
| Defendants. | ) |

## MOTION TO INTERVENE AND COMBINE CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND SUMMARY JUDGEMENT

**Leave to file DENIED**

_____
James E. Boasberg        Date
United States District Judge



RECEIVED
Mail Room

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

PAGE 1 of 340

JEFFREY CUTLER / ANTHEA V. CENSUR
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20001

JEFFREY CUTLER
P.O. BOX 2806
YORK, PA 17405

CAPITAL DISTRICT 200GNS
01 SEP 2020 PM 2 L
FOREVER

17405-280606

**THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE**

# U.S. POSTAL INSPECTION SERVICE

**Mail Fraud Complaint**

**Your Information**

| | |
|---|---|
| Company Name: | |
| * First Name: | JEFFREY |
| * Last Name: | CUTLER |
| * Address: | P.O. BOX 2806 |
| * City: | YORK |
| * State: | Pennsylvania |
| * ZIP Code: | 17405 |
| * Country: | UNITED STATES |
| Cell Phone: | (215) 872-5715 |
| Work Phone: | (717) 854-4718 |
| Home Phone: | Fax: |
| Email Address: | eltaxcollector@gmail.com |
| Age Range: | 65 or older |
| Are you a Veteran?: | ○Yes ○No |

**Complaint Filed Against**

| | |
|---|---|
| Company Name: | 1 Court of District of Columbia |
| First Name: | James |
| Last Name: | Boasberg |
| Address: | 333 CONSTITUTION AVE, NW |
| City: | WASHINGTON DC |
| State: | Maryland |
| ZIP Code: | 20001 |
| Country: | UNITED STATES |
| Cell Phone: | Work Phone: (202) 354-3060 |
| Home Phone: | Fax: |
| Email Address: | PAED_DOCUMENTS@paed.uscourts.gov |
| Website Address: | https://www.dcd.uscourts.gov/telephone-listings |

**How Were You Contacted?**

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | 09/09/2020 |
| Do you have the envelope it was mailed in? | ●Yes ○No |
| Does the envelope have a permit number? | ○Yes ●No |
| Does the envelope have a postage meter number? | ○Yes ●No |

**How Did You Respond to This Offer?**

| | |
|---|---|
| How did you respond to this offer? | Other |
| Other: | ED MAIL FRAUD COMPLAIN |
| Response Mailed to a Different Address: | ○Yes ●No |
| Do you have a Tracking Number? (Certified, Insured or Express Mail)? | ○Yes ●No |
| What did you receive? max size 250 characters | DENIAL TO INTERVENE DATED 21AUG2020, BUT DOCUMENT SENT TO COURT NOT ONLINE |
| How did it differ from what you expected? max size 250 characters | EXPECTED REASON FOR DENIAL TO INTERVENE BE MENTIONED AND PUBLISHED-OBSTRUCTION OF JUSTICE |
| How much did the company ask you to pay (S)? | 7.75 |
| Do you have the item? | ○Yes ●No |
| How was it delivered? | US Mail |
| Did you contact the company or person about the complaint? | ●Yes ○No |
| Reason for No Contact: | Unanswered Telephone |

**Did You Lose Money?**

| | |
|---|---|
| Lose Money: | ●Yes ○No |
| Payment Type: | Credit Card |
| Payment Amount(S): | 77.00 |
| Payment Date: | 09/01/2020 |

**Type of Mail Fraud Complaint**

| | |
|---|---|
| Scheme Category: | Harassment |
| Scheme Type: | Harassment |

**Additional Information**
max size 1000 characters

FILED A 340 PAGE MOTION TO INTERVENE AND COMBINE CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND SUMMARY JUDGEMENT. NO REASON TO DENY MOTION AND MOTION AND ORDER ARE BOTH NOT ON THE DOCKET!! THIS IS OBSTRUCTION OF JUSTICE AND CONCEALING THE MURDER OF JONATHAN LUNA.



**THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE**

# U.S. POSTAL INSPECTION SERVICE

Mail Fraud Complaint form submitted successfully.   SUBMITTED 10SEP2020 6:03 AM

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY CUTLER** | ) *No.:* **5:17-cv-05025** |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| ***v.*** | ) |
| **ALAN SCHNITZER,** CHAIRMAN THE TRAVELER'S COMPANIES INC. | ) ) |
| **EDWARD MCVEY,** THE PENNSYLVANIA INSURANCE DEPARTMENT | ) ) |
| **Richard S. MILLS,** McElroy, Deutsch, Mulvaney, & Carpenter, LLP | ) ) |
| **KIANDRA BAIR,** McNEES WALLACE & NURICK | ) ) |
| **SAM JANESH,** THE LNP MEDIA GROUP | ) ) |
| **DENNIS STUCKEY,** LANCASTER COUNTY CHAIRMAN | ) ) |
| **BRIAN HURTER,** LANCASTER COUNTY CONTROLLER | ) ) |
| **MARK DALTON,** LANCASTER COUNTY COURT ADMINSTRATOR | ) **JURY TRIAL DEMANDED** ) |
| **DAVID BUCKWALTER,** EAST LAMPETER TOWNSHIP CHAIRMAN | ) ) |
| **MIKE SHIRK,** HIGH INC. CHAIRMAN | ) ) |
| **JUDGE DENISE CUMMINS** DISTRICT JUSTICE JUDGE | ) ) |
| **DAVID ZUILKOSKI,** CONESTOGA VALLEY SCHOOL DISTRICT | ) ) |
| | ) |
| **Defendants** | ) |

**FILED**

SEP 0 7 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

# MOTION TO STRIKE MOTIONS OF KIANDRA BAIR, ALAN SCHNITZER, AND DAVID BUCKWALTER IN OPPOSITION TO COMBINING CASES AND MOTION FOR FINAL JUDGEMENT

Here comes Jeffrey Cutler, Plaintiff in this case and requests the motion

on behalf of KIANDRA BAIR be stricken based on Rule 5.5 (Unauthorized

Practice of Law).   The lawyer for KIANDRA BAIR motion identifies

defendant as Dennis Stuckney instead of Dennis Stuckey. The case also

violates rule 65(b)(1) in the attorney for KIANDRA BAIR has never shown

that all parties in this case are notified of their motions, specifically Sam

Janesh and Denise Cummins.   Based on case 2:17-cv-00984, docket item 5, all

actions of the attorneys in this case should be denied and dismissed. They

should also be declared non-compliant and all their claims denied. If they are

non-compliant then they are not practicing law, it is something else.

Prosecutorial discretion and the use of  illegal surveillance does not allow for

complete civil rights violations, or violations of equal protection  Based on

Statements by members of the KLU KLUX KLAN have previously codified

their pride in SCREWING A JEW, or getting Jews to defend their civil rights

(Mr. Cutler is Jewish by birth).   The courts have affirmed, it must "afford a

liberal reading to a complaint filed by a pro se plaintiff," particularly when the

plaintiff has no formal legal training or education.  Klayman v. Zuckerberg,

753 F.3d 1354, 1357 (D.C. Cir. 2014); see also Erickson v. Pardus, 551 U.S.

89, 94 (2007) ("A document filed pro se is to be liberally construed, and a pro

se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") and a claim is expressed

in the complaint. In the alternate to dismissing all defendants claims a jury

should be permitted to hear testimony under oath of witnesses in deciding the

motions of this case, including Lisa Michelle Lambert, retired Judge Stewart

Dalzel, James Comey, Emily Weinman etc. This case is related to USCA case

#17-2709 and USCA case #18-1816. It is almost poetic, that in the film

"Mississippi Burning", a fictional account of the MURDER of black and

Jewish civil rights workers by the KLU KLUX KLAN, the sheriff 's name was

Ray Stuckey and here there is proof that Dennis Stuckey participated in Mail

and interstate Insurance fraud along with Mr. Mills, Cristina Hausner, and

others and should be prosecuted for insurance fraud, theft by deception, and

criminal conspiracy, just like Oneatha Swinton is being charged by the

Pennsylvania Attorney General Josh Shapiro. On February 23, 2017 when

East Lampeter Supervisors voted to assign tax collection to the Lancaster

County Treasurer by resolution 2017-12 even though Amber Green Martin

never had a surety bond to collect taxes, and they failed to perform due

diligence and they knew or should have known about the surety bond. As

recently as June 19, 2018 State Senator Scott Martin has held hearings in

support of giving his wife (Amber Green Martin) more power, even though she

has continually broken the law, and failed to have a surety bond to collect

taxes. David Zuilkoski and the Conestoga School System assigned the tax

collection to the Lancaster County Treasurer's office and failed to perform due

diligence in this matter, and knew or should have known Amber Green Martin

never had a surety bond. The office of Pennsylvania Attorney General by not

charging Amber Green Martin has also violated the United States Constitution

Amendment 14, by the fact that Amber Green Martin has been violating the

law in plain sight in not securing a surety bond until July 18, 2018, in an

amount that is significantly less than required by law (the law requires 75% of

the amount at risk). Susan Peipher and Christina Hausner were involved in

suborning perjury, destroying or concealing evidence, witness tampering, and

concealing income or assets. Since the original claim and assignment of tax

collection was based on the furtherance of a crime the default judgment should

be made final, see documents from the Lancaster Court of Common Pleas case

# CI-17-09663 as presented in docket item 31. Although Mr. Cutler has no

formal legal training a blind man could see discrepancies in how the law was

being applied and violations of equal protection. Recently in the federal court

Rob McCord was sentenced to 30 months in prison and allowed to remain out

of prison, yet Seth Williams (the first black DA in Philadelphia) was

incarcerated instantly on pleading guilty to one count of bribery until a

sentence was imposed. Marvin Mychal Kendricks (case 2:18-cr-00368) was

charged with insider trading while Jon Corsine was never criminally charged

relating to the MF Global theft of customer money. The president of the

United States is being harassed by rogue prosecution while Hillary Clinton was

totally exonerated of crimes.

Date: _07 Sep 2018_

_____
Jeffrey Cutler, *pro se*
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

GREAT PARENTS, MAKE GREAT KIDS
MAKE A GREAT PRESIDENT

HAPPY NEW YEAR, MR PRESIDENT!!

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF
## PENNSYLVANIA

| | |
|---|---|
| **JEFFREY CUTLER** | ) *No.:* **5:17-cv-05025** |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| *v.* | ) |
| **ALAN SCHNITZER,** | ) |
| CHAIRMAN THE TRAVELER'S COMPANIES INC. | ) |
| **EDWARD MCVEY,** THE | ) |
| PENNSYLVANIA INSURANCE DEPARTMENT | ) |
| **Richard S. MILLS,** McElroy, | ) |
| Deutsch, Mulvaney, & Carpenter, LLP | ) |
| **KIANDRA BAIR,** McNEES | ) |
| WALLACE & NURICK | ) |
| **SAM JANESH,** THE LNP | ) |
| MEDIA GROUP | ) |
| **DENNIS STUCKEY,** | ) |
| LANCASTER COUNTY CHAIRMAN | ) |
| **BRIAN HURTER,** | ) |
| LANCASTER COUNTY CONTROLLER | ) |
| **MARK DALTON,** | ) **JURY TRIAL DEMANDED** |
| LANCASTER COUNTY COURT ADMINSTRATOR | ) |
| **DAVID BUCKWALTER,** | ) |
| EAST LAMPETER TOWNSHIP CHAIRMAN | ) |
| **MIKE SHIRK,** HIGH INC. | ) |
| CHAIRMAN | ) |
| **JUDGE DENISE** | ) |
| **CUMMINS** | ) |
| DISTRICT JUSTICE JUDGE | ) |
| **DAVID ZUILKOSKI,** | ) |
| CONESTOGA VALLEY SCHOOL DISTRICT | ) |
| | ) |
| **Defendants** | ) |

## PLAINTIF'S PROPOSED ORDER FOR FINAL DEFAULT JUDGMENT

AND NOW, this_____ day of _____, 2018 upon consideration Plaintif's Motion

for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is

GRANTED.    SO ORDERED.

a.  Order the Default Judgment against all defendants be granted and made FINAL at one million dollars per day.

b.  Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated.

c.  Order the summary judgment of all other cases filed by Mr. Cutler in every court also be granted

d.  Order all vandalism perpetuated against Mr. Cutler to be compensated, and listed

e.  Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013

f.  Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros forganization.

g.  Order a one million dollar a day penalty per named defendant, until Mr Cutler's reputation and credit are restored or individual agreements are reached with each party

h.  Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of the RiCCO ACT, both 18 U S C §§ 1961–1968. RICO violations, and 18 U S C. § 1964, Civil RICCO Act

i.  Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U S C. § 2113 (bank robbery).

j.  Order Fulton Financial to return all money for accounts ending with 8603 and 8612  with penalties.

k.  Order Fulton Financial to compensate the plaintiffs for cases 5'18-cv-00987 and case 2 17-cv-02763 as demanded in their respective lawsuits

l.  Other remedies the court deems appropriate.

m.  Order the Democratic National Committee to also show why they are not a party to Religious discrimination

n.   Order Susan Peipher Esquire, to be barred from participation in the Federal Court CM/ECF system

o.   Order Robert Mueller to Cease and Desist any further prosecutions until the activities can be verified as not

violating equal protection, just like the email Mr  Cutler received from the FBI on January 30, 2017 about reporting

crimes of Bank and Insurance fraud.

p.   Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to *comply with*

*established tenets or teachings of such sect or division of ANY religion* **in violation of the U.S.**

**Constitution amendment 1 and declare the ACA unconstitutional** , based on the 89 page writ of USCA case

17-2709 on page 314A.


Dated: _ _ _, 2018 _ _ _ _ _ _



_____  _____  ___

BY THE COURT

Case 2:20-cv-00677-WSS   Document 94   Filed 09/25/20   Page 48 of 100
Case 5:17-cv-05025-JLS   Document 38   Filed 09/07/18   Page 9 of 10
Case 2:17-cv-00984-TON   Document 46   Filed 08/04/17   Page 3 of 17

**CONSPIRACY TO COMMIT BANK & INSURANCE FRAUD**

Jeffrey Cutler  To All; Attached is a TAX cert and page 2 of 14 from .    Jan 30

Milligan, Joseph A. (PH) (FBI) <Joseph.Milligan@ic.fbi.    Jan 30
to me, John, JAN.MCDERMOTT, Dave

Mr Cutler,

        Cease and desist adding myself and ADA McDermott to any more of your
emails regarding this matter.   Special Agent Milligan

From: Jeffrey Cutler [mailto:eltaxcollector@gmail.com]
Sent: Sunday, January 29, 2017 11:40 PM
To: Murray, John <JoMurray@paauditor.gov>,
JAN.MCDERMOTT@phila.gov; Dave Brown
<dave@pearsonkoutcherlaw.com>; Milligan, Joseph A. (PH) (FBI)
<Joseph.Milligan@ic.fbi.gov>
Subject: CONSPIRACY TO COMMIT BANK & INSURANCE FRAUD

...

Jeffrey Cutler <eltaxcollector@gmail.com>    Jan 30
to whmcmichael, jhaskins, dyerushalmi, djacob, lalobell, Dave

To All,

See the message below.  I am involved with a bunch of People that are
ANTI-JEWISH.  They are trying to set me up to be accused of THEFT!!! They have
conspired to delete payment information and try and blame me for stealing!!! They
are all criminals.  The FBI does not want to help.  They suggested (FBI) I got a
lawyer  They just want claim the JEW IS A THIEF!!!

Jeff Cutler

717-854-4716
215-872-5715


717-854-4718


3 Attachments



VALIDATION_ERR...        ELSUIT_Stop_OR...



W  SUPCOURT.doc


Devon Jacob  Jeffrey, do not contact me again for any reason. If you do    Jan 30

Jeffrey Cutler  Lonnie... No Friends Jeff Cutler    Jan 30

Jeffrey Cutler  Justin, it must be my breath. Jeff Cutler    Jan 30

## Bentley Ridge
## Resident Statement

| | | | |
|---|---|---|---|
| Resident: | Cutler, Jeff  (R 0500100433) | Move In Date. | 6/18/2011 |
| Resident Id. | 000196-42-CV67-14 | Current Lease. | 7/1/2017 |
| From. | 09/2017 | Notice To Vacate. | |
| Through: | 09/2017 | Vacate Date | |

| | | Deposits Required | 300 00 |
|---|---|---|---|
| | | Deposits Received | 300.00 |
| | | Current Balance. | 0.00 |

| Date | Type | Description | Charges | Payments/Credits | Balance |
|---|---|---|---|---|---|
| 09/01/2017 | Balance | Balance Forward | | | 14,617 00 |
| 09/01/2017 | Premium Rent MTM | September Charge | 200 00 | | 14,817.00 |
| 09/01/2017 | Rent Charge | September Charge | 1,125 00 | | 15.942.00 |
| 09/01/2017 | Water And/Or Sewer Charg | September Charge | 40 00 | | 15.982.00 |
| 09/19/2017 | Check | #851926 | | 9,280 00 | 6,702 00 |
| 09/25/2017 | Check | #1000395065 | | 5,800 00 | 902 00 |
| 09/29/2017 | Check | #24655850774 | | 902.00 | 0 00 |

### Recurring Charges

| Effective Dates | Description | Amount | Current? |
|---|---|---|---|
| 7/1/2016-6/30/2017 | Premium Rent MTM | $200 00 | Y |
| 7/1/2017-6/30/2017 | Water And/Or Sewer Charge | $40 00 | Y |
| 7/1/2017-6/30/2017 | Rent Charge | $1,125 00 | Y |



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY CUTLER | ) *No.*: **5:17-cv-05025** |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| *v.* | ) |
| **ALAN SCHNITZER,** CHAIRMAN THE TRAVELER'S COMPANIES INC. | ) |
| **EDWARD MCVEY,** THE PENNSYLVANIA INSURANCE DEPARTMENT | ) |
| **Richard S. MILLS,** McElroy, Deutsch, Mulvaney, & Carpenter, LLP | ) |
| **KIANDRA BAIR,** McNEES WALLACE & NURICK | ) |
| **SAM JANESH,** THE LNP MEDIA GROUP | ) |
| **DENNIS STUCKEY,** LANCASTER COUNTY CHAIRMAN | ) |
| **BRIAN HURTER,** LANCASTER COUNTY CONTROLLER | ) |
| **MARK DALTON,** LANCASTER COUNTY COURT ADMINSTRATOR | ) **JURY TRIAL DEMANDED** |
| **DAVID BUCKWALTER,** EAST LAMPETER TOWNSHIP CHAIRMAN | ) |
| **MIKE SHIRK,** HIGH INC. CHAIRMAN | ) |
| **JUDGE DENISE CUMMINS** DISTRICT JUSTICE JUDGE | ) |
| **DAVID ZUILKOSKI,** CONESTOGA VALLEY SCHOOL DISTRICT | ) |
| | ) |
| **Defendants** | ) |

**FILED**

SEP 07 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

# CERTIFICATE OF SERVICE

I Jeffrey Cutler, do hereby certify that I this day I have served a copy of Plaintiff's MOTION TO

STRIKE MOTION OF DAVID BUCKWALTER TO DISMISS AND FINAL JUDGEMENT of

August 28, 2018, to all Defendants via the CM/ECF system, email or priority United States

Mail, postage prepaid.

Date: ___07 SEP 2018___

Jeffrey Cutler, *pro se*
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF
## PENNSYLVANIA

JEFFREY CUTLER

                    Plaintiff,

     v.

**ALAN SCHNITZER,**
CHAIRMAN THE TRAVELER'S
COMPANIES INC.

**EDWARD MCVEY,** THE
PENNSYLVANIA INSURANCE
DEPARTMENT

**Richard S. MILLS,** McElroy,
Deutsch, Mulvaney, &
Carpenter, LLP

**KIANDRA BAIR,** McNEES
WALLACE & NURICK

**SAM JANESH,** THE LNP
MEDIA GROUP

**DENNIS STUCKEY,**
LANCASTER COUNTY
CHAIRMAN

**BRIAN HURTER,**
LANCASTER COUNTY
CONTROLLER

**MARK DALTON,**
LANCASTER COUNTY COURT
ADMINSTRATOR

**DAVID BUCKWALTER,**
EAST LAMPETER TOWNSHIP
CHAIRMAN

**MIKE SHIRK,** HIGH INC.
CHAIRMAN

**JUDGE DENISE
CUMMINS**
DISTRICT JUSTICE JUDGE

**DAVID ZUILKOSKI,**
CONESTOGA VALLEY SCHOOL
DISTRICT

                  Defendants

) *No.:* **5:17-cv-05025**
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)  **JURY TRIAL DEMANDED**
)
)
)
)
)
)
)
)
)
)
)
)

FILED

AUG 1 6 2018

KATE BARKMAN, Clerk
By_____ Dep. Clerk

# MOTION TO COMBINE CASES WITH CASE 5:18-cv-00987,
# 2:17-cv-02763 AND FINAL JUDGEMENT

Here comes Jeffrey Cutler, Plaintiff in this case and requests this case be combined with case and case 5:18-cv-00987 and case 2:17-cv-02763 Case 5:18-cv-00987 is currently captioned Craig A. Dally and Ann C. Dally v. LAFAYETTE AMBASADOR BANK, AND FULTON FINANCIAL CORPORTAION. Case 2:17-cv-02763 is currently captioned JON ROBBINS v. FULTON BANK, N.A.,. On March 17, 2017 Judge Margaret Miller issued an order which seized Fulton bank accounts from Jeffrey Cutler ending with 8603 and 8612 and assigned tax collection for East Lampeter Township to the Lancaster County Treasurer, Amber Green Martin, after a 2 hour hearing based on perjured verification of Brian Hurter, and a violation of Pennsylvania law. Based on current public information the Lancaster County Treasurer, Amber Green Martin never had a surety bond to collect taxes at that time and never had any surety bond until July 18, 2018. Based on common pleas court case # CI-17-09663 order of July 2, 2018 by Judge Brown a person is not allowed to collect taxes without a surety bond. Fulton Financial seized both accounts (account ending with 8603 and 8612) with assets in excess of $ 900,000 at the time. In the end of July 2018, Jeffrey Cutler received a notice from Fulton Financial that account ending in 8603 would be closed even though Fulton Financial had kept the account open since it was seized with zero activity since March 17, 2017. Account ending with 8612 was zeroed out and closed by Fulton Financial on April 3, 2017. On or about August 1, 2018 Jeffrey Cutler

transferred $251.00 (into account ending in 8603 on or about August 1, 2018.

from a savings account he subsequently opened). The order by judge Miller

has never been rescinded yet the funds in account ending 8603 are still in the

account. Fulton Financial knew or should have known the seizure was illegal.

As compensation for their participation in the bank robbery, the Lancaster

County Treasurer, Amber Green Martin rewarded Fulton Financial with fees to

collect approximately 100,000 tax bills annually. Since the original order was

based on perjured testimony and the assignment of tax collection was illegal

this makes the original order a conspiracy in to commit bank robbery (violation

of 18 U.S.C. § 2113) and all the defendants in this case and their lawyers aided

abetted in this activity along with WGAL, LNP media group, the entire East

Lampeter Township Police department, Corey A. Shank of Erie Insurance.

The FBI has a history of supporting crimes of the KLU KLUX KLAN and

support of MURDER (Gary Thomas Rowe). Every news media outlet and

newspaper in the United States have CENSORED the most salient points of

this case as well as case and even law schools are CENSORING parts of the

cases Jeffrey Cutler has filed https://www.brennancenter.org/legal-

work/corman-v-torres. More information can be found at

https://www.youtube.com/watch?v=mgCle8F_zUk. Despite a legal

STOP order in place, the rent mailed each month, the apartment at 67

Cambridge Village is now occupied by Connie L. Nelson, an illegal lockout of

the premises occurred, complete theft of the contents including insurance

fraud, and electric power . The FBI or other federal agency have engaged in altering bank records (PNC Bank) signature card, preventing Mr. Cutler from getting Legal Representation, and trying to stop Mr. Cutler from having access to funds from Fidelity Investments.  They also have engaged with others in the unlawful interference with the office of the president including making threats against him which is a federal crime.  Other current or previous public officials may be members of the KLU KLUX KLAN based on public events such as the police beating of Emily Weinman in Wildwood New Jersey, the refusal of Bill Clinton to apologize to Monica Lewinsky, the Thadeus Steven's College of Technology refusal to allow the public access to their library (even though a complaint was made to the office of Tom Wolf and they are fully owned by the Commonwealth of Pennsylvania), Sandra Thompson harassment with 4 other black women on the golf course in York, Pennsylvania, the incarceration without trial for over 4.5 years of Jammal Harris and other African Americans (Andrew Miller), Seth Williams prosecution and instant incarceration, Bill Cosby prosecution and attempted instant incarceration based on a lie made by the DA, Seth Rich Murder, etc. .  Statements by members of the KLU KLUX KLAN have previously codified their pride in SCREWING A JEW, or getting Jews to defend their civil rights (Mr. Cutler is Jewish by birth).   The courts have affirmed, it must "afford a liberal reading to a complaint filed by a pro se plaintiff," particularly when the plaintiff has no formal legal training or education.  Klayman v. Zuckerberg, 753 F.3d 1354, 1357 (D.C. Cir. 2014); see

also Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed pro se is to

be liberally construed, and a pro se complaint, however inartfully pleaded,

must be held to less stringent standards than formal pleadings drafted by

lawyers.") and a claim is expressed in the complaint.  In the alternate to

dismissing all defendants claims a jury should be permitted to hear testimony

under oath of witnesses in deciding the motions of this case, including Lisa

Michelle Lambert, retired Judge Stewart Dalzel, James Comey, Emily

Weinman etc.  This case is related to USCA case #17-2709 and USCA case

#18-1816.  It is almost poetic, that in the film "Mississippi Burning", a

fictional account of the MURDER of black and Jewish civil rights workers by

the KLU KLUX KLAN, the sheriff 's name was Ray Stuckey and here there is

proof that Dennis Stuckey participated in Mail and interstate Insurance fraud

along with Mr. Mills, Cristina Hausner, and others and should be prosecuted

for insurance fraud, theft by deception, and criminal conspiracy, just like

Oneatha Swinton is being charged by the Pennsylvania Attorney General Josh

Shapiro.  On February 23, 2017 when East Lampeter Supervisors voted to

assign tax collection to the Lancaster County Treasurer by resolution 2017-12

even though Amber Green Martin never had a surety bond to collect taxes, and

they failed to perform due diligence and they knew or should have known

about the surety bond.  As recently as June 19, 2018 State Senator Scott Martin

has held hearings in support of giving his wife (Amber Green Martin) more

power, even though she has continually broken the law, and failed to have a

surety bond to collect taxes.  David Zuilkoski and the Conestoga School

System assigned the tax collection to the Lancaster County Treasurer's office

and failed to perform due diligence in this matter, and knew or should have

known Amber Green Martin never had a surety bond.  The office of

Pennsylvania Attorney General by not charging Amber Green Martin has also

violated the United States Constitution Amendment 14,  by the fact that

Amber Green Martin has been violating the law in plain sight in not securing a

surety bond until July 18, 2018, in an amount that is significantly less than

required by law (the law requires 75% of the amount at risk).  Susan Peipher

and Christina Hausner were involved in suborning perjury, destroying or

concealing evidence, witness tampering, and concealing income or assets.

Since the original claim and assignment of tax collection was based on the

furtherance of a crime the default judgment should be made final, see attached

documents from the Lancaster Court of Common Pleas case # CI-17-09663.


Date: _ _l_ _l_ _A_D_G_ _Z_O_l_ō_

Jeffrey Cutler, *pro se*
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# PENNSYLVANIA

| | |
|---|---|
| **JEFFREY CUTLER** | ) *No.:* **5:17-cv-05025** |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| ***v.*** | ) |
| **ALAN SCHNITZER,** | ) |
| **CHAIRMAN THE TRAVELER'S** | ) |
| **COMPANIES INC.** | |
| **EDWARD MCVEY, THE** | ) |
| **PENNSYLVANIA INSURANCE** | ) |
| **DEPARTMENT** | |
| **Richard S. MILLS, McElroy,** | ) |
| **Deutsch, Mulvaney, &** | ) |
| **Carpenter, LLP** | |
| **KIANDRA BAIR, McNEES** | ) |
| **WALLACE & NURICK** | ) |
| **SAM JANESH, THE LNP** | ) |
| **MEDIA GROUP** | ) |
| **DENNIS STUCKEY,** | ) |
| **LANCASTER COUNTY** | ) |
| **CHAIRMAN** | |
| **BRIAN HURTER,** | ) |
| **LANCASTER COUNTY** | ) |
| **CONTROLLER** | |
| **MARK DALTON,** | ) **JURY TRIAL DEMANDED** |
| **LANCASTER COUNTY COURT** | ) |
| **ADMINSTRATOR** | |
| **DAVID BUCKWALTER,** | ) |
| **EAST LAMPETER TOWNSHIP** | ) |
| **CHAIRMAN** | |
| **MIKE SHIRK, HIGH INC.** | ) |
| **CHAIRMAN** | ) |
| **JUDGE DENISE** | ) |
| **CUMMINS** | ) |
| **DISTRICT JUSTICE JUDGE** | |
| **DAVID ZUILKOSKI,** | ) |
| **CONESTOGA VALLEY SCHOOL** | ) |
| **DISTRICT** | |
| | ) |
| **Defendants** | ) |

**PLAINTIF'S PROPOSED ORDER FOR FINAL DEFAULT JUDGMENT**

AND NOW, this_____ day of _____, 2018 upon consideration Plaintif's Motion

for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is

GRANTED.     SO ORDERED.

a.  Order the Default Judgment against all defendants be granted and made FINAL at one million dollars per day

b.  Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated

c.  Order the summary judgment of all other cases filed by Mr. Cutler in every court also be granted.

d.  Order all vandalism perpetuated against Mr Cutler to be compensated, and listed

e.  Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

f.  Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros forganization

g.  Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party

h.  Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of the RiCCO ACT, both 18 U.S C §§ 1961–1968 RICO violations, and 18 U S.C. § 1964, Civil RICCO Act.

i.  Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr. all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U S C. § 2113 (bank robbery)

j.  Order Fulton Financial to return all money for accounts ending with 8603 and 8612  with penalties.

k.  Order Fulton Financial to compensate the plaintiffs for cases 5 18-cv-00987 and case 2 17-cv-02763 as demanded in their respective lawsuits

l.  Other remedies the court deems appropriate

m.  Order the Democratic National Committee to also show why they are not a party to Religious discrimination

n.   Order the United States Government to stop collecting or accessing penalties **FOR FAILURE** to comply *with*

*established tenets or teachings of such sect or division of ANY religion* **In violation of the U.S.**

**Constitution amendment 1 and declare the ACA unconstitutional**

Dated: _ _, 2018_____

                                                    _____  _____ ___  _

                                                    BY THE COURT

IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

EAST LAMPETER TOWNSHIP      :

          Plaintiff        :     Docket No.: CI-15-05424

                 :

   v.              :     Action in Mandamus

                 :

JEFFREY CUTLER          :     The Honorable Margaret C. Miller

                 :

          Defendant    :

**ORDER**

AND NOW, this _17th_ day of March 2017, upon consideration of the Petition for

Special Injunction, it is HEREBY ORDERED and DECREED that Defendant Jeffrey Cutler is

enjoined from performing any duties as Tax Collector for East Lampeter Township.

IT IS FURTHER ORDERED that:

1.     The Lancaster County Treasurer shall serve as interim Tax Collector for 2017;

2.     Fulton Bank shall continue to freeze Defendant Jeffrey Cutler's Tax Collector

Account No. xxxxxx8603 and Administrative Account No. xxxxxx8612;

3.     Fulton Bank and/or the Lancaster County Treasurer or her designee shall open a

post office lockbox with the East Petersburg post office for the purpose of receiving tax

payments, and the United States Postal Service shall forward all such mail from P.O. Box 26 in

East Petersburg to such new post office lockbox;

4.     On or before March 30, 2017, the Lancaster County Treasurer shall open a new

bank account at Fulton Bank for the purpose of collection of tax payments from East Lampeter

Township taxpayers;

5.     On April 3, 2017, Fulton Bank shall close Defendant Jeffrey Cutler's Tax

Collector Account No. xxxxxx8603 and Administrative Account No. xxxxxx8612 and transfer

any balances in such accounts to the new bank account opened by the Lancaster County Treasurer;

6.     After April 3, 2017, Fulton Bank shall deposit all tax payments payable to Jeffrey Cutler submitted to the Bank (either by mail or at branch locations) into the new bank account opened by the Lancaster County Treasurer; and

7.     Defendant Jeffrey Cutler shall deliver all books and records associated with his tax collection duties to the Lancaster County Controller within ten (10) days of the date of this Order.

BY THE COURT:

_Jaynne Muller_

J.

Attest: _Jessica Rombach_

Copies to:     Susan P. Peipher, Esquire — 3 at counter
Christina L. Hausner, Esquire
Jeffrey Cutler

NOTICE OF ENTRY OF ORDER OR DECREE
PURSUANT TO PA R C P NO 236
NOTIFICATION - THE ATTACHED DOCUMENT
HAS BEEN FILED IN THIS CASE
PROTHONOTARY OF LANCASTER CO., PA
DATE  3/17/17

# Prothonotary of Lancaster County
## Counter Receipt

I, _Susan P. Peipher_ , accept receipt of the following,
　(full printed name)

_CI-15- 05424_　　_Order dated 3|17|17  (3)_
　(case number)　　　　　(document(s) received)

_____　　_____
　(case number)　　　　　(document(s) received)

_____　　_____
　(case number)　　　　　(document(s) received)

_____　　_____
　(case number)　　　　　(document(s) received)

_____　　_____
　(case number)　　　　　(document(s) received)

_____　　_____
　(case number)　　　　　(document(s) received)

as an authorized representative of _Blakinger Thomas PC_ .
　　　　　　　　　　　　　　(law firm or attorney name)

_[signature]_　　　　　　　　_3|17|17_
　(signature)　　　　　　　　　(date)

REV 12/16/2016

# Fulton Bank

P O Box 4887
Lancaster, PA 17604

fultonbank com

Temp-Return Service Requested

| | |
|---|---|
| Date of Notice: | **07/24/2018** |
| Closure Date: | **08/23/2018** |
| Account Number: | **XXXX8603** |

002993 0.4500 AB C.408          TRC0011

F2NT

JEFFREY CUTLER
PO BOX 2806
YORK PA 17405-2806

## IMPORTANT NOTICE:  YOUR ACCOUNT WILL BE CLOSING IN 30 DAYS
### Account #XXXX8603

Your State and Municipal Checking account has been carrying a $0 balance for the past two months and there has been no activity for the past 90 days.  Unused accounts may become a personal information security risk and as a result, we will be closing this account effective August 23, 2018.  To reactivate your account, you will need to make a deposit at a branch office or ATM prior to August 23, 2018.

Please note:  you are still responsible for any overdrafts, outstanding items, fees, unpaid charges, or items to your account which are returned unpaid.  If your account is closed before interest is credited, you will not receive the interest.

If you have any questions, please visit your local branch office or call us at 800-FULTON-4.

# Fulton Bank                    RECEIPT

☐ Checking              ☐ Savings              ☐ Loans

8 1 2018 15 17 41
2503 10 8603 FirApp!rS20
235 500 0001 $251 00

FULTON BANK  N A
MEMBER FDIC

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

TAX15101
Rev 07 01 2018

Fulton Bank, N A  Member FDIC

# Fulton Bank

P O Box 4887
Lancaster, PA 17604

fultonbank com

**Temp-Return Service Requested**

| | |
|---|---|
| Date of Notice: | **07/24/2018** |
| Closure Date: | **08/23/2018** |
| Account Number: | **XXXX8603** |



002993 0.4500 AB 0 408          TR000¹¹

F2NT

JEFFREY CUTLER
PO BOX 2806
YORK PA 17405-2806

## IMPORTANT NOTICE:  YOUR ACCOUNT WILL BE CLOSING IN 30 DAYS
### Account #XXXX8603

Your State and Municipal Checking account has been carrying a $0 balance for the past two months and there has been no activity for the past 90 days.  Unused accounts may become a personal information security risk and as a result, we will be closing this account effective August 23, 2018.  To reactivate your account, you will need to make a deposit at a branch office or ATM prior to August 23, 2018.

Please note:  you are still responsible for any overdrafts, outstanding items, fees, unpaid charges, or items to your account which are returned unpaid.  If your account is closed before interest is credited, you will not receive the interest.

If you have any questions, please visit your local branch office or call us at 800-FULTON-4.



**Fulton Bank**
LISTENING IS JUST THE BEGINNING®

P O Box 4887
Lancaster, PA 17604

fultonbank com

Page 1 of 2

Statement Date  06/01/18 through 06/30/18

Primary Account:                    XXXX8603

**Temp-Return Service Requested**

For information regarding your account,
please call customer service at 800 FULTON 4

## Account Statement

019481 0.4500 AV 0.378          TR00060
JEFFREY CUTLER
PO BOX 2806
YORK PA 17405-2806

FULT

---

| STATE AND MUNICIPAL CHECKING | | | Account XXXX8603 |
|---|---|---|---|
| **Prior Statement Balance**<br>0.00 | **Total Deposits/Credits**<br>0.00 | **Total Checks/Debits**<br>0.00 | **Ending Statement Balance**<br>0.00 |

### Account Activity

| Date | Description | Deposits/Credits | Checks/Debits | Balance |
|---|---|---|---|---|
| 05/31 | ENDING BALANCE FROM PRIOR STATEMENT | | | 0 00 |
| | No Activity During This Statement Cycle | | | |
| 06/30 | ENDING BALANCE | | | 0 00 |

### Interest Earned Information                              06/01/18 through 06/30/18

| | | | |
|---|---|---|---|
| Interest Paid This Year | 0 00 | Avg  Daily Collected Balance | 0 00 |
| ** Annual Percentage Yield Earned | 0.00% | Interest Earned | 0.00 |

### Service Fee Balance Information                           06/01/18 through 06/30/18

| | | | |
|---|---|---|---|
| Average Ledger Balance | 0 00 | Minimum Ledger Balance | 0 00 |
| Average Collected Balance | 0.00 | | |

### Service Fees

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft/OD Fees (Paid Items) | 0.00 | 0 00 |
| Total Non-Sufficient Funds/NSF Fees (Returned Items) | 0 00 | 0.00 |



**SECURITY BRIEF**

# Don't Use Public Wifi When Accessing Private Information.

Avoid using a public WiFi with a shared password or unsecured wireless access.
They pose a security threat because your private information can be intercepted.

Case 2:20-cv-00677-WSS   Document 94   Filed 09/25/20   Page 67 of 100
Case 5:17-cv-05025-JLS   Document 38   Filed 08/18/18   Page 42 of 78
Case 2:17-cr-00137-PD   Document 131   Filed 06/29/17   Page 18 of 40

# Fulton Bank
LISTENING IS JUST THE BEGINNING.®

P.O. Box 4887
Lancaster, PA 17604
fultonbank.com

Page 1 of 2

Statement Date:  05/01/17 through 05/31/17

Primary Account: ▇▇▇▇▇▇

Temp-Return Service Requested

For information regarding your account,
please call customer service at 800.FULTON 4

**Account Statement**

006969  0.4500 AV  0.373          TR00027
JEFFREY CUTLER
PO BOX 2806
YORK PA 17405-2806

---

| STATE AND MUNICIPAL CHECKING | | | Account XXXX8603 |
|---|---|---|---|
| **Prior Statement Balance**<br>0.00 | **Total Deposits/Credits**<br>0.00 | **Total Checks/Debits**<br>0.00 | **Ending Balance**<br>0.00 |

## Account Activity

| Date | Description | Deposits/Credits | Checks/Debits | Balance |
|---|---|---|---|---|
| 04/30 | ENDING BALANCE FROM PRIOR STATEMENT | | | 0.00 |
| | No Activity During This Statement Cycle | | | |
| 05/31 | ENDING BALANCE | | | 0.00 |

## Interest Earned Information
**05/01/17 through 05/31/17**

| | | | |
|---|---|---|---|
| Interest Paid This Year | 0.00 | Avg. Daily Collected Balance | 0.00 |
| ** Annual Percentage Yield Earned | 0.00% | Interest Earned | 0.00 |

## Service Fee Balance Information
**05/01/17 through 05/31/17**

| | | | |
|---|---|---|---|
| Average Ledger Balance | 0.00 | Minimum Ledger Balance | 0.00 |
| Average Collected Balance | 0.00 | | |

## Service Fees

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft/OD Fees (Paid Items) | 0.00 | 0.00 |
| Total Non-Sufficient Funds/NSF Fees (Returned Items) | 0.00 | 0.00 |



## SECURITY BRIEF

# Be Careful Using QR Codes.

QR (Quick Response) Codes can direct your mobile device to a
make you a target. Be cautious if you receive a QR code via email.

---

Rev. 08.01 2016

Member FDIC.  Member of the Fulton Financial Family.

2.17-cr-00137 JUNE 29  Page 17 of 41

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORM/

Case 2:20-cv-00677-WSS   Document 94   Filed 09/25/20   Page 68 of 100
Case 5:17-cv-05025-JLS   Document 31   Filed 08/16/18   Page 17 of 29
Case 2:17-cr-00137-PD   Document 131   Filed 06/29/17   Page 20 of 40
Case 2:17-cr-00137-PD   Document 106   Filed 06/21/17   Page 16 of 80
Case 2:17-cv-00984-TON   Document 35   Filed 06/01/17   Page 24 of 60
Case 2:17-cv-00984-TON   Document 32-2   Filed 05/11/17   Page 59 of 59

## VERIFICATION

I verify that the statements made above are true and correct to the best of my knowledge, information and belief and I understand that the statements are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

Date: Mar. 7, 2017 _____

Brian K. Hurter

P ERJVRY !!

CI - 15 - 05424"
11MAY2017

Case 2:20-cv-00633-WSS  Document 94  Filed 09/25/20  Page 69 of 100
Case 5:17-cv-05025-JLS  Document 31  Filed 08/16/18  Page 18 of 28
Case 2:17-cr-00137-PD  Document 131  Filed 06/29/17  Page 19 of 40^CI-17-00210
Case 2:17-cr-00137-PD  Document 106  Filed 06/21/17  Page 13 of 80

(717) 390-9921
(215) 872-5715
(717) 854-4718



**Tax Collector**
**East Lampeter Township**
2250 Old Philadelphia Pike
Lancaster, PA  17602

JUNE 20, 2017

JOSH SHAPIRO
Office of the Attorney General
Strawberry Square Harrisburg
Harrisburgh, PA  17120

## Re: PRIVATE CRIMINAL COMPLAINT –PERJURY, OBSTRUCTION OF JUSSTICE

Dear Josh;

Please consider the attached documents as a **PRIVATE CRIMINAL COMPLAINT**. Brian Hurter, signed the attached verification on 07MAR2017, **ESSENTIALY CLAIMING I HAD FAILED TO TURN IN $ 90,000.00** and based on this **PERJURED TESTIMONY** I was ILLEGALLY REMOVED FROM OFFICE. He testified under oath on 17MAR2017 that neither **he nor anyone in his staff ever audited** the records of the Lancaster County Treasurer.  Also the COMMONWEALTH COURT OFFICE has yet to record the 48 page **NOTICE OF APPEAL** I filed on 14JUN2017 and filed the first 3 pages in Federal Court on 15JUN2017.  Email eltaxcollector@gmail.com.

Sincerely,

Jeffrey Cutler
Tax Collector East Lampeter Township, Pennsylvania

· 2·17-cr-00137 JUNE 21  Page 13 of 80

2·17-cr-00137 JUNE 29  Page 18 of 41

Kegel Kelin Almy & Lord LLP
By: Jason T. Confair, Esq.
    Attorney I.D. #206729
    confair@kkallaw.com
    24 North Lime Street
    Lancaster, PA 17602
    Telephone: 717-392-1100
    Facsimile: 717-392-4385
    Attorneys for Manheim Township School District

ENTERED AND FILED
2018 JUL -2 PM 1: 51
PROTHONOTARY'S OFFICE
LANCASTER, PA

ORIGINAL

IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA
CIVIL ACTION

Patricia J. Kabel,

    Plaintiff

    v.

Manheim Township School District,

    Defendant

: : : : : : : : : : :

CI-17-09663

## PETITION FOR EMERGENCY INJUNCTIVE RELIEF PER PA.R.C.P. 1531

Now comes the Manheim Township School District (the **"District"**) by and through its attorneys to file this Petition for Emergency Injunctive Relief in the above-captioned matter:

1.    This is a matter of the gravest importance involving the safety and security of many millions of dollars of public tax revenues.

2.    Plaintiff is the elected tax collector who has responsibility to collect real estate taxes levied by the District. In the interests of time and efficiency, all pleadings, filings, and proceedings in the above-captioned matter are incorporated into this Petition by reference. *See* Pa.R.C.P. 1019(g).

3.    Each year, the District levies and collects approximately $60 million in real estate tax revenues.

Case 2:20-cv-00673-WSS Document 84 Filed 09/25/20 Page 71 of 100
Case 5:17-cv-05025-JLS Document 31 Filed 08/16/18 Page 20 of 28

No. CI-17-09663

4. Under The Local Tax Collection Law, the Plaintiff was required to obtain and furnish a bond to the District on or before March 15, 2018 securing her collection and payment over of the District's real estate tax revenues. 72 P.S. § 5511.4.

5. The Plaintiff ignored the March 15, 2018 deadline.

6. Under the District's Resolution Establishing Policies and Procedures for Elected Tax Collectors, the District gave the Plaintiff until May 21, 2018 to cure her default with the bonding requirement. **Exhibit 1** at § 2.

7. The Plaintiff ignored the May 21, 2018 deadline.

8. Under the stipulated Order entered by the Court on June 8, 2018, the Court gave the Plaintiff until June 11, 2018 to cure her default with the bonding requirement. **Exhibit 2** at § 2(f).

9. The Plaintiff ignored the June 11, 2018 deadline.

10. The law is very clear that an elected tax collector who fails to obtain the required bond does not qualify for office and cannot collect taxes. 72 P.S. § 5511.4, *accord* 24 P.S. § 6-683.

11. Indeed, under the Public School Code, a school district is *statutorily required* to appoint a new tax collector if the elected tax collector fails to post the required bond within "fifteen days" after "notice to do so." 24 P.S. § 6-684(d). Obviously, at the very latest, the Plaintiff had "notice" to post the bond on or before the June 11 deadline set by the Court. Over fifteen (15) days has elapsed since June 11.

12. At all times leading up to Friday, June 29, 2018, the Plaintiff indicated she would be able to obtain and provide the required bond before the beginning of the real estate tax payment period on July 1, 2018.

-2-

Case 2:20-cv-00677-WSS    Document 94    Filed 09/25/20    Page 72 of 100
Case 5:17-cv-05025-JLS    Document 31    Filed 08/16/18    Page 21 of 28

No. CI-17-09663

13.    However, on Friday, June 29th, the District learned the Plaintiff would most likely not be able to obtain the required bond.

14.    On Saturday, June 30, 2018, the District's counsel emailed the Plaintiff's counsel to notify him what the consequences were of the Plaintiff's failure to obtain the required bond. **Exhibit 3**.

15.    On Sunday, July 1, 2018, Plaintiff's counsel responded by again assuring the Plaintiff would have the required bond and claiming the Plaintiff "will have her bond first thing Monday." Exh. 3.

16.    On Monday, July 2, 2018 at 8 a.m, despite being under no obligation under either The Local Tax Collection Law or the District's Resolution to do so, the Plaintiff opened her office to begin collecting real estate taxes for the District.  Exh. 1 at § 3, *citing* 72 P.S. § 5511.13.

17.    Full well knowing what she was doing was completely unlawful, the Plaintiff placed a call to the District's Superintendent (Dr. Robin Felty) explaining she "doesn't want to get in trouble" and asking where she could send taxpayers to make tax payments.

18.    After the District's Superintendent confirmed that taxpayers should be directed to the District's Administrative Office, the Plaintiff began handing out address slips to taxpayers like the one attached at **Exhibit 4** instructing taxpayers to go to "Bucher Elementary School" to pay their real estate tax bills.

19.    Although the District's Administrative Office is adjacent to Bucher Elementary School, the two facilities have different entrances – which has created even more confusion for taxpayers, who are already angry about being turned away by the Plaintiff at her office.

Case 2:20-cv-00677-WSS   Document 94   Filed 09/25/20   Page 73 of 100
Case 5:17-cv-05025-JLS   Document 31   Filed 08/16/18   Page 22 of 28
No. CI-17-09663

20.     In an attempt to protect the many millions of public tax dollars at stake and at the advice of legal counsel, the District proceeded to the Plaintiff's office at approximately 9:30 a.m. on Monday, July 2nd to take the following steps:

       a.     To post a sign at the Plaintiff's office instructing taxpayers to make tax payments either in-person or via mail at the District's Administrative Office and to make checks payable to the District.

       b.     To obtain access to the mailbox(es) the Plaintiff maintains at her office to receive real estate tax payments on behalf of the District.

       c.     To notify Plaintiff that the District would need her authorization and endorsement to deposit tax payment checks made payable to the Plaintiff.

21.     However, the Plaintiff informed the District she would not accept having any sign posted, and she denied the District access to the mailbox.

22.     Unless the Plaintiff is enjoined from collecting the District's taxes and is ordered to take the steps necessary to transition tax collection back to the District, many tens of millions of dollars of public tax revenues will be unsecured in direct violation of numerous statutes (including, but not limited to, The Local Tax Collection Law and the Public School Code), in direct violation of this Court's Order dated June 8, 2018, and in direct violation of the most basic principles of how public fiduciaries are obligated to act.

23.     Unless the Plaintiff is enjoined from collecting the District's taxes and is ordered to take the steps necessary to transition tax collection back to the District, taxpayers who have already made tax payment checks payable to the Plaintiff may have to be re-billed and may have to make out a second payment check to the District.  In the meantime, the District will lose

-4-

Case 2:20-cv-00677-WSS   Document 94   Filed 09/25/20   Page 74 of 100
Case 5:17-cv-05025-JLS   Document 31   Filed 08/16/18   Page 23 of 28
No. CI-17-09563

significant investment and interest earnings on tax funds that could have been deposited and invested absent the Plaintiff's failings.

24.    Unless the Plaintiff is enjoined from collecting the District's taxes and is ordered to take the steps necessary to transition tax collection back to the District, chaos will continue to reign. Taxpayers will continue to be confused and will not know how to properly pay taxes. And, the administrative logistics of trying to collect tax remitted at various different physical locations will become extraordinarily time-consuming and expensive.

25.    As the Pennsylvania Supreme Court has explained, preliminary injunctive relief is appropriate when the moving party can demonstrate the following:

> First, a party seeking a preliminary injunction must show that an injunction is necessary to prevent immediate and irreparable harm that cannot be adequately compensated by damages. Second, the party must show that greater injury would result from refusing an injunction than from granting it, and, concomitantly, that issuance of an injunction will not substantially harm other interested parties in the proceedings. Third, the party must show that a preliminary injunction will properly restore the parties to their status as it existed immediately prior to the alleged wrongful conduct. Fourth, the party seeking an injunction must show that the activity it seeks to restrain is actionable, that its right to relief is clear, and that the wrong is manifest, or, in other words, must show that it is likely to prevail on the merits. Fifth, the party must show that the injunction it seeks is reasonably suited to abate the offending activity. Sixth and finally, the party seeking an injunction must show that a preliminary injunction will not adversely affect the public interest.

Summit Towne Ctr., Inc. v. Shoe Show of Rocky Mt., Inc., 828 A.2d 995, 1001 (Pa. 2003) (citations omitted).

26.    Regarding the first factor of the test for preliminary injunctive relief, many millions of public tax dollars are at risk and it is highly unlikely the Plaintiff has the financial wherewithal to pay a damage award to compensate the District and the public for that kind of catastrophic loss.

27.    Regarding the second factor of the test for preliminary injunctive relief, entry of a preliminary injunction in this case will not substantially harm the Plaintiff. As even the Plaintiff

Case 2:20-cv-00673-WSS   Document 84   Filed 09/25/20   Page 75 of 100
Case 5:17-cv-05025-JLS   Document 31   Filed 08/16/18   Page 24 of 28

No. CI-17-09663

has conceded in this litigation, she currently is entitled to approximately $2,000 in compensation for collecting the District's taxes. There is no question whatsoever that greater injury would result from risking tens of millions of public tax dollars than from Plaintiff losing out on a few thousand dollars in compensation.

28.     Regarding the third factor of the test for preliminary injunctive relief, the status quo will be restored if the preliminary injunction is granted.  For decades prior to the Plaintiff's interference, the District collected real estate taxes in an orderly, cost-efficient, and secure manner. Indeed, to the best of the District's knowledge, there have been no audit findings relating to District tax collection for many, many years.

29.     Regarding the fourth factor of the test for preliminary injunctive relief, the District's right to relief in this matter is clear.  An elected tax collector who fails to obtain the required bond does not qualify for office and cannot collect taxes.  72 P.S. § 5511.4, *accord* 24 P.S. § 6-683.

30.     Regarding the fifth factor of the test for preliminary injunctive relief, the relief the District is seeking is tailored to ensure it can collect its tax revenues in a secure and orderly fashion, nothing more.

31.     With respect to the sixth and final factor of the test for preliminary injunctive relief, the District is filing this Petition solely for purposes of protecting the interest that its constituents have in protecting tens of millions of dollars in tax revenues and in generating substantial investment and interest income from those tax revenues.

32.     Under Pa.R.C.P. 1531(a), the Court may enter a preliminary injunction without holding a hearing whenever it appears "immediate and irreparable injury will be sustained before notice can be given or a hearing held." If *ex parte* injunctive relief is entered, the Court must hold a hearing on the matter within five (5) days. Pa.R.C.P. 1531(d).

-6-

Case 2:20-cv-00677-WSS   Document 94   Filed 09/25/20   Page 76 of 100
Case 5:17-cv-05025-JLS   Document 31   Filed 08/16/18   Page 25 of 28

No. CI-17-09663

33.     The chaos the Plaintiff is creating not only for taxpayers who are trying to pay tax bills but also for the District is an "immediate and irreparable" injury that justifies entry of *ex parte* preliminary injunctive relief.

34.     Due to the Plaintiff's failure to obtain a bond and failure to cooperate with the District, chaos reigns.   The District's tax bills direct that payment be made or mailed to the Plaintiff, who is not bonded and therefore not qualified to accept, process, hold, or deposit even one penny of District tax revenue.  Although Plaintiff acknowledges she has no right to collect the tax due to her failure to obtain a bond, she refuses to cooperate with common sense steps to ensure tax payments are properly directed to the District.   To the contrary, the Plaintiff is directing taxpayers to make tax payments at the wrong District facility.  Each day this continues, substantial public tax revenues remain at risk and the District will lose substantial investment and interest earnings on tax revenues that are not deposited as quickly as otherwise could be.

WHEREFORE, the Manheim Township School District respectfully requests that this Honorable Court enter an order pursuant to Pa.R.C.P. 1531 that is substantially in the form of the proposed order attached to this Petition.  Subsequent to holding a hearing in this matter, the District further respectfully requests that the Court permanently enjoin the Plaintiff from having further involvement in the collection of the District's tax levy for 2018, except as otherwise directed by the Court or the District.

-7-

Case 2:20-cv-00677-WSS   Document 84   Filed 09/25/20   Page 77 of 100
Case 5:17-cv-05025-JLS   Document 31   Filed 08/16/18   Page 26 of 28

No. CI-17-09663

Date: July 2, 2018                    **KEGEL KELIN ALMY & LORD LLP**


By: _____

Jason T. Confair, Esq.
Attorney ID. #206729
confair@kkallaw.com
24 North Lime Street
Lancaster, PA  17602
Telephone: 717-392-1100
Facsimile: 717-392-4385
Counsel for
Manheim Township School District

No. CI-17-09663

# IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA
## CIVIL ACTION

PATRICIA J. KABEL                                    :

      v.                                               :                No. CI-17-09663

MANHEIM TOWNSHIP                                     :
SCHOOL DISTRICT                                      :

**ENTERED AND FILED**
**2018 JUL -2 PM 4:33**
PROTHONOTARY'S OFFICE
LANCASTER, PA

## ORDER

NOW, this _____2nd_____ day of July, 2018, upon consideration of the Petition for Emergency Injunctive Relief Per Pa.R.C.P. 1531 filed by Manheim Township School District (the "**District**") in the above-captioned matter, it is hereby ordered as follows:

    1.      Pending further order of Court, the Plaintiff is enjoined from (a) accepting real estate tax payments on behalf of the District, (b) depositing checks made payable to the District, (c) accessing any account used for the deposit or distribution of District funds, (d) accessing or utilizing any software used in connection with the collection or accounting of District tax funds, and (e) in any way interfering with steps taken by the District to collect its real estate tax levy.

    2.      Immediately upon entry of this Order, the Plaintiff shall allow the District to post a sign in form and substance acceptable to the District at a location deemed appropriate by the District at 1840 Municipal Drive, Lancaster, PA 17601 stating that payments of District real estate tax should be made at or mailed to the District Administrative Office and that real estate tax payment checks should be made payable to the District.

    3.      Immediately upon entry of this Order, the Plaintiff shall give the District access to any and all physical mailboxes she has set up for receipt of District real estate tax payments so that the District may retrieve any tax payments remitted to such mailboxes.

No. CI-17-09663

4.    Immediately upon entry of this Order, the Plaintiff shall cease and desist from directing taxpayers to make tax payments to any location other than the District Administrative Office.

5.    Immediately upon entry of this Order, the Plaintiff shall fully cooperate with the District in taking any other steps the District deems necessary or appropriate to ensure tax collections are transitioned back to the District.

6.    This order is being entered after a conference call with counsel for plaintiff and defendend and is entered without prejudice to plaintiff to request a modification to this order should she obtain a bond for the proper amount to protect all parties.

BY THE COURT:

LEONARD G. BROWN, III
JUDGE

ATTEST: _Audrey S. Conrad_
Deputy

Copies to:    —Michael E. Peters, Esquire, Eastburn & Gray, P.C., 60 East Court Street, P.O. Box 1389, Doylestown, PA 18901
—Jason T. Confair, Esquire, Kegel Kelin Almy & Lord, LLP, 24 North Lime Street, Lancaster, PA 17602
—Robert M. Frankhouser, Esquire, Barley Snyder, LLP, 126 East King Street, Lancaster, PA 17602

NOTICE OF ENTRY OF ORDER OR DECREE
PURSUANT TO PA. R.C.P NO. 236
NOTIFICATION - THE ATTACHED DOCUMENT
HAS BEEN FILED IN THE CASE
PROTHONOTARY OF LANCASTER CO., PA
DATE: 7-3-18

## Bentley Ridge
## Resident Statement

| | | | | | | |
|---|---|---|---|---|---|---|
| Resident: | Cutler, Jeff  (R 0500100433) | | Move In Date: | 6/18/2011 | Deposits Required: | 300.00 |
| Resident Id: | 000196-42-CV67-14 | | Current Lease: | 7/1/2017 | Deposits Received: | 300.00 |
| From: | 09/2017 | | Notice To Vacate: | | Current Balance: | 0.00 |
| Through: | 09/2017 | | Vacate Date: | | | |

| Date | Type | Description | Charges | Payments/Credits | Balance |
|---|---|---|---|---|---|
| 09/01/2017 | Balance | Balance Forward | | | 14,617.00 |
| 09/01/2017 | Premium Rent MTM | September Charge | 200.00 | | 14,817.00 |
| 09/01/2017 | Rent Charge | September Charge | 1,125.00 | | 15,942.00 |
| 09/01/2017 | Water And/Or Sewer Charg | September Charge | 40.00 | | 15,982.00 |
| 09/19/2017 | Check | #851926 | | 9,280.00 | 6,702.00 |
| 09/25/2017 | Check | #1000395065 | | 5,800.00 | 902.00 |
| 09/29/2017 | Check | #24655850774 | | 902.00 | 0.00 |

### Recurring Charges

| Effective Dates | Description | Amount | Current? |
|---|---|---|---|
| 7/1/2016-6/30/2017 | Premium Rent MTM | $200.00 | Y |
| 7/1/2017-6/30/2017 | Water And/Or Sewer Charge | $40.00 | Y |
| 7/1/2017-6/30/2017 | Rent Charge | $1,125.00 | Y |

In The

# United States Court of Appeals

# for the Third Circuit

## 20-1449

UNITED STATES OF AMERICA, et al.
Paintiff-Appellees

v.

JOESPH R. JOHNSON
Defendants-Appellant

JEFFREY CUTLER
Intervenor Defendants-Appellant

*Appeal from the Order/Judgment entered February 28, 2020 in the United States District
Court for the Eastern District of Pennsylvania at No. 2:19-cr-00367-1*

## PETITION FOR REHEARING EN-BANC

## AND SUMMARY AFFIRMATION

## ORAL ARGUMENTS REQUESTED

## AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY AFFIRMATION

I Jeffrey Cutler,  declare under penalty of perjury that the following facts are true and correct to

the best of my information and belief;

1. I am the plaintiff Intervenor in this action USCA 20-1449 and plaintiff in USCA 20-1805

2. I have certified on **September 04, 2020** that the following is TRUE AND CORRECT

3. This claim of Jeffrey Cutler is about a comment made on the youtube site <ref>

   https://www.youtube.com/watch?v=qbjR0-vGOYQ </ref>

4. Jeffrey Cutler commented "Nancy Pelosi made a false statement in court via her
   lawyer (Mr Donald B. Verilli Jr.) and stated "[N]o one would be hurt and the greater
   justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of
   the filing that was made in case 4:18-cv-00167-0, a significant federal crime. On page
   42a of document #1850892 it states "Related Cases. Judge Sullivan is unaware of any
   related case involving substantially the same parties and the same or similar issues".
   Mr. Cutler had previously notified Mr. Flynn's lawyer about his case that directly
   mentions General Flynn by name as being a related party of government abuse of
   power. This makes the statement in the document PERJURY (18 USC § 1001), the same
   crime which General Flynn was FORCED to plead guilty to protect family members.
   Mr. Cutler filed in  FEDERAL COURT CASE #20-5143 PETITION TO COMBINE
   CASES FOR JUDICIAL EFFICIENCY AND CORRECT PERJURED STATEMENT
   MADE BY LAWYER FOR JUDGE EMMET G. SULLIVAN AND OBSTRUCTION OF
   JUSTICE, but NANCY DUNN DISCARDED THE DOCUMENT. The NEWS MEDIA
   IS AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL
   EMPLOYEE just like Cecily Aguilar, 22 has been charged. The Employee is Jonathan
   Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>
   https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the Baltimore Police
   department. https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/
   <ref> For Years there has been a KLU KLUX KLAN serial rapist in East Lampeter
   Township, Pennsylvania. This included Lisa Michelle Lambert and the Possible
   MURDER of JERRY MURPHY of WI105 and covered up by the MEDICAL
   EXAMINER <ref> https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-
   should-remain-sealed/article_caf3b358-c6de-11ea-a3eb-67597e2be2cf.html </ref> <ref>
   https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref>
   Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and
   read comments sorted newest first. Also see <ref>
   https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and
   <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref>
   https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref>
   As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler
   declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a
   concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a
   Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY"

Jeffrey Cutler on 20MAY2020 filed at 4:10 PM an IMMEDIATE INJUNCTION PENDING APPEAL FOR ALL jurisdictions of the United States, based on the ruling in case # 4:20-cv-00081 in the United States District Court for the Eastern District of North Carolina on 16MAY2020 by Judge James C. Dever III. Mr. CUTLER filed AN IMMEDIATE INJUNCTION PENDING APPEAL THAT ENJOINS EVERY JURISDICTION OF THE UNITED STATES FROM SPECIFYING RESTRICTIONS ON HOW TO PRAY and 25AUG2020 AT 3:05 PM FILED PETITION FOR REHEARING EN-BANC AND SUMMARY AFFIRMATION.  On 02SEP2020 for case #20-1449 the PETITION FOR REHEARING EN-BANC AND SUMMARY AFFIRMATION was put online even though it was filed 25AUG2020.EVERY PBS/NPR STATION IS VIOLATING (18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THE ABOVE STORY) JUST LIKE TOM WOLF IS GUILTY OF THE SAME CRIME FOR REDIRECTING 2.8 MILLION DOLLARS FROM THE CARES ACT FROM LEBANON COUNTY FOR MASK ADVERTISING!! <ref.>

https://www.witf.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-county/ </ref>

5.  It was converted to "Nancy Pelosi made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) and stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. On page 42a of document #1850892 it states "Related Cases. Judge EVERY PBS/NPR STATION IS VIOLATING (18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THE ABOVE STORY) JUST LIKE TOM WOLF IS GUILTY OF THE SAME CRIME FOR REDIRECTING

6.  This violates "IN KIND" campaign contributions and Section 230 of the Communications Decent Act effectively shields *Google* (and all websites) from any repercussions of showing defamatory comments if they DO NOT PARTICIPATE IN THE EDITS!!

7.  The parent company of youtube has been properly served as part of case 20-1805

Respectfully submitted:

Jeffrey Cutler

By: _____ , Date: 04SEP2020

P.O. Box 2806
York, PA  17405-2806
(215) 872-5715

Sworn to and subscribed before me this ____4____ day of September 2020.

Notary Public

By: _____     Date: _9/4/2020_

Commonwealth of Pennsylvania - Notary Seal
JOAN E. POTTS, Notary Public
Philadelphia County
My Commission Expires October 29, 2021
Commission Number1003613

FEC Complaint

**Jeffrey Cutler** <eitaxcollector@gmail.com>          Fri, Sep 4, 10:14 PM (8 hours ago)
to EnlComplaint, Robert, StarRangerX15, Richard, newstips, Noah, tfohr@lnpnews.com, wpvi-tv.new

To All;

Attached is a copy of the notarized document of the complaint made about youtube and it's parent corporation.  Based on Prosecution of Mr. D'Souza this demands the attention of the FEC. <ref> https://observer.com/2014/01/dinesh-dsouza-indicted-for-campaign-finance-fraud/ </ref>

For clarity the nature of the PDF document is presented below.

Nancy Pelosi made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) and stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. On page 42a of document #1850892 it states "Related Cases. Judge Sullivan is unaware of any related case involving substantially the same parties and the same or similar issues". Mr. Cutler had previously notified Mr. Flynn's lawyer about his case that directly mentions General Flynn by name as being a related party of government abuse of power. This makes the statement in the document PERJURY (18 USC § 1001), the same crime which General Flynn was FORCED to plead guilty to protect family members. Mr. Cutler filed in  FEDERAL COURT CASE #20-5143 PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND CORRECT PERJURED STATEMENT MADE BY LAWYER FOR JUDGE EMMET G. SULLIVAN AND OBSTRUCTION OF JUSTICE, but NANCY DUNN DISCARDED THE DOCUMENT. The NEWS MEDIA IS AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has been charged. The Employee is Jonathan Luna <ref> https://en.wikipedia.org /wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref> https://en.wikipedia.org/wiki/ Beranton_Whisenant </ref>, Sean Suiter from the Baltimore Police department. https://blackthen.com /black-mysteries-unsolved-death-jonathan-luna/ <ref> For Years there had been a KU KLUX KLAN serial rapist in East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and the Possible MURDER of JERRY MURPHY of W105 and covered up by the MEDICAL EXAMINER <ref> https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain- sealed/article_ca83b358-c6do-11ea-a3eb-67597e2be2cf.html </ref> <ref> https://redistricting.lls.edu/ files/PA%20corman%20201807%24%20b/sief.pdf </ref>
Watch https://www.youtube.com/watch?v=msCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of- health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://www.pacermonitor.com/public/case/27/231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY"
Jeffrey Cutler on 20MAY2020 filed at 4:10 PM an IMMEDIATE INJUNCTION PENDING APPEAL FOR ALL jurisdictions of the United States, based on the ruling in case # 4:20-cv-00081 in the United States District Court for the Eastern District of North Carolina on 16MAY2020 by Judge James C. Dever III. Mr. CUTLER filed AN IMMEDIATE INJUNCTION PENDING APPEAL THAT ENJOINS EVERY JURISDICTION OF THE UNITED STATES FROM SPECIFYING RESTRICTIONS ON HOW TO PRAY and 25AUG2020 AT 3:05 PM FILED PETITION FOR REHEARING EN-BANC AND SUMMARY AFFIRMATION.  for case 02SEP2020 for case
#20-1449 the PETITION FOR REHEARING EN-BANC AND SUMMARY AFFIRMATION was put online even though it was filed 25AUG2020.

EVERY PBS/NPR STATION IS VIOLATING (18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THE ABOVE STORY) JUST LIKE TOM WOLF IS GUILTY OF THE SAME CRIME FOR REDIRECTING 2.8 MILLION DOLLARS FROM THE CARES ACT FROM LEBANON COUNTY FOR MASK ADVERTISING!! <ref> https://www.wjtf.org /2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-county/ </ref>

On the youtube site <ref> https://www.youtube.com/watch?v=qbjR0-vGOYQ </ref>

Nancy Pelosi made a false statement in court via her lawyer (Mr Donald B. Verilli Jr.) and stated "[N]o one would be hurt and the greater justice would be attained" and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in case 4:18-cv-00167-0, a significant federal crime. On page 42a of document #1850892 it states "Related Cases. Judge EVERY PBS/NPR STATION IS VIOLATING (18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THE ABOVE STORY) JUST LIKE TOM WOLF IS GUILTY OF THE SAME CRIME FOR REDIRECTING

You May want to read these books.....  https://www.amazon.com/Love-Murder-Corruption-Lancaster- County/dp/1933822880
https://www.amazon.com/Black-Klansman-Memoir-Ron-Stallworth/dp/1250299047

https://www.amazon.com/Shame-Jesus-Hidden-Sponsored-Anti-semitism/dp/1601261764

Jeff Cutler
(717) 854-4718 [Cell1]
(215) 872-5715 [Cell 2]

P.O. BOX 2806
YORK, PA 17405

https://www.youtube.com/watch?v=msCle8F_zUk

This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or redisclose such information for any purpose other than to provide the services for which you are receiving the information. There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission. No contract is expressed or implied based on any email unless a formal response is mailed and signed to the sender.  Thank you.

# United States Court of Appeals

## For The Third Circuit

|  |  |  |
|---|---|---|
| **M. GIBBS-SQUIRES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NO: 17-1770** |
| v. | ) | |
| | ) | |
| **WILLIAM COSBY, JR., ET AL.,** | ) | |
| Defendants. | ) | |
| | ) | |

AMENDED CONCISE SUMMARY OF THE CASE –

Appellant avers and incorporate each and every paragraph of his CONCISE SUMMARY OF THE CASE as if each paragraph was set forth verbatim.

**ISSUE OF FIRST IMPRESSION:**

The lower court, pursuant to a decision by the US Court of Appeals for the 1st Circuit, held the Smithsonian Institution is a federal agency. The US Supreme Court has held the Smithsonian is not subject to the Freedom of Information Act – congress has subjected all federal agencies to the FOIA; the Smithsonian is required to file income tax returns each year; $400 million of the Smithsonian's annual budget is raised via private means; and British scientist James Smithson left most of his wealth to, an Establishment for the increase & diffusion of knowledge among men", in accordance with Smithson's will – the Smithsonian Institution.

**ISSUE OF FIRST IMPRESSION:**

Under the Racketeering Influence and Corrupt Organization Act (RICO), New York, the state where most of the crimes occurred including but not limited to the theft of the art, sell of stolen art and distribution of stolen art, has the greatest interest in having its laws applied: Res Judicata – Issue Preclusion, Rooker-Feldman; and as to Replevin. *AND*, Where, as here, Appellant was litigating to recover more than 4,000 works of art in New York, Replevin is not the recovery of the art by Appellant, but rather the possession of the art by the court to determine the damages suffered by Appellant. *ADDITIONALLY,*

Appellant must be allowed to plea, subject to discovery, counts as to negligence, civil rights violations, etc., as predicate criminal conduct to satisfy 18 USC § 1962 without being penalized; especially where, as here, Appellant moved to amend his complaint removing all formal pleading to a short plain statement pursuant to FRCP, Rule 8 and **Twombly** – rather than dismissal the lower

court had a responsibility to transfer the case to the Federal District Court for the Southern District of New York....AND,

The Corrupt Organization existed by using 4,000 stolen works of Black art to universally control the price of Black art. And providing stolen art to government officials, public figures and individuals of note; then Using said art to "Blackmail" those individuals to ensure their participation in Cosby's rape of more than 100 women; ensure their participation in Dr. Driskell's homosexual relationship with former students (Curators) in which Dr. Driskell forced those former students to steal art was concealed; individuals employed by Justice Department, namely AUSA Neil Corwin And AUSA Jim Trusty, but not limited to those individual were "assigned" to protect Bill Cosby; and the stolen art was "given" [Blackmail] to individuals controlling the NAACP, Congressional Black Caucus, Al Sharpton to control the Black Intellectual Political Discourse.... Black folk are a homogeneous people; OUR gains into the 1990s were exponentially "off the charts" because our leaders and institutions did their jobs. The $50 Billion of stolen Black art – exchanged commitment for personal greed: the *__NEGATIVE__* systemic conditions of Black folk seen on national news each day exist because the corrupt organization exists....

This is to certify that this amended civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 19th day of April 2017.


Respectfully Submitted,


M. Eugene Gibbs, Pro-se
4257 Monterey Drive
Florence, SC  29501
mgibbs70@aol.com
843-610-0674

2

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 18, 2017
ACO-083

No. 17-1770

M. EUGENE GIBBS-SQUIRES,
(ESQ.) AND ALL OTHERS
SIMILARLY SITUATED,
Appellant

v.

WILLIAM HENRY (BILL) COSBY; SMITHSONIAN INSTITUTION:
BOARD OF REGENTS, CHANCELLOR JOHN G. ROBERTS, JR.,
CHIEF JUSTICE U.S. SUPREME COURT, JOSEPH R. BIDEN, JR.,
VICE PRESIDENT, SEN. JOHN BOOZMAN (R-AR); SEN. PATRICK
LEAHY (D-VT), SEN. DAVID PERDUE (R-GA), REP. XAVIER BECERRA
(D-CA), REP. TOM COLE (R-OK), REP. SAM JOHNSON (R-TX);
SOUTH CAROLINA SUPREME COURT; ATTORNEY GENERAL
UNITED STATES OF AMERICA; JUSTICE DEPARTMENT; DOES-1-200

(E.D. Pa. No. 2-16-cv-00768)

Present:  MCKEE, JORDAN and RESTREPO, Circuit Judges

    1. Motion by Appellee William H. Cosby, Jr. for Summary Affirmance;

    2. Response in Opposition by Appellant to Motion for Summary Affirmance;

    3. Motion by Appellees Attorney General United States of America and
Department of Justice for Summarily Affirmance;

    4. Response in Opposition by Appellant to Attorney General United States of
America and Department of Justice's Motion for Summarily Affirmance;

5. Motion by Appellee South Carolina Supreme Court for Summary Affirmance.

Respectfully,
Clerk/tmm

_____ORDER_____
The foregoing motion for summary affirmance is hereby GRANTED.

By the Court,

s/   Kent A. Jordan
Circuit Judge

Dated: June 14, 2017
tmm/cc: Viveca D. Parker, Esq.
John R. Timmer, Esq.
Samuel W. Silver, Esq.
Bruce P. Merenstein, Esq.
Andrew F. Lindemann, Esq.
M. Eugene Gibbs-Squires, Esq.

Certified as a true copy and issued in lieu
of a formal mandate on   August 7, 2017

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**



## Supreme Court of Pennsylvania

Middle District

Amy Dreibelbis, Esq.
Deputy Prothonotary
Elizabeth E. Zisk
Chief Clerk

601 Commonwealth Avenue, Suite 4500
P.O. Box 62575
Harrisburg, PA 17106
(717) 787-6181
www.pacourts.us

February 24, 2017

Katherine Wood-Jacobs
Prothonotary
Lancaster County Courthouse
50 North Duke Street
Lancaster, PA  17608-3480

RE:    Jeffrey Cutler, East Lampeter Township Tax Collector, Petitioner
              v.
       Amber Green, Lancaster County Treasurer, Ralph Hutchinson, East Lampeter Township
       Manager and Bentley Ridge Apartments, Respondents
       29 MM 2017

       Intermediate Court Docket No:
       Trial Court Docket No:  CI-16-09640
                               CI-15-05424
                               CI-16-10261
                               CI-17-00568
                               CI-15-05682

       Petition Document:  Application for Extraordinary Relief

       Disposition:
       Disposition Date:

       Reargument/Reconsideration Disposition:
       Reargument/Reconsideration Disposition Date:

/ac

Email =jeff_jsc@yahoo.com                                                                 Phone (717) 854-4718

## JEFFREY CUTLER

### SUMMARY

- BSEE and over 18 years of professional manufacturing and maintenance experience with project commissioning,  Experience with Material Handling, Robotics, Process, Paper, Packaging & Logistics Systems (including the second largest AS/RS in the United States) and Automation Systems.
- Project management, manufacturing, and maintenance experience
- Trained in Duran quality management (similar to Six Sigma)
- Significant experience cGMP environments with both food and pharmaceutical operations
- Extensive experience with system Automation, and Validation (SAT, FAT, IQ/OQ execution and composition).
- Significant system, PLC programming & design experience with most PLC's (AB (Rslogix 5, Rslogix500, Rslogix5000), Modicon, Sq "D", GE, TI, Omron etc.), MMI (Panelview, Panelmate, TCS, Maple, Optimation), Scada (TI, Wonderware, Intellution, OI-2000, Web).
- Robot programming and design experience with several different robots and languages including VAL, VAL 2, Rail, etc.

### EXPERIENCE

2014 - Present   ***East Lampeter Township***,  Lancaster, PA
Elected Tax Collector  for East Lampeter Township (part time position)
- Responsible for the collection of approximately  8 million dollars of  real estate tax revenue.
- In compliance with my "Oath of Office" to defend the constitution, created and filled a challenge to the Affordable Care Act case number 1:13-cv-2066, appeals court case number 14-5183.

1991 - Present   ***J.S.C. Associates***,  York, PA
Project Engineer-Manager for the  consulting firm, assisted  companies with various modernization projects and plant startups..
- Perform Startup, Validation and Debug of  new and Existing Automation & Logistics Systems Systems.
- Develop and execute SOPs, FRS, DDS and ATP's for pharmaceutical and other types of clients
- Developed and executed, backup procedures & disaster contingency plans for PLCs at  pharmaceutical customers.
- Performed contract **Maintenance Engineering Support** & assisted technicians in proper procedures & debug of PLCs, Robots and AGVs at  a motorcycle manufacturing plant.
- Acted as a contract **Maintenance Supervisor** & trained technicians in proper backup procedures & disaster contingency plans for PLCs at  pharmaceutical customers.
- Y2K contingency plans for the Bio-Sterile operations of a large pharmaceutical company.
- Automated Storage Retrieval Systems & AGV systems, Y2K upgrades and design.
- System Startup and Debug of a 40 million dollar Sterile Filling System in a Barrier Isolator Sterile Environment using PLCs( AB 5 Series and SLC ), and  Wonderware as SCADA
- System Startup and Debug of a 120 million dollar food manufacturing and high speed Filling System using PLCs( Sq D PLC), and  Fix/DMACS as SCADA
- Contract training of maintenance personnel for a 120 million dollar food manufacturing and high speed Filling System using PLCs( Sq D PLC), and  Fix/DMACS as SCADA
- FRS and concepts for a Automated Frozen Sample System as part of High Throughput Screening System
- Pharmacy Automation for a major pharmaceutical manufacturer.
- System Startup and automation for a fifty million dollar web line using PLCs, Wonderware and Sun Based DCS.
- Injection Molding Automation for a major electrical component manufacturer.
- Automation for a major confectionery manufacturer.
- Material handling consulting and diagnostic analysis for major Ethical Pharmaceutical Manufacturing Plant.

1990 - 1991   ***ST. ONGE COMPANY***,  York, PA
Project Engineer-Manager for the engineering consulting firm, assisted fortune 200 companies with various modernization projects.
- Designed  automation  for  total  automation  of  pharmaceutical  manufacturing  and  material  handling,  of  an Over-The-Counter/Generic Pharmaceutical Manufacturing Plant costing over 20 million dollars (Warner Lambert). for better continuous flow manufacturing.
- Designed  and  implemented  manufacturing  inventory/barcode  system  for  an  Over-The-Counter/Ethical  Pharmaceutical Manufacturing Plant (Sterling Drug), costing less than four hundred thousand dollars.

1988 - 1990   ***TEXAS INSTRUMENTS***,  Hunt Valley, MD
Project Manager for the Industrial Automation Division (Distributed Control/SCADA/PLC Group). Produced concepts, proposals, consulting Studies requirements definitions and implementation.

Email =jeff_jsc@yahoo.com                                                         Phone (717) 854-4718

- 80 million dollar, Paperless Computer Directed Pharmaceutical Manufacturing Systems, complete with automated warehousing and AGVs (Bristol Meyers)
- Process automation of a rubber manufacturing pilot facility originally constructed to develop synthetic rubber during WWII.
- Automation (process, information and material handling ) of several different food manufacturers.

**1987 - 1988   *ST. ONGE RUFF & ASSOCIATES*, York, PA**
- Senior Systems Engineer for the Architectural Engineering firm, assisted fortune 200 companies with various modernization projects, specializing in the food and pharmaceutical industries.
- Tallest U.S. Automated Warehousing Systems (for CIBA-GEIGY ethical drug manufacturing in Suffern, New York).
- Mail/Package Handling Projects for the US Postal Service.
- 600 Million Dollar Automated Food Manufacturing System.

**1981 - 1987 *CATERPILLAR  INC.*, Peoria, IL - York, PA**
Performed various engineering maintenance positions of increasing responsibility on multiple sites in automation and manufacturing technologies.
- Test Stand automation for diesel engines, hydraulic components and diesel engine fuel pumps/systems.
- Conceptual design, project management and implementation of automation systems for metal heatreat, FMS manufacturing, robotic assembly, material handling and component assembly for hydraulic hose assemblies and cylinders (Joliet, Il)
- Networked over 500 PC's, VAX's, IBM SNA, PDP-11's, PLC's, printers, and terminals into multi_vendor network.
- Participated in the computer controls retrofit of multi-site Automated (AS/RS) Distribution Warehouse System. Assisted in the implementation and design of a 2000 node DNC/CNC system used in 5 states and 4 countries (LAN/WAN).
- Corporate responsibility for networking of all 123 robots and responsibility for technical consulting on interfacing computers to programmable controllers.
- Automation of systems for metal heatreat, FMS manufacturing, coordinate measuring, robotic machining, furnace control.

**1979 - 1981 *INTERLAKE  INC.*, Pontiac, IL - Chicago, IL - Burr Ridge, IL**
Electrical engineer with the Automated and Storage/Handling Systems Division.  Projects included the design, fabrication, and installation of the 2nd largest automated warehouse distribution (AS/RS ) system in the United States costing over $ 33 million, and consisting of over 100,000 unit load locations.  Responsibilities included new ground up design and the first PLC based stacker vehicle control systems, message display communications programming, and field commissioning of the system.

**1978 - 1979 *GOULD INC.* -** Industrial Battery Division., Langhorne, PA, - Kankakee, IL - **Manufacturing Maintenance Engineer**
**1976 - 1978 *KEYSTONE  AUTOMATED  EQUIPMENT*, Philadelphia, PA, - <ins>Control System Engineer Supervisor</ins>**
**1973 - 1976 *BILLY PENN  CORPORATION*, Philadelphia, PA, Electrical/Automation <ins>Maintenance Supervisor</ins>**

**<ins>EDUCATION</ins>**       Bachelor of Science - Electrical Engineering  Drexel University, Philadelphia, Pa. – Evening College
                Other College – Robotics George Washington University
                Other Training – cGMP, AB, Modicon, TI  PLC Programming, VAX& PDP-11 Systems, UNIX, Oracle

## <ins>PHARMACEUTICAL EXPERIENCE:</ins>

*BAXTER INTERNATIONAL,  MARYLAND*
- Redesign, programming, batch record, startup for combination Tank and Filter CIP system .  Field startup commissioning to production was less than four weeks.

*BRISTOL MEYERS,  PUERTO RICO*
- 80 million dollar, Paperless Computer Directed Pharmaceutical Manufacturing Systems, complete with automated batch control, computerized recipe verification, warehousing and AGVs**.**

*CENTOCOR,  PA*
- Validation, startup commissioning of a New 400 million dollar manufacturing plant, including skids, Bio-Reactors, PLCS, Wonderware.
- Master validation plan for purified water system for manufacturing.

*CIBA-GEIGY, NY*
- Design and specification of one of the tallest Automated Warehousing Systems (for  ethical drug manufacturing in Suffern, NY.
- Proposed linkage and master plan with customer manufacturing for integrated manufacturing/warehousing.  Conceptual design proposing phased automation for plant operations.

*GLAXOSMITHKLINE,  PA*
- Design, programming, documentation upgrade of PLC based airlock interlock control systems (MA27 at Marietta).
- Design, programming, documentation of 3 different PLC based airlock interlock control systems (MA01, MA02, & MA03).

Email =jeff_jsc@yahoo.com                                                                                    Phone (717) 854-4718

- Creation of SOPs and Work Instruction procedures for backup/recovery of process computer systems and PLCs used at multiple R&D sites (UM & UP).
- Computer validation and upgrades of legacy computer s & PLCs, packaging and process systems use in a parental filling facility (Building 16 Conshohocken).
- Creation of SOPs and procedures for backup/recovery and operation of process computer systems and PLCs used for LIMS, calibration, BAS, Lyo, and  packaging systems used in a parental filling facility (Building 16 Conshohocken).
- Concept design for Lyo Upgrade with switchable incremental system upgrades without the loss of process usability.

*MERCK INC, PA*

- Project management and creation of Y2K contingency Plan for all of West Point Bio-Sterile Operations.
- Updated many systems for Y2K compliance including a VAX based warehouse control system (AS/RS) on the West Point Site.
- Assisted in commissioning and for automated material handling system and AGV interface.
- Functional Requirements and Design Specifications for Automation of Pharmacy Operations.  Interface to IMPACT MRP System.
- Functional Requirements and Design Specifications for Automated Sample Management System for High Throughput Screening.
- Commissioning and Startup of Sterile.Filling Line within a Locally Controlled Environment (isolator), using Allen Bradley PLCs and Wonderware SCADA management system.  Assist with system validation and  all DDS, and ATP Documentation.

**OTHER TYPICAL PROJECT EXPERIENCE:**

*HALLMARK CARDS,  CT*

- Automated warehouse for Card Manufacturer/Distribution, design, program and  startup commissioning of PLC Based crane control and DEC Control Based system 100,000 location AS/RS ( 54 Aisles ), 1500 Feet of Conveyor.

*HEINZ INC.,  PA*

- Plant commissioning  startup for a one hundred twenty million dollar soup and baby food manufacturing plant using over 50 PLCs (Sq. D), ethernet, 48 PC's  and Intellution FIX/DMACS.
- Process and Equipment commissioning, including first batches.
- Ethernet network commissioning verification and debug
- Worked with electrical and mechanical contractors to commission correct installation and operation of process and packaging equipment
- Personnel trainer for Operations, Recipe preparation, and Maintenance personnel
- Recipe to process conversion for customer

*NAVISTAR,  OK*

- Automated warehouse for Truck manufacturing in-process inventory Design, Program and commissioning of PLC Based and DEC Control Based system 4,2000 location AS/RS, 120 Feet of Conveyor, .

*PET INC.,  PA*

- Process automation conceptual design for chocolate packaging
- Inventory control system design and network for in process and product inventory
- Automated palletizing and AGV product removal system concept and design.

*PROCTOR AND GAMBLE, DE*

- Electrical project management, control design, startup commissioning, and debug of a new 50 million dollar Baby Wipes paper line using Modicon & Siemens PLCs, Reliance and Micon SPARC based DCS, including motor control, tensioning and batch control.

*SCOTT PAPER INC.,  PA*

- Startup commissioning, and debug of upgrades to toilet paper log cutting and packaging using Modbus+ and Panelmate MMIs.
- Startup commissioning, and debug of upgrades to toilet paper log cutting and variable automatic setup for packaging using Modbus+ and Panelmate MMIs.

In The

# United States Court of Appeals

## for the Third Circuit

2020 AUG 25 ℗ 3:05

USDC-EDPA

RECEIVED

AUG 27 2020

### 20-1449

UNITED STATES OF AMERICA, et al.

Paintiff-Appellees

v.

## JOESPH R. JOHNSON

Defendants-Appellant

## JEFFREY CUTLER

Intervenor Defendants-Appellant

*Appeal from the Order/Judgment entered February 28, 2020 in the United States District
Court for the Eastern District of Pennsylvania at No. 2:19-cr-00367-1*

# PETITION FOR REHEARING EN-BANC

# AND SUMMARY AFFIRMATION

# ORAL ARGUMENTS REQUESTED

Here comes Jeffrey Cutler, Paintiff-Intervenor in this case based on the United States Constitution Ammend 1, for Redress of Grievances and preservation of the Establishment Clause, Mr. Cutler files a motion to combine cases involving CRIMINAL ACTIVITY to all be combined and abuse of power.   The petitioner, Jeffrey Cutler, acting pro se, respectfully requests the granting of the instant Petition for Panel Rehearing En Banc Under Fed. R. App. P. 35(b) and 40(a). In support of this petition, petitioner represents the following:

I express a belief, based on a reasoned and professional judgment, that the panel's non-precedential opinion (attached as Addendum) was based on an **UN-OPPOSED** petition and conflicts with the Supreme Court's recent decision in United States v. Rita, __ U.S. __, 127 S. Ct. 2456 (2007), as well as the Sixth Amendment principles set out in Cunningham v. California, __ U.S. __, 127 S. Ct. 856 (2007), United States v. Booker, 543 U.S. 220 (2005), Blakely v. Washington, 542 U.S. 296 (2004), and Apprendi v. New Jersey, 530 U.S. 466 (2000), and consideration by the full Court is therefore necessary. In addition, I express a belief, based on a reasoned and professional judgment, that the panel's opinion involves a question of exceptional importance:

Based on <ref> https://www.lwv.org/newsroom/press-releases/league-ceo-arrested-kavanaugh-protest </ref> the president of the League of Women's Voters (Virginia Kase ) demonstrated a non-partisan and marked bias representation of their true

represntation of their opinion and shows a demonstrated example of perjury in their lawsuit in case 18-1816.  Based on Napue v. Illinois this should demand a full enbanc review.Judge Jeffrey Schmehl in case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a reason to deny ALL motions by Mr. Cutler.   Here it is established that ALL parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**.  A  complaint has been filed against Judge Schmehl for his opinion in this case, for making **PERJURED STATEMENTS BY MAIL**, (18 USC § 1001).  Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50).  Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**.  Mr. Cutler had stated that he believed that the **MURDER of  JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help persons of the **FBI**.  Judge Schmehl also is presiding on case of Jeffrey Lyons (5:19-cr-00611) which is related to this fraud. On 17JUL2020 **TOM WOLF** issued a DECREE that **LEBANON COUNTY** cannot get about 12.8 million directed to the county via the **CARES** act and

**VIOLATED 18 U.S.C. § 653**, misuse of federal funds and Equal Treatment Under

the law (**Ammend 14**), since LANCASTER COUNTY did the exact same thing.

<ref> https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/

</ref>  On or about 14AUG2014 Tom WOLF reversed himself but dictated that

Lebanon County MUST use 2.8 million of the CARES act funding for MASK

ADVERTISING in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-

county/ </ref>. On 22JUN2020 a PETITION FOR IMMEDIATE INJUNTION

PENDING APPEAL was finally put online in case 20-1449 even though it was

actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED

STATES OF AMERICA v. JOESEPH JOHNSON.  The office of the president

responded to this by 21MAY2020.  The president gave a short NEWS

CONFERENCE on 22MAY2020 demanding all places of worship be allowed to

open.  Employees of the federal government and others have been involved in a

criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States.  In

case #20-5143 DC USCA Nancy Dunn obstructed documents sent to  <ref>

prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on

17JUL2020 but that document vanished, just like the white bunny HARVEY.  The

USPS tacking number 9510 8141 4908 0199 0615 60 is not reporting results.  The

lawyers in sending Mr. Cutler the letters by **MAIL** makes them all a  party to the

**CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**.   The

SUPREME COURT CASE # 19-8538 involves **FIDUCIARY MISCONDUCT**

with judge Edward Smith, this court, clerks and others.  Mr. Cutler's brother FRED

had recently got a job as an USHER for the PHILADELPHIA PHILLES for the

2020 season, but because of the **CONSPIRACY** to close the states there will be no

live viewing of games this season.  Mr. Cutler's brother and approximately 69

MILLION other people (approximate attendence of 2019 baseball season) have

been denied the **RIGHT of PURSUIT  OF HAPPINESS** as is part of the

**DECLARATION OF INDEPENDENCE**.  Tom Wolf and Jim Kenney have

allowed almost unrestricted protest marches with POLICE escorts, but cancelled

other parades and events.   Mr. Cutler had proposed an option to have games

played in every city.  As stated by Judge James C. Dever III ruling 16MAY2020

there is **NO PANDEMIC EXZEMPTION IN THE CONSTITUTION**.  The

news media in concert with individuals in the DEMOCRATIC party have and some

that pretend to be REPUBLICANS have conspired to impact the UNITED

STATES.  **THIS IS A CRIMINAL MATTER.  The NEWS MEDIA AND**

**OAGs ARE AIDING AND ABETTING in concealing the MURDER of a**

**BLACK FEDERAL EMPLOYEE** just like Cecily Aguilar, 22 has been charged.

The Employee is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna

</ref> and Beranton Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant

</ref> Justin Zemser and Sean Suitter.  The recent murder of Roy Den Hollander

in New York for challenging the news media (case 1:16-cv-06624) is just another

crime concealed from the public. That case is included by reference and joined to this one.  The crime-fraud exception was first recognized in the United States over one hundred years ago, and the policy behind it is well-defined. (The crime-fraud exception was first recognized in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal community does not deem discussions concerning future wrongdoings, such as fraud, that occur during an attorney-client communication worthy of protection. Id. at 562–63.  While the practice of law encourages full and frank communications between the attorney and client, only communications concerning past wrongdoings are protected.  Mr. Cutler had previously been elected to Public Office as the TAX COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based on an Election in November 2013. and took the Oath of OFFICE prior to his first day on the job, of 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  Mr. Cutler was removed from Office after 27 months based on **PERJURED TETIMONY**, and a **CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was harrased in a similar manner was equally harrased in court and the township spent about 160,000 of taxpayer money to make her leave office.  <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL JURY TRIAL** to clear his name. Since he found no law firm would represent him based on contacts with the FBI or law enforcemnt.  On 20MAY2020  Mr. Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081** in the United States District Court for the Eastern Dtrict of North Carolina on 16MAY2020 by Judge James C. Dever III. Since Governor Roy Cooper has made public statements that he does not intend to appeal, this is settled law.  Mr. Cutler had filed a Petition to DENY the Motion For Summary Affirmation and to consolidte related cases of religious discrimination by the government in case 20-1805 on 14MAY2020 and the document and was not put online until 20MAY2020.  The document filed by Brian L. Calistri on May 8, 2020 contains some perjured statements and since it was sent by mail constinues Mail Fraud and Perjury  (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**. Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the **FBI**.