# DILLON McCANDLESS KING
# COULTER & GRAHAM LLP

128 West Cunningham Street
Butler, PA 16001

724-283-2200

Tax ID #25-1008018

September 28, 2020

*Invoice submitted to:*

*In Reference To:*     *County of Butler, et al vs Wolf, et al*
*Invoice #*     *108043*     *2:20- CV-00677-WSS*

Professional Services Rendered:

|  |  | Hours | Amount |
|---|---|---|---|
| **1. Thomas W. King III** | | | |
| 05/02/2020 | Work on Butler County v. Wolf matters; pleadings | 5.50 | 962.50 |
| 05/03/2020 | Work on Butler County v. Wolf matters; pleadings | 4.50 | 787.50 |
| 05/04/2020 | Work on file | 8.00 | 1,400.00 |
| 05/05/2020 | Work on Butler County v Wolf matters; pleadings | 6.00 | 1,050.00 |
| | Work on file | 8.00 | 1,400.00 |
| 05/06/2020 | Work on file | 8.00 | 1,400.00 |
| 05/07/2020 | Work on file | 8.00 | 1,400.00 |
| 05/08/2020 | Telephone Plantiffs | 1.00 | 175.00 |
| | Work on file | 8.00 | 1,400.00 |
| 05/13/2020 | Attend Meeting; work on Brief | 2.00 | 350.00 |
| 05/19/2020 | Prepare Motion to Schedule Hearing | 1.50 | 262.50 |
| 05/20/2020 | Email to clients regarding pleading for speedy trial | 0.25 | 43.75 |
| 05/21/2020 | Email to clients w/Order of Court received | 0.25 | 43.75 |
| 05/26/2020 | Work on Rule 57 Arguments | 2.00 | 350.00 |
| 05/28/2020 | Review Order; Communications w/clients; prepare for A.G. call | 1.00 | 175.00 |
| 06/01/2020 | Email to Clients w/Order | 0.25 | 43.75 |
| 06/02/2020 | Work on case | 2.00 | 350.00 |
| | Email to clients regarding disclosure statement; hearing date | 0.25 | 43.75 |
| 06/03/2020 | Preparation of Disclosure Statements for Counties | 0.50 | 87.50 |
| 06/04/2020 | Work on disclosures in Federal Court; communications Plantiffs | 3.00 | 525.00 |
| 06/05/2020 | Work on Initial Disclosures | 1.00 | 175.00 |
| 07/02/2020 | Work on affidavits | 3.00 | 525.00 |

Exhibit A

*Page 1*

*DILLON McCANDLESS KING*
*COULTER & GRAHAM LLP*

*Page    2*

| | Hours | Amount |
|---|---|---|
| 07/06/2020 Work on various matters regarding case | 8.00 | 1,400.00 |
| 07/07/2020 Work on various matters regarding case | 8.00 | 1,400.00 |
| 07/08/2020 Work on Trial documents | 3.00 | 525.00 |
| Work on Trial documents | 3.00 | 525.00 |
| 07/09/2020 Work on case | 6.00 | 1,050.00 |
| 07/14/2020 Conference w/Court and work on exhibits, research, testimony | 6.00 | 1,050.00 |
| 07/16/2020 Telephone w/Prima Capelli | 0.25 | 43.75 |
| Telephone w/Giffords | 0.25 | 43.75 |
| Preparation for Trial | 6.00 | 1,050.00 |
| 07/17/2020 Travel & attend Trial | 8.00 | 1,400.00 |
| 07/20/2020 Meeting regarding litigation | 1.25 | 218.75 |
| 07/22/2020 Perpare for and attend Hearing with Judge Stickman. | 8.00 | 1,400.00 |
| 07/23/2020 Work on post-hearing issues | 3.00 | 525.00 |
| Preparation of Motions to Place Admissions | 2.00 | 350.00 |
| 07/24/2020 Work on post-hearing issues | 2.00 | 350.00 |
| 07/28/2020 Work on case | 3.00 | 525.00 |
| 07/29/2020 Work on Brief | 2.00 | 350.00 |
| 08/01/2020 Work on Case | 4.00 | 700.00 |
| 08/02/2020 Work on case | 4.00 | 700.00 |
| 08/03/2020 Work on case | 4.00 | 700.00 |
| 08/10/2020 Work on case | 4.00 | 700.00 |
| Preparation of Motion to Supplement Order | 1.00 | 175.00 |
| 08/11/2020 Work on case | 2.00 | 350.00 |
| Preparation of Motion pursuant to Federal Rule of Evidence 201 "Judicial Notice of Adjudicative Facts" | 3.00 | 525.00 |
| 08/13/2020 Work on Motion | 4.00 | 700.00 |
| 08/18/2020 Work on case | 6.00 | 1,050.00 |
| Preparation of Supplement to Second Motion | 1.00 | 175.00 |
| 08/21/2020 Work on case | 2.00 | 350.00 |
| 08/25/2020 Work on Brief and Motion | 6.00 | 1,050.00 |
| 09/01/2020 Preparation of Supplemental Legal Authority pleading | 0.50 | 87.50 |
| 09/03/2020 Preparation of Fifth Motion - Rule of Evidence; email to K. Romano | 1.00 | 175.00 |
| SUBTOTAL: | [    186.25 | 32,593.75] |

2. Thomas E. Breth

| | | |
|---|---|---|
| 05/02/2020 Work on legal issues involved in federal Complaint against Governor and Secretary of Health. | 4.00 | 700.00 |
| Telephone calls with plaintiffs. | 0.75 | 131.25 |
| 05/03/2020 Research constitutional issues, work on draft complaint language, review and respond to emails. | 5.00 | 875.00 |

*DILLON McCANDLESS KING*
*COULTER & GRAHAM LLP*

*Page    3*

| | | Hours | Amount |
|---|---|---|---|
| 05/03/2020 | Telephone calls with plaintiffs. | 1.00 | 175.00 |
| 05/04/2020 | Continue research of legal issues. | 4.50 | 787.50 |
| | Telephone calls with clients. | 1.00 | 175.00 |
| 05/05/2020 | Additional research for Complaint. | 4.00 | 700.00 |
| | Communicate with plaintiffs. | 0.50 | 87.50 |
| 05/06/2020 | Telephone calls with plaintiffs, etc. | 0.75 | 131.25 |
| | Work on complaint. | 2.00 | 350.00 |
| 05/07/2020 | Work on final revisions to federal complaint, etc. | 6.50 | 1,137.50 |
| | Telephone calls with Plaintiffs. | 1.00 | 175.00 |
| 05/11/2020 | Work on research for Injunction, etc. | 2.50 | 437.50 |
| 05/19/2020 | Work on materials in support of Complaint against Wolf, et al, exchange emails with Deputy AG Karen Romano regarding Waivers of Service of Summons, etc. | 4.00 | 700.00 |
| 05/20/2020 | Work on matters related to Motion for Speedy Hearing, Order and materials in support of Complaint, exchange emails with Deputy Attorney General Romano, telephone call with Commissioner Osche. | 5.50 | 962.50 |
| 05/21/2020 | Review Judge Stickman's Order, work on case law and materials for oral argument. | 6.00 | 1,050.00 |
| 05/22/2020 | Continue to work on materials for case. | 2.00 | 350.00 |
| 05/26/2020 | Review Attorney General's Response to Motion for Speedy Hearing, research cases cited by A.G.'s office, prepare for Oral Argument with Judge Stickman. | 5.50 | 962.50 |
| 05/27/2020 | Prepare materials for Oral Argument on Motion for Speedy Hearing, Oral Argument with Judge Stickman. | 6.00 | 1,050.00 |
| 05/28/2020 | Review Judge Stickman's Opinion and Order, work on Butler County, et al., v. Wolf, et al, matter, exchange emails with Attorney Romano. | 4.00 | 700.00 |
| 05/29/2020 | Work on items for Speedy hearing, prepare for conference call with Attorney Romano, conference call, work on items requested by Judge Skickman, exchange emails with Attorney Romano.. | 4.75 | 831.25 |
| 05/30/2020 | Work on materials for speedy hearing, email Karen Romano regarding Judge Stickman's order and Governor's response, review and respond to email from DAG Romano. | 3.00 | 525.00 |
| 06/01/2020 | Work on case and prepare for Conference with Judge. | 4.00 | 700.00 |
| 06/02/2020 | Prepare for Conference with Judge, conference call, work on case. | 5.00 | 875.00 |
| 06/04/2020 | Work on disclosures, meet with Plaintiffs. | 1.75 | 306.25 |
| 06/05/2020 | Work on disclosures and other matters. | 3.50 | 612.50 |
| 06/09/2020 | Work on draft Discovery Requests. | 2.00 | 350.00 |
| 06/12/2020 | Review Wolf, et al, answer and initial disclosure, work on issues related to Wolf, et al, defenses. | 2.50 | 437.50 |
| 06/16/2020 | Work on case, telephone call with Attorney Romano, exchange emails with Attorney Romano regarding discovery. | 2.00 | 350.00 |
| 06/29/2020 | Work on direct testimony of Plaintiffs, telephone calls with Commissioner Osche, Mr. Manson and Representative Metcalf, work on case. | 3.50 | 612.50 |

DILLON McCANDLESS KING
COULTER & GRAHAM LLP

*Page   4*

| Date | Description | Hours | Amount |
|------|-------------|------:|-------:|
| 06/30/2020 | Interviews with Plaintiffs, work on direct testimony. | 3.50 | 612.50 |
| 07/01/2020 | Work on Plaintiffs' Affidavits and legal research of issues. | 4.00 | 700.00 |
| 07/02/2020 | Review Defendants' Discovery Requests, work on Plaintiffs' Discovery Requests, telephone calls with Plaintiffs. | 7.00 | 1,225.00 |
| 07/06/2020 | Work on items to be file with court and research. | 6.50 | 1,137.50 |
| 07/07/2020 | Work on Wolf matter. | 6.00 | 1,050.00 |
| 07/08/2020 | Work on brief and other materials to be filed on July 9. | 7.00 | 1,225.00 |
| 07/09/2020 | Work on final versions of Brief, Admissions, Stipulations, etc., and file with Court, telephone calls and emails with Attorney Romano. | 7.50 | 1,312.50 |
| 07/10/2020 | Review Declarations, etc., filed by Governor Wolf and Secretary Levine, work on issues and research for hearing. | 6.00 | 1,050.00 |
| 07/11/2020 | Work on Wolf, et al., matter. | 2.50 | 437.50 |
| 07/13/2020 | Prepare for conference call with Judge and hearing. | 5.00 | 875.00 |
| 07/14/2020 | Conference call with Judge Stickman, prepare for hearing. | 7.00 | 1,225.00 |
| 07/15/2020 | Work on Wolf, et al., matter. | 6.00 | 1,050.00 |
| 07/16/2020 | Prepare for hearing with Judge Stickman. | 8.50 | 1,487.50 |
| 07/17/2020 | Attend Declaratory Judgment hearing, travel time, exchange emails with Court Reporter regarding transcript. | 9.50 | 1,662.50 |
| 07/18/2020 | Work on Wolf, et al., case. | 3.00 | 525.00 |
| 07/19/2020 | Work on the Wolf, et al., case. | 1.75 | 306.25 |
| 07/20/2020 | Prepare for hearing with Judge Stickman. | 6.50 | 1,137.50 |
| 07/22/2020 | Hearing with Judge Stickman. | 8.00 | 1,400.00 |
| 07/23/2020 | Work on post-hearing items. | 2.50 | 437.50 |
| 07/27/2020 | Work on information for brief. | 2.00 | 350.00 |
| 07/28/2020 | Work on case law and authority for brief. | 5.50 | 962.50 |
| 07/29/2020 | Work on brief. | 5.50 | 962.50 |
| 07/30/2020 | Work on brief. | 5.00 | 875.00 |
| 07/31/2020 | Work on brief. | 4.50 | 787.50 |
| 08/01/2020 | Work on brief. | 8.00 | 1,400.00 |
| 08/02/2020 | Work on brief. | 8.00 | 1,400.00 |
| 08/03/2020 | Work on finalizing and filing Post-Hearing Brief. | 8.00 | 1,400.00 |
| 08/08/2020 | Review latest directives, etc., from Governor Wolf, work on Supplement of Record. | 1.50 | 262.50 |
| 08/10/2020 | Work on Supplemental Record, exchange emails with Attorney Romano, review additional case law. | 2.00 | 350.00 |
| 08/11/2020 | Work on Wolf matter. | 4.00 | 700.00 |
| 08/13/2020 | Work on Wolf matter. | 2.50 | 437.50 |
| 08/19/2020 | Continue work on case, review and respond to emails, conference with Judge, continue work on Reply Brief and other matters. | 4.75 | 831.25 |
| 08/20/2020 | Work on case law regarding standing and other issues for Reply Brief. | 4.50 | 787.50 |
| 08/22/2020 | Work on Reply Brief. | 2.50 | 437.50 |
| 08/23/2020 | Work on Reply Brief and other items. | 3.50 | 612.50 |

*DILLON McCANDLESS KING*
*COULTER & GRAHAM LLP*

*Page   5*

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/24/2020 | Work on finalizing and filing Reply Brief. | 7.00 | 1,225.00 |
| 08/25/2020 | Work on outstanding items and file. | 2.75 | 481.25 |
| 09/14/2020 | Review Opinion and Orders from Judge Stickman, exchange emails and telephone calls with Clients. | 5.50 | 962.50 |
| | SUBTOTAL: | [   293.25 | 51,318.75] |

### 3. Ronald T. Elliott

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/02/2020 | Draft Complaint; | 5.00 | 875.00 |
| 05/03/2020 | Work on Complaint; Research; | 7.50 | 1,312.50 |
| 05/04/2020 | Work on Complaint; Research; | 4.25 | 743.75 |
| 05/07/2020 | Work on File; Revise Complaint; File Complaint; | 6.50 | 1,137.50 |
| 05/08/2020 | Work on File Regarding filing Appearances, Communications with Pennsylvania Attorney General's Office regarding service; Review Documents; | 2.50 | 437.50 |
| 05/11/2020 | Research; | 3.25 | 568.75 |
| 05/12/2020 | Work on Injunction Motion; Research; | 3.50 | 612.50 |
| 05/13/2020 | Work on Motion for Preliminary Injunction; Work on Brief in Support; Research; | 6.50 | 1,137.50 |
| 05/14/2020 | Research; Work on Brief; Communications with Court; Communications with Middle District of Pennsylvania; | 5.00 | 875.00 |
| | Work on Butler County, et al, v. Wolf, et al. matter. | 3.00 | 525.00 |
| 05/15/2020 | Arrange for Service of Process; Research and Work on Brief; Communications with Court; Communications with Clients; | 2.75 | 481.25 |
| 05/17/2020 | Review Commonwealth Brief in Benner v. Wolf; | 1.00 | 175.00 |
| 05/18/2020 | Work on Brief in Support of Injunctive Relief; | 6.50 | 1,137.50 |
| 05/19/2020 | Work on Declaratory Judgment Action and Brief; | 5.50 | 962.50 |
| 05/20/2020 | Edit and file Motion for Speedy Hearing and Brief in Support; Work on File; | 2.50 | 437.50 |
| 05/21/2020 | Work on File; Review Benner Decision; | 2.50 | 437.50 |
| 05/26/2020 | Review Commonwealth Response to Motion for Speedy Trial; | 1.00 | 175.00 |
| 05/27/2020 | Review Commonwealth's Response to Motion for Declaratory Judgment and Research; Prepare for and Attend Argument; | 3.75 | 656.25 |
| 05/28/2020 | Work on File and Review Judge Stickman's Opinion and Order; | 2.25 | 393.75 |
| 05/29/2020 | Research; Work on Initial Disclosures; Conference Call with Counsel for the Government; | 5.50 | 962.50 |
| 06/01/2020 | Work on Initial Disclosures; | 2.50 | 437.50 |
| 06/02/2020 | Work on Initial Disclosures; Communications with Clients; | 4.25 | 743.75 |
| 06/12/2020 | Review Answer and Defendants' Initial Disclosures; | 0.50 | 87.50 |
| 07/01/2020 | Work on file and Review Osche Affidavit; | 1.00 | 175.00 |
| 07/02/2020 | Work on Discovery; | 2.00 | 350.00 |
| 07/06/2020 | Work on File; Work on Discovery; Communications with Clients; | 3.50 | 612.50 |
| 07/07/2020 | Work on Discovery Matters; Communications with Clients; | 1.25 | 218.75 |

*DILLON McCANDLESS KING*
*COULTER & GRAHAM LLP*

*Page    6*

| | | Hours | Amount |
|---|---|---|---|
| 07/09/2020 | Work on Discovery; | 1.50 | 262.50 |
| 07/10/2020 | Work on File - Review Discovery Responses; Review Court Opinion; Review Commonwealth Declarations; | 2.25 | 393.75 |
| 07/11/2020 | Review Documents; Research; | 1.25 | 218.75 |
| 07/13/2020 | Work on File - Trial Preparation; | 2.50 | 437.50 |
| 07/14/2020 | Conference Call with Judge Stickman; Prepare for Trial; | 1.50 | 262.50 |
| 07/15/2020 | Prepare for Trial; Conference Call with TWK, TEB , and Karen Romano; | 1.75 | 306.25 |
| 07/16/2020 | Review Discovery; Prepare for Trial; | 5.75 | 1,006.25 |
| 07/17/2020 | Attend Trial | 8.00 | 1,400.00 |
| 07/20/2020 | Meeting with Commissioners; Review File material and prepare for Trial; | 1.25 | 218.75 |
| 07/21/2020 | Prepare for Trial; | 3.00 | 525.00 |
| 07/22/2020 | Attend Trial; | 8.50 | 1,487.50 |
| 07/23/2020 | Work on Discovery and Post Trial Filings; | 1.00 | 175.00 |
| 08/01/2020 | Work on Brief; | 0.75 | 131.25 |
| 08/03/2020 | Work on Brief; | 4.00 | 700.00 |
| 08/11/2020 | Work on File Regarding: Carlisle Car Show Case; Communications with Attorney Whitaker; | 1.25 | 218.75 |
| 08/13/2020 | Research/Review Memorandum; | 1.00 | 175.00 |
| 09/14/2020 | Review Trial Court Opinion; | 1.25 | 218.75 |
| | SUBTOTAL: | [    141.75 | 24,806.25] |

4. Jordan P. Shuber

| | | Hours | Amount |
|---|---|---|---|
| 05/02/2020 | Legal research | 2.25 | 393.75 |
| 05/03/2020 | Continued legal research | 3.00 | 525.00 |
| 05/04/2020 | Continue to work on file regarding research | 2.00 | 350.00 |
| 05/08/2020 | Email exchange regarding service of process | 0.25 | 43.75 |
| 05/10/2020 | Work on file regarding legal research | 2.00 | 350.00 |
| 05/11/2020 | Work on file regarding complaint for expedited declaratory relief; Legal research regarding the same; Legal research regarding Rule 57 | 2.25 | 393.75 |
| 05/16/2020 | Legal research regarding North Carolina restrictions on religious services and pleadings | 1.50 | 262.50 |
| 05/17/2020 | Continued legal research regarding North Carolina restrictions on religious services and pleadings | 1.00 | 175.00 |
| 05/18/2020 | Work on file regarding Brief in Support of Motion for Preliminary Injunction | 3.50 | 612.50 |
| 05/19/2020 | Continued to work on file regarding Brief in Support of Motion for Preliminary Injunction; Continued to work on Rule 57 pleadings | 3.00 | 525.00 |
| 05/20/2020 | Continued to work on file; Research regarding Ohio case regarding Amy Acton | 2.50 | 437.50 |
| 05/21/2020 | Continued to work on file regarding Rule 57 filings; Read and Review Order regarding Rule 57 hearing | 2.25 | 393.75 |
| 05/22/2020 | Research regarding middle district order | 0.50 | 87.50 |

*DILLON McCANDLESS KING*
*COULTER & GRAHAM LLP*

*Page   7*

| | | Hours | Amount |
|---|---|---|---|
| 05/26/2020 | Continued legal research regarding North Carolina Order of Court regarding religious restrictions | 0.50 | 87.50 |
| 05/28/2020 | Read and Review Memorandum Opinion and Order | 0.50 | 87.50 |
| 07/07/2020 | Work on file regarding revising affidavits | 1.00 | 175.00 |
| 07/09/2020 | Continued to work on file regarding revising affidavits, Revised stipulation regarding joint exhibit list; Electronically filed exhibit list and exhibits | 6.00 | 1,050.00 |
| 07/12/2020 | Read and Review Governor discovery responses | 0.50 | 87.50 |
| 07/16/2020 | Read and Review pleadings for remote witness testimony | 0.50 | 87.50 |
| 07/17/2020 | Attended hearing with remote zoom witnesses | 6.00 | 1,050.00 |
| 07/20/2020 | Legal research | 2.00 | 350.00 |
| 07/29/2020 | Work on file regarding Atlantic article | 1.00 | 175.00 |
| 07/31/2020 | Work on file regarding brief | 1.00 | 175.00 |
| 08/07/2020 | Work on file regarding motions to supplement the record | 1.50 | 262.50 |
| 08/10/2020 | Continued to work on file regarding motions for judicial notice | 1.00 | 175.00 |
| 08/19/2020 | Read and Review Brief in Opposition | 0.50 | 87.50 |
| 08/22/2020 | Work on reply brief | 4.50 | 787.50 |
| 08/23/2020 | Continued to work on reply brief | 2.00 | 350.00 |
| 08/24/2020 | Revised and finalized section of Reply Brief | 3.50 | 612.50 |
| 09/03/2020 | Filed fifth motion for judicial notice | 0.25 | 43.75 |
| 09/14/2020 | Drafted Motion for Attorneys' Fees and Brief in Support; Prepared Exhibits for Motion | 3.00 | 525.00 |
| | SUBTOTAL: | [    61.25 | 10,718.75] |

5. Paralegal

| | | Hours | Amount |
|---|---|---|---|
| 05/02/2020 | Telephone calls; | 3.00 | 300.00 |
| | Researched Pennsylvania Stay at Home Order, challenges to other states' Stay at Home orders, and free exercise challenge to Stay at Home orders. | 2.00 | 200.00 |
| 05/03/2020 | Research Pennsylvania Stay at home order, challenges to other states' stay at home orders, and free exercise challenge to Stay at home orders. | 4.00 | 400.00 |
| 05/05/2020 | Wolf Lawsuit - Researched Gov. Wolf's phases of reopening Pennsylvania | 1.00 | 100.00 |
| 05/20/2020 | Wolf Lawsuit - Researched comparisons between Wolf's COVID response and Opioid response | 4.50 | 450.00 |
| 05/21/2020 | Wolf - Researched comparisons of Gov. Wolf's response to Opioid Disaster and COVID-19 | 3.50 | 350.00 |
| 05/26/2020 | Wolf - Continued research on developments of COVID-19 restrictions | 1.00 | 100.00 |
| 05/27/2020 | Wolf - Researched specific restrictions in Gov.'s Green Phase | 0.50 | 50.00 |
| 06/01/2020 | Wolf - Continued research on Gov. Wolf shut-down and closure of businesses | 2.00 | 200.00 |
| 06/05/2020 | Wolf - Researched businesses that were granted exceptions | 2.00 | 200.00 |
| 06/08/2020 | Research Qualified & Sovereign Immunity; draft memo applying research to case | 3.50 | 350.00 |

*DILLON McCANDLESS KING*
*COULTER & GRAHAM LLP*

*Page     8*

| | | Hours | Amount |
|---|---|---|---|
| 06/23/2020 | Called party members to set up meeting; prepared Affidavit(s) for speedy hearing | 2.00 | 200.00 |
| 06/24/2020 | Continue drafting affidavits for parties; draft question list for client meetings | 3.75 | 375.00 |
| 06/29/2020 | COVID-19 - Compiled all Governor Wolf's Orders | 0.50 | 50.00 |
| 07/06/2020 | Reviewed  Requests for Admissions. Drafted Responses for each request. Edited requests. | 3.00 | 300.00 |
| 07/07/2020 | Drafted Response to Request for Admissions for The Hon. Tim Bonner. Received verification from Elizabeth Walker of Skyview Drive-In. Prepared Response to Request for Admissions Directed to Skyview Drive-In for filing. Drafted e-mail to Chris Young of Prima Capelli attaching Verification for signature. | 0.75 | 75.00 |
| | COVID-19 - Researched news articles related to Gov. Wolf's Shut Down Orders | 1.00 | 100.00 |
| 07/08/2020 | Received verifications for Steve Schoeffel, Tim Bonner, and Marigold Farms. Prepared Responses for Request for Admissions for same. Reviewed file | 0.75 | 75.00 |
| | COVID-19 - Drafted Joint Stipulations | 7.00 | 700.00 |
| 07/09/2020 | Telephone conversations with Cathy Hoskins of Classy Cuts. Sent e-mails to Ms. Hoskins attaching Verification and Affidavit for her signature. Drafted e-mail to Donald Spaccio of Cronk Printing attaching Response to Request for Admissions Directed to Double Image Salon. Telephone conversation with Mr. Spaccio regarding same. Telephone conversation with Nancy Gifford. Received verifications and prepared Response to Request for Admissions Directed to Double Image Salon. Telephone conversation with Beth Chiesa at Starlight Drive-In. Exchanged e-mails with Beth Chiesa and John Manson at Starlight and received verification. Prepared Response to Request for Admissions regarding same. Drafted e-mail to Karen Romano enclosing Responses to Request for Admissions Directed to The Hon. Tim Bonner, Daryl Metcalfe, Mike Kelly, and Marci Mustello; Skyview Drive-In; Steven Schoeffel; Double Image Styling Salon; Marigold Farms; Prima Capelli; R.W. McDonald & Sons; Classy Cuts; and Starlight Drive-In. | 2.75 | 275.00 |
| | Organized Joint Stipulations | 6.00 | 600.00 |
| | Organized Joint Exhibits | 2.00 | 200.00 |
| 07/10/2020 | Research on State's response to pandemic | 4.00 | 400.00 |
| 07/14/2020 | Scheduled Plaintiffs to prepare for testimony | 3.00 | 300.00 |
| 07/15/2020 | Research on State's response to COVID-19 | 2.00 | 200.00 |
| 07/16/2020 | Created binders for trial | 2.00 | 200.00 |
| 07/17/2020 | Assisted Plaintiffs participating via zoom trial | 8.00 | 800.00 |
| 07/20/2020 | Organized file | 1.00 | 100.00 |
| | Researched Defendants' witnesses | 2.00 | 200.00 |
| 07/22/2020 | Assisted Attorneys in hearing | 8.00 | 800.00 |
| 07/24/2020 | Continued research for Brief | 1.00 | 100.00 |
| 08/03/2020 | Received and reviewed brief and made edits to same. Drafted Table of Authorities. | 3.50 | 350.00 |

*DILLON McCANDLESS KING*
*COULTER & GRAHAM LLP*

*Page      9*

| | Hours | Amount |
|---|---|---|
| 08/12/2020 Filed Right-to-Know Request w/Pennsylvania Department of Health for Confidential Carlisle Car Show Agreement | 0.50 | 50.00 |
| 08/24/2020 Review Defendants' Reply Brief for information not filed on record | 1.50 | 150.00 |
| Researched articles related to the closure of fairs, farm shows, carnivals in local counties | 0.50 | 50.00 |
| 08/28/2020 Drafted Fourth Motion to Take Judicial Notice of the Facts. | 0.50 | 50.00 |
| SUBTOTAL: | [    94.00 | 9,400.00] |

| | | |
|---|---|---|
| Total professional services rendered | 776.50 | $128,837.50 |
| Costs Advanced by Firm: | | |

1. Thomas W. King III

| | | Amount |
|---|---|---|
| 05/30/2020 Westlaw research charges | | 280.04 |
| Westlaw research charges | | 2,351.09 |
| 06/30/2020 Westlaw research charges for June | | 1,409.19 |
| 07/17/2020 Parking | | 13.00 |
| 07/21/2020 County of Butler v. Wolf | | 1,258.95 |
| Check # 74340 | | |
| Deborah Ann Betzler, RPR, FCRR | | |
| 07/28/2020 County of Butler - Wolf | | 819.00 |
| Check # 74367 | | |
| Deborah Ann Betzler, RPR, FCRR | | |
| 07/31/2020 Copies Made | | 139.20 |
| 08/24/2020 TWK - County of  Butler | | 59.95 |
| Check # 75030 | | |
| Deborah Ann Betzler, RPR, FCRR | | |
| 08/31/2020 Westlaw research charges | | 621.88 |
| SUBTOTAL: | | [    6,952.30] |

| | |
|---|---|
| Total costs | $6,952.30 |
| Total amount of this bill | $135,789.80 |
| TOTAL BALANCE DUE | $135,789.80 |

Please include your invoice number on your payments.  Thank you for your business.