IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COUNTY OF BUTLER, et al.,<br>Plaintiffs | : | No. 2:20-cv-677-WSS |
| | : | |
| | : | JUDGE WILLIAM S. STICKMAN IV |
| vs. | : | |
| | : | Electronically Filed |
| THOMAS W. WOLF, et al.,<br>Defendants | : | |
| | : | |

AFFIDAVIT OF THOMAS W. KING, III, ESQUIRE

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | |
| | : | SS. |
| COUNTY OF BUTLER | : | |

BEFORE ME, the undersigned authority, appeared **THOMAS W. KING, III, ESQUIRE,**

being first duly sworn in accordance to law, deposes and states the following:

1.  My name is Thomas W. King, III.  I am an attorney, duly licensed to practice law in the

    Commonwealth of Pennsylvania, and I am a member of the Bar of this Court.

2.  I am fully competent to make this Affidavit, and I have personal knowledge of the facts

    stated in this Affidavit.  To my knowledge, the facts stated in the Affidavit are true and

    correct.

3.  I am a partner in the law firm of Dillon McCandless King Coulter & Graham, LLP, as are

    Attorneys Thomas E. Breth, Ronald T. Elliott, and our colleague, Jordan P. Shuber, who is

    an associate in our firm.  Our offices are located at 128 West Cunningham Street, Butler,

    Pennsylvania, 16001, and at 600 Cranberry Woods Drive, Suite 175, Cranberry Township,

    Pennsylvania, 16066.

4.  I make this Affidavit in support of the Motion Attorneys' Fees in the action on behalf of said law firm and the lawyers who are partners or members of said law firm.

5.  Regarding this action, our firm performed any and all acts as attorneys for the Prevailing Plaintiffs and rendered various services to the Prevailing Plaintiffs as attorney of record in this matter.

6.  Regarding this action, I am familiar with the legal services provided to the Prevailing Plaintiffs, all of which were provided by counsel or with assistance by competent paralegals of the firm.   These services are fully and fairly described, as are the costs, in contemporaneous time records maintained in our offices.

7.  The hours expended as the Prevailing Plaintiffs' counsel reflected in the time records and based upon the Lodestar are reasonably necessary to obtain the favorable results received, are as follows:

| Attorney | Hours | Rate | Lodestar | Time Period |
|---|---|---|---|---|
| Thomas W. King, III | 186.25 | $175/hour | $32,593.75 | 5/2/2020-9/14/2020 |
| Thomas E. Breth | 293.25 | $175/hour | $51,318.75 | 5/2/2020-9/14/2020 |
| Ronald T. Elliott | 141.75 | $175/hour | $24,806.25 | 5/2/2020-9/14/2020 |
| Jordan P. Shuber | 61.25 | $175/hour | $10,718.75 | 5/2/2020-9/14/2020 |
| Paralegal | Hours | Rate | Lodestar | Time Period |
| Paralegal | 94.00 | $100/hour | $9,400.00 | 5/2/2020-9/14/2020 |
| Costs | N/A | N/A | $6,952.30 | 5/2/2020-9/14/2020 |
| **Total** | **776.50** | | **$135,789.80** | |

8.  The total number of expended hours chargeable to Plaintiffs in this matter total 776.50 hours (and the hourly rate that is charged generally by this firm for special counsel work for the County of Butler and for all matters pertaining thereto is well below that which the members of this firm generally charge in similar circumstances).

9.    In my professional opinion, and in the professional opinion of other attorneys who have

executed Affidavits in support hereof, the hourly rate for attorneys' fees in this jurisdiction

for cases by attorneys of similar experience, training, and skill is far in excess of $175.00 per

hour.

10.   In support of this Affidavit, the following are submitted herewith:

    a.    Contemporaneous time records maintained in the office of counsel for the Plaintiffs;

    b.    Affidavits of S. Michael Streib, Esquire, and Marie Milie Jones, Esquire; and,

    c.    Curriculum Vitae of Plaintiffs' lead counsel, Thomas W. King, III, Esquire.

11.   I am familiar with the charges made by other attorneys in this Honorable Court and with the

hourly rates charged by members of this firm for work performed in this Honorable Court,

and I believe that the range of rates typically charged by attorneys for similar work would far

exceed the rate proposed in this matter.

12.   In rendering its decision, the undersigned respectfully requests that this Court to consider the

significance of the matters involved, the expedited nature of the proceedings, and the result

achieved.

13.   I further request that this Honorable Court consider that the Award to the Plaintiffs was made

pursuant to 42 U.S.C.A. § 1988, which specifically provides at 42 U.S.C.A. § 1988(b) for

an award of counsel fees to the prevailing party.

_____
Thomas W. King, III, Esquire
PA I.D. No. 21580
128 West Cunningham Street
Butler, PA 16001

Sworn to and subscribed before me
this 28ᵗʰ day of September, 2020.

_____
Notary Public
My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
Trisha M. Murray, Notary Public
Butler County
My commission expires July 9, 2021
Commission number 1215413
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COUNTY OF BUTLER, et al.,  :  No. 2:20-cv-677-WSS
    Plaintiffs  :
            :
            :  JUDGE WILLIAM S. STICKMAN IV
vs.  :
            :  Electronically Filed
THOMAS W. WOLF, et al.,  :
    Defendants  :  AFFIDAVIT IN SUPPORT OF MOTION
            :  FOR AWARD OF ATTORNEYS' FEES
            :  AND COSTS AS THE PREVAILING
            :  PARTY
            :
            :  Filed on Behalf of Plaintiffs
            :
            :  Counsel of Record:
            :
            :  Thomas W. King, III, Esquire
            :  PA I.D. No. 21580
            :
            :  Thomas E. Breth, Esquire
            :  PA I.D. No. 66350
            :
            :  Ronald T. Elliott, Esquire
            :  PA I.D. No. 71567
            :
            :  Jordan P. Shuber, Esquire
            :  PA I.D. No. 317823
            :
            :  Dillon McCandless King Coulter &
            :  Graham, LLP
            :  128 West Cunningham Street
            :  Butler, PA 16001
            :  Telephone:    (724) 283-2200

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COUNTY OF BUTLER, et al.,        :     No. 2:20-cv-677-WSS
     Plaintiffs                    :
                                     :     JUDGE WILLIAM S. STICKMAN IV
    vs.                          :
                                     :     Electronically Filed
THOMAS W. WOLF, et al.,       :
     Defendants             :

AFFIDAVIT OF MARIE MILIE JONES, ESQUIRE

COMMONWEALTH OF PENNSYLVANIA     :
                                        :     SS.
COUNTY OF ALLEGHENY            :

BEFORE ME, the undersigned authority, appeared **MARIE MILIE JONES, ESQUIRE,** being first duly sworn in accordance to law, deposes and states:

1.    I am currently licensed as a lawyer in the Commonwealth of Pennsylvania, in good standing, and have practiced law in the County of Allegheny since 1987. I have extensive litigation experience in both the State and Federal Courts in Western Pennsylvania.

2.    A large part of my practice has been in the area of litigation. I am admitted to the Bar of this Court, the Third Circuit Court of Appeals, and the Supreme Court of the United States, as well as courts in the State of West Virginia.

3.    As a result of my practice and experience with attorneys who litigate significant civil cases in the United States District Court for the Western District of Pennsylvania, I am familiar with the hourly rates charged by lawyers practicing in said Court.

Exhibit B

4.      I am aware of the skill, reputation, and experience of Thomas W. King, III, Thomas E. Breth, Ronald T. Elliott, and Jordan P. Shuber, and the law firm of Dillon McCandless King Coulter & Graham, LLP.

5.      The aforesaid lawyers are regarded among their colleagues, and by me, as skilled and competent practitioners.

6.      Based on my knowledge of the aforesaid lawyers' skill, reputation, and experience, it is my opinion that the lawyers requested rate of $175.00 per hour in this case is not only reasonable but is well below the prevailing hourly rate for attorneys of their caliber in the Western District of Pennsylvania.

7.      It is further my opinion that said lawyers requested rate is well below the rates charged by attorneys with their level of skill, experience, and reputation in equally complex areas of the law.

I hereby declare under penalty of perjury that the foregoing is true and correct.

/s/ _____

Marie Milie Jones, Esquire
PA I.D. No. 49711
The Gulf Tower - Suite 3410
707 Grant Street
Pittsburgh, PA 15219

Sworn to and subscribed before me
this 28th day of September 2020.

_____
Notary Public
My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
Lisa A. Yeasted, Notary Public
Allegheny County
My commission expires August 17, 2023
Commission number 1104208
Member, Pennsylvania Association of Notaries

Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COUNTY OF BUTLER, et al.,
  Plaintiffs

  vs.

THOMAS W. WOLF, et al.,
  Defendants

   :

No. 2:20-cv-677-WSS

JUDGE WILLIAM S. STICKMAN IV

Electronically Filed

AFFIDAVIT IN SUPPORT OF MOTION
FOR AWARD OF ATTORNEYS' FEES
AND COSTS AS THE PREVAILING
PARTY

Filed on Behalf of Plaintiffs

Counsel of Record:

Thomas W. King, III, Esquire
PA I.D. No. 21580

Thomas E. Breth, Esquire
PA I.D. No. 66350

Ronald T. Elliott, Esquire
PA I.D. No. 71567

Jordan P. Shuber, Esquire
PA I.D. No. 317823

Dillon McCandless King Coulter &
Graham, LLP
128 West Cunningham Street
Butler, PA 16001
Telephone: (724) 283-2200

Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COUNTY OF BUTLER, et al.,<br>Plaintiffs | : | No. 2:20-cv-677-WSS |
| | : | |
| | : | JUDGE WILLIAM S. STICKMAN IV |
| vs. | : | |
| | : | Electronically Filed |
| THOMAS W. WOLF, et al.,<br>Defendants | : | |
| | : | |

### AFFIDAVIT OF S. MICHAEL STREIB, ESQUIRE

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | |
| | : | SS. |
| COUNTY OF ALLEGHENY | : | |

BEFORE ME, the undersigned authority, appeared S. MICHAEL STREIB, ESQUIRE, being first duly sworn in accordance to law, deposes and states:

1. I am currently licensed as a lawyer in the Commonwealth of Pennsylvania, in good standing, and have practiced law in the Counties of Allegheny and Butler since 1980. I have considerable litigation experience in both the State and Federal Courts in Western Pennsylvania.

2. A large part of my practice has been in the area of litigation. I am admitted to the Bar of this Court and the Third Circuit Court of Appeals, and United States Supreme Court.

3. As a result of my practice and experience with attorneys who litigate significant civil cases in the United States District Court for the Western District of Pennsylvania, I am familiar with the hourly rates charged by lawyers practicing in the Court.

4.     I am also aware of the skill, reputation, and experience of Thomas W. King, III, Thomas E. Breth, Ronald T. Elliott, and Jordan P. Shuber, and the law firm of Dillon McCandless King Coulter & Graham, LLP.

5.     The above-mentioned lawyers are regarded among their colleagues, and by me, as skilled and competent practitioners.

6.     Based on my knowledge of the skill, reputation, and experience of those lawyers, it is my opinion that the requested rate of $175.00 per hour in this case is not only reasonable but is well below the prevailing hourly rate for attorneys of their caliber in the Western District of Pennsylvania.

7.     It is further my opinion that the requested rate is well below the rates charged by attorneys with their level of skill, experience, and reputation in equally complex areas of the law.

I hereby declare under penalty of perjury that the foregoing is true and correct.

/s/ _____

S. Michael Streib, Esquire
PA I.D. No. 30376
300 Oxford Drive, Suite 75
Monroeville, PA 15146

Sworn to and subscribed before me
this 28th day of September 2020.

Notary Public
My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
Nicole Lynn Tascarella, Notary Public
Butler County
My commission expires May 19, 2022
Commission number 1283652
Member, Pennsylvania Association of Notaries

Exhibit B