<u>Curriculum Vitae</u>

# Thomas W. King, III, Esquire
Tking@dmkcg.com

Business Addresses:

DILLON McCANDLESS KING COULTER & GRAHAM L.L.P.

| | |
|---|---|
| 128 West Cunningham Street | 600 Cranberry Woods Drive |
| Butler, PA 16001 | Suite 175 |
| Telephone: 724/283-2200 | Cranberry Twp., PA 16066 |
| Cell Phone: 724/679-1019 | Telephone: 724/776-6644 |
| Facsimile: 724/283-2298 | Facsimile: 724/776-6608 |

- Admitted to bar, 1975, Pennsylvania, U.S. Supreme Court, Pennsylvania Supreme Court, Commonwealth Court of Pennsylvania, Superior Court of Pennsylvania, Third Circuit, U.S. District Court for the Western District of Pennsylvania, and U.S. Court of Appeals for the Third Circuit
- Education: University of Virginia (B.A., 1972); Dickinson School of Law (J.D., 1975).
- General Counsel Republican Party of Pennsylvania
- Named a "Pennsylvania Super Lawyer" every year from 2004 thru 2020.
- Rated "A" by Martindale-Hubbell Lawyer Rating Service – 1986 thru 2020
- Governor Thornburg appointed Member, 1983, and Chairman, 1986 – Trial Court Nominating Commission for Butler County
- Governor Ridge appointed Co-Chair, Trial Court Nominating Commission for Butler County, 1996
- Member, Federal Judicial Nomination Committee
- Member of the Butler County (President, 1992), Pennsylvania, and American Bar Associations
- Fellow of the American College of Trial Lawyers since 2005; Member, Admissions Committee
- Panelist & Member - National Association of Educational Negotiators
- General Counsel - Pennsylvania Sheriffs' Association
- Former Member & Chair - Hearing Committee, Disciplinary Board of the Supreme Court of Pennsylvania (6 years – 2 three-year terms)
- General Counsel, AgChoice Farm Credit, ACA (Pennsylvania and West Virginia)
- Counsel to and Chief Negotiator for numerous employers in the nursing home, hospital, mining, ceramics, refractory, and other manufacturing concerns, regarding labor and business-related legal matters
- Firm is Solicitor to the Butler Area, Mars Area, Karns City Area, South Butler County, and Slippery Rock Area School Districts and Butler County Area Vocational-Technical School, and the Butler County Community College
- Firm is Labor Counsel to numerous municipal entities and private businesses
- Defense Counsel for School Services Insurance Trust (sponsored by P.S.B.A.) and Butler County

Exhibit C