UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-041

No. 20-2936

COUNTY OF BUTLER; COUNTY OF FAYETTE; COUNTY OF GREENE; COUNTY OF WASHINGTON; NANCY GIFFORD; MIKE GIFFORD, husband and wife doing business as Double Image Styling Salon; PRIMA CAPELLI INC, a Pennsylvania Corporation; MIKE KELLY; MARCI MUSTELLO; DARYL METCALFE; TIM BONNER; STEVEN SCHOEFFEL; PAUL F. CRAWFORD, trading and doing business as Marigold Farm; CATHY HOSKINS, trading and doing business as Classy Cuts Hair Salon; RW MCDONALD & SONS INC; STARLIGHT DRIVE IN LLC, a Pennsylvania Corporation; SKYVIEW DRIVE IN LLC, a Pennsylvania Limited Liability Company

v.

GOVERNOR OF PENNSYLVANIA; SECRETARY PENNSYLVANIA DEPARTMENT OF HEALTH,
Appellants

(W.D. Pa. No. 2-20-cv-00677)

Present:  SMITH, Chief Judge, CHAGARES and SHWARTZ, Circuit Judges

1. Motion filed by Appellants Governor of Pennsylvania and Secretary Pennsylvania Department of Health for Stay of the District Court's Order Pending Appeal.

2. Response filed by Appellees County of Butler, *et al.* to Motion for Stay of the District Court's Order Pending Appeal.

3. Unopposed Motion filed by Appellants Governor of Pennsylvania and Secretary Pennsylvania Department of Health to accept Motion for Stay of the District Court's Order Pending Appeal that is in excess of word limit.

4. Motion filed by the Leaders of the Pennsylvania House of Representatives for leave to file a Brief as Amici Curiae in Support of Appellees' Opposition to Motion for Stay of the District Court's Order Pending Appeal.

5. Motion filed by Eagle Forum Education & Legal Defense Fund for leave to file Brief as Amicus Curiae in Support of Appellees' Opposition to Motion for Stay of the District Court's Order Pending Appeal.

        Respectfully,
        Clerk/LMR

_____ORDER_____

The motion by Appellants for stay of the District Court's order pending appeal is GRANTED. The unopposed motion by Appellants to file a stay motion in excess of the word limit is GRANTED. The motions by Leaders of the Pennsylvania House of Representatives and Eagle Forum Education & Legal Defense Fund for leave to file briefs as Amici Curiae in support of Appellees' opposition to the motion for a stay are GRANTED.

        By the Court,

        s/ D. Brooks Smith
        Chief Judge

Dated: October 1, 2020
Lmr/cc: All Counsel of Record



A True Copy:

Patricia S. Dodszuweit, Clerk