IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COUNTY OF BUTLER, *et al.*,<br>　　　　　Plaintiffs<br><br>v.<br><br>THOMAS W. WOLF, in his official capacity as Governor of the Commonwealth of Pennsylvania, and RACHEL LEVINE, MD, in her official capacity as Secretary of the Pennsylvania Department of Health,<br>　　　　　Defendants | No. 2:20-CV-677-WSS<br><br>*Complaint Filed 5/7/20* |

# ORDER

AND NOW, this **16** day of **October**, 2020, upon consideration of the parties' Joint Motion to Stay Plaintiffs' Motion for Attorneys' Fees, it is hereby ORDERED that the Motion is GRANTED. The pending Motion for Attorneys' Fees, and any deadlines related thereto, are hereby STAYED pending resolution of the appeal pending in the Third Circuit Court of Appeals.

BY THE COURT:

_/s/ William S. Stickman IV_
WILLIAM S. STICKMAN, IV
UNITED STATES DISTRICT JUDGE