UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-2936
_____

COUNTY OF BUTLER; COUNTY OF FAYETTE; COUNTY OF GREENE; COUNTY OF WASHINGTON; NANCY GIFFORD; MIKE GIFFORD, husband and wife doing business as Double Image Styling Salon; PRIMA CAPELLI INC, a Pennsylvania Corporation; MIKE KELLY; MARCI MUSTELLO; DARYL METCALFE; TIM BONNER; STEVEN SCHOEFFEL; PAUL F. CRAWFORD, trading and doing business as Marigold Farm; CATHY HOSKINS, trading and doing business as Classy Cuts Hair Salon; RW MCDONALD & SONS INC; STARLIGHT DRIVE IN LLC, a Pennsylvania Corporation; SKYVIEW DRIVE IN LLC, a Pennsylvania Limited Liability Company

v.

GOVERNOR OF PENNSYLVANIA; SECRETARY PENNSYLVANIA DEPARTMENT OF HEALTH,
Appellants
_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 2-20-cv-00677)
District Judge: Honorable William S. Stickman, IV

Argued July 22, 2021
_____

Before: CHAGARES, JORDAN, and SHWARTZ, Circuit Judges.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was argued on July 22, 2021.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the appeal is DISMISSED and the order of the District Court entered September 22, 2020 is VACATED and the case is REMANDED with instructions that the District Court dismiss the Complaint as moot. Costs are not taxed. All of the above in accordance with the Opinion of the Court.

                    ATTEST:

                    s/ Patricia S. Dodszuweit
                    Clerk

DATED: August 11, 2021