IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COUNTY OF BUTLER, *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THOMAS W. WOLF, *et al*, <br><br> *Defendants*. | Civil Action No. 2:20-cv-677 <br><br> Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this  7th  day of September 2021, IT IS HEREBY ORDERED that, pursuant to the Judgment issued by the United States Court of Appeals for the Third Circuit at No. 20-2936, Plaintiffs' Complaint in Civil Action Seeking a Declaratory Judgment and Injunctive Relief (ECF No. 1) is DISMISSED AS MOOT. IT IS FURTHER ORDERED that the Motion for Attorneys' Fees (ECF No. 96) is TERMINATED. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE